## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-11214 (KG) |
| | ) | |
| Aventine Renewable Energy Holdings, Inc., et al. | ) ) | Joint Administration Pending |
| | ) | |
| Debtors. | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of April 2009, one (1) copy of the **Kiewit Energy Company's Limited Objection to Debtors' Emergency Motion Seeking to Authorize the Debtors to Obtain Post-Petition Secured Financing** was sent to the parties listed on the attached service list, in the manner indicated.

>  */s/ Ronald S. Gellert*
>  Ronald S. Gellert (No. 4259)

*21790.1*

*Via Hand Delivery*
Joel A. Waite, Esq.
Matthew Barry Lunn, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

*Via Hand Delivery*
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

*First Class Mail*
Susan E. Kaufman, Esq.
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680

*First Class Mail*
Patricia Williams Prewitt, Esq.
Law Offices of Patricia Williams Prewitt
412 East Washington Ave.
Navasota, TX 77868

*First Class Mail*
Dennis E. Quaid, Esq.
Thompson Coburn Fagel Haber
55 East Monroe Street
37th Floor
Chicago, IL 60603

*First Class Mail*
James S. Carr, Esq.
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178-0002

*First Class Mail*
David R. Jury, Esq.
Assistant General Counsel
United Steel Workers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

*21789.2*