# EXHIBIT A

## Aventine Renewable Energy, Inc.
### Chapter 11 Budget
*$ in millions*

| | First Week Budget |
|---|---|
| **Total Receipts** | $12.7 |
| **Disbursements** | |
| Corn | (7.2) |
| Freight | (2.2) |
| Purchase Resale | (1.3) |
| Natural Gas | (0.3) |
| Payroll | (0.2) |
| Coal | (0.3) |
| Other | (1.1) |
| **Total Operational Disbursements** | (12.6) |
| **Cash Flow** | 0.1 |