# EXHIBIT A

# Indicative summary of terms and conditions 4/13/09: Aventine DIP Facility

## Indicative term sheet – for discussion purposes only

| | |
|---|---|
| Borrower(s) | Aventine Renewable Energy, Inc., Aventine Renewable Energy - Mount Vernon, LLC, Aventine Renewable Energy -Aurora West, LLC |
| Agent | JPMorgan Chase Bank, N.A. |
| Credit facility | $60.0 million senior secured revolving DIP credit facility ("Initial DIP Facility") plus another up to $10.0 million senior secured revolving DIP credit facility upon the Company receiving a binding qualified bid with no financing, due diligence or other contingencies from a ready, willing and able buyer in an amount adequate to repay the Initial DIP Facility plus such $10.0 million and any and all other amounts owing in accordance with the terms and provisions of the proposed debtor in possession financing ("Final DIP Facility") |
| Commitments | Prorata (based on existing senior secured lenders' applicable percentages) |
| Maturity | 180 days from close |
| Purpose / Use of proceeds | DIP Facility / General working capital |
| Security | All assets |
| Interest rate | Libor + 450 basis points (LIBOR floor of 300 basis points) (currently a rate of 7.50%) |
| Default Interest Rate | 400 basis points |
| Unused fee | 50 basis points |
| Borrowing base | <ul><li>85% of eligible accounts receivable; plus</li><li>The lesser of (i) 70% of eligible finished goods inventory or (ii) Inventory advance rate percentage of finished goods inventory (no change)</li><li>The lesser of (i) 70% of eligible raw material inventory or (ii) Inventory advance rate percentage of raw material inventory (no change)</li><li>The lesser of (i) 70% of eligible in-transit inventory or (ii) Inventory advance rate percentage of in-transit inventory (no change)</li><li>$30.0 million fixed asset component; increased to $40.0 million upon effectiveness of Final DIP Facility</li><li>$2.5 million availability block at all times</li></ul> |
| Cash dominion | Full dominion |
| Covenants | Approved Budget: 15% variance on cash receipts, disbursements, and all expenses (weekly and cumulative testing) |
| Sales Procedure | Acceptable bid with no financing, due diligence or other contingencies from a ready, willing and able buyer bid 90 days from close and sale prior to maturity of the facility |
| Upfront Fee | $600,000 |
| Conditions Precedent | Complete roll of pre-petition debt into the DIP (post petition) on a creeping basis pending entry of the final order approving the DIP Facility, and on a complete basis upon entry of the final order approving the DIP Facility |

*This indicative summary of terms and conditions is intended to outline certain basic terms of the transactions contemplated hereby. It is not intended to be definitive and further negotiations will be necessary. This indicative summary of terms and conditions is for discussion purposes only and is not an offer to enter into a contract. This indicative summary of terms and conditions does not constitute a commitment to lend or restructure. In addition, any transaction would be subject to Bankruptcy Court approval and written documentation satisfactory to the Agent and Lenders.*