# EXHIBIT D

# Aventine – Comparison of DIP Terms

| TERM | EXISTING SENIOR SECURED LENDERS' DIP FINANCING AMENDMENT | UNSECURED BOND HOLDERS DIP FACILITY |
|---|---|---|
| Borrowers | Aventine Renewable Energy, Inc.<br>Aventine Renewable Energy - Mt Vernon, LLC<br>Aventine Renewable Energy - Aurora West, LLC | Same |
| Guarantors | Aventine Renewable Energy Holdings, Inc.<br>Aventine Renewable Energy, LLC<br>Aventine Power, LLC<br>Nebraska Energy, L.L.C. | Same |
| Agent | JPMorgan Chase Bank, N.A. | Whitebox Advisors |
| Credit Facility | Limited to $60.0 million (of which $20.0 million is new availability) until court approval of sale procedures with stalking horse, provided that the Senior Secured Lenders' Proposed Facility shall increase by $10 million (to an aggregate amount of $70 million) if the Debtors' obtain the Court's approval of the sale procedures and a stalking horse bidder within 90 days of closing. | Up to $30.0 million (limited to amount in budget and initial availability (pre final order) not to exceed $20.0 million) |
| Lenders | Existing lender group (pro-rata) | Brigade Leveraged Capital Structure Fund (70%)<br>Nomura Corporate Research & Mgmt. (13.333%)<br>Whitebox High Yield Partners (15%)<br>Pandora Select Partners (1.6667%) |
| Maturity | 180 days | One year |
| Purpose/ Use of Proceeds | DIP facility/ general working capital | DIP facility/ general working capital<br><br>Adequate protection to prepetition secured claims (existing ABL – non-default rate of interest) |
| Security | Super-priority lien in all assets of the Borrowers and Guarantors, subject to (1) valid, perfected and unavoidable liens senior to liens under the existing Credit Agreement (Prior Liens) and (2) the Carve-Out | Same.<br><br>Adequate Protection - provides for replacement liens and super-priority claims junior to DIP facility for existing ABL lenders |

| TERM | EXISTING SENIOR SECURED LENDERS' DIP FINANCING AMENDMENT | UNSECURED BOND HOLDERS DIP FACILITY |
|---|---|---|
| Rollup of debt | Rollup upon court approval of final cash collateral order | None |
| Interest Rate | 7.5% per annum currently (L+450 bps w/ Libor floor of 300 bps)<br><br>or ABR + 325 bps per annum (at Borrowers' election)<br><br>(payable monthly in arrears on ABR or at end of interest period for Libor loans (up to 3months)) | 16.5% per annum (payable monthly in arrears) |
| Default Interest Rate | 400 bps | 500 bps |
| Unused Fee | 50 bps | None, since it is a term loan (vs. revolver) |
| Borrowing Base | <ul><li>85% of eligible accounts receivable; plus</li><li>The lesser of (i) 70% of eligible finished goods inventory or (ii) inventory advance rate percentage of finished goods inventory</li><li>The lesser of (i) 70% of eligible raw material inventory or (ii) inventory advance rate percentage of raw material inventory</li><li>The lesser of (i) 70% of eligible in-transit inventory or (ii) inventory advance rate percentage of in-transit inventory</li><li>$30.0 million fixed asset component, which shall increase to $40.0 million upon the Bankruptcy Court's approval of the sale procedures and stalking horse</li><li>$2.5 million availability block at all times</li></ul> | No borrowing base; No availability block; No reserves |
| Postpetition Availability | An amount equal to (a) the lesser of (x) $60.0 million and (y) the Borrowing Base, *minus* (b) the amount of the Prepetition Obligations, *minus* (c) Reserves, *minus* (d) the amount of the Postpetition Obligations, *minus* (e) $2.5 million availability block | Borrowers are able to draw up to amount of initial availability of $20.0 million on closing date and draw remainder of DIP facility upon entry of final order by bankruptcy court |
| Reserves | Existing reserves, plus additional reserves for Carve-Out and G&A Restructuring Expenses | None |
| Carve-Out | $2.0 million | Same |

| TERM | EXISTING SENIOR SECURED LENDERS' DIP FINANCING AMENDMENT | UNSECURED BOND HOLDERS DIP FACILITY |
|---|---|---|
| Budget | 28-week budget (April 17, 2009 through October 16, 2009) agreed upon by Agent and Required Lenders (> 50%); Changes to budget approved by Required Lenders in their permitted discretion | 13-week budget agreed upon by Required Lenders (>50%) with additional 13-week budgets to be provided no later than one month prior to expiration of the current budget to be approved by Required Lenders |
| Budget Variance | Permitted variance for cumulative cash receipts, disbursements and expenses, each not to exceed 15% on a weekly basis or on a cumulative basis | Same |
| Reporting/ Frequency | Same as existing plus additional reporting related to Budget Variance compliance | Weekly reports of cash receipts/ disbursements and incurred expenses along with weekly budget variance report<br><br>Adequate Protection - Provides for copies of such reporting to be provided to the existing ABL lenders |
| Field exam/ Appraisal Frequency | At Agent's discretion | Same |
| Cash dominion | Full dominion | Same |
| Sale Procedures | ▪ Sale Procedures – 180days<br>▪ Stalking Horse – 90 days | No Sale Procedures; No Stalking Horse Bidder |
| Arrangement/ DIP Agent Fee | $75,000 | $100,000 |
| Upfront Fee | $600,000 | $900,000 |
| Governing Law | New York | Same |