## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, a true and correct copy of the foregoing document has been served via the Court's ECF system and to the following persons listed below:

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Matthew B. Lunn, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

_____
Ian Connor Bifferato (#3273)