# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system and hand delivered to the persons listed below on this 28th day of April, 2009.

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Matthew B. Lunn, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**HAND DELIVERY**
Scott D. Cousins, Esq.
Donald J. Detweiler, Esq.
Victoria W. Counihan, Esq.
Greenburg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

_____
Thomas F. Driscoll, III (DE #4703)