# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,** a Delaware Corporation, et al., | Case No. 09-11214 (KG) |
|  | (Jointly Administered) |
| Debtors.[1] |  |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                       ) SS
NEW CASTLE COUNTY    )

        Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the debtors in the above-referenced cases, and on 28 day of April 2009, she caused a copy of the following:

Debtors' Second Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases and Executory Contracts [D.I. 106]

to be served as indicated, upon the parties identified on the attached list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 5th day of April, 2009

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

Avon Farmers Elevator
Attn: Officer, General or Managing Agent
PO Box 177
Avon, IL 61415
(Second Rejection Motion)
*First Class Mail*

Ian C. Bifferato, Esq.
Kevin Collins
Bifferato LLC
800 North King Street - First Floor
Wilmington, DE 19801
(JPMorgan Chase Bank)
*Hand Delivery*

James S. Carr, Esq.
Sarah Kam, Esq.
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
(BP Canada Energy Marketing)
*First Class Mail*

Howard Cohen, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
(Deutsche Bank)
*First Class Mail*

Scott Cousins, Esq.
Donald Detweiler, Esq.
Victoria Counihan, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Bank of the West, Trinity Division
Attn: Officer, General or Managing Agent
475 Sansome Street, 19th Fl.
San Francisco, CA 94111
Secured Party
*First Class Mail*

Robert J. Bothe, Esq.
First National Tower
James Niemeier, Esq.
McGrath, North, Mullin & Kratz
1601 Dodge Street, Suite 3700
Omaha, NE 68102
(Kiewit Energy Co.)
*First Class Mail*

Nick Cirgnano, Esq.
Ziemer Stayman Weitzel & Shoulders LLP
20 NW First STreet, 9th Fl
PO Box 916
Evansville, IN 47706
(Vectren)
*First Class Mail*

Mark D. Collins, Esq.
John Knight, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Wachovia Bank)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Brigade Leveraged Capital Structures Fund; Nomura Corp Research)
(Whitebox Hedged High Yield Partners; Whitebox Combined Partners; Pandora Select Partners)
*Hand Delivery*

Eric Field, Esq
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC 20005-4026
*First Class Mail*

First American Commercial Bancorp, Inc.
Attn: Officer, General or Managing Agent
645 N. Michigan Ave., Suite 800
Chicago, IL 60611
(Secured Party)
*First Class Mail*

Thomas J. Francella, Jr
Whiteford Taylor Preston LLC
1220 N. Market Street, Suite 608
Wilmington, DE 19801
(Vectren Corp.)
*Hand Delivery*

Kristin Going
Drinker Biddle & Reath LLP
1500 K St., NW, Suite 1100
Washington, DC 20005
(Deutsche Bank)
*First Class Mail*

Indiana Port Commission
Attn: Officer, General or Managing Agent
150 West Market Street, Suite 100
Indianapolis, IN 46204
(Secured Party)
*First Class Mail*

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114
*First Class Mail*

Daniel F. Fiorillo, Esq
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Wachovia Bank
*First Class Mail*

First Union Rail
Attn: Officer, General or Managing Agent
One O'Hare Centre, 6250 River Road, Suite 5000
Rosemont, IL 60018
(Second Rejection Motion)
*First Class Mail*

Richard P. Garden, Esq.
Stephen Nelsen
Cline, Williams, Wright, Johnson & Oldfather, LLP
1900 U.S. Bank Building, 233 South 13th Street
Lincoln, NE 68508-2095
(Aurora Cooperative Elevator)
*First Class Mail*

Graves Milling Co.
Attn: Officer, General or Managing Agent
200 West Main
Yates City, IL 61572
(Second Rejection Motion)
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

JPMorgan Chase Bank
Attn: Liz Davis
10 S. Dearborn, 9th Fl
Chicago, IL 60603
Secured Party
*First Class Mail*

JPMorgan Chase Bank
Attn: Chris Capriotti
2200 Ross Avenue, 4th Fl.
Dallas, TX 75201
(Secured Party)
*First Class Mail*

Susan E. Kaufman, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
(United Steel Workers)
*Hand Delivery*

George Kubin
Deutsche Bank National Trust Company
222 South Rivedrside Plaza, 25th Fl.
Chicago, IL 60606
(Indenture Trustee)
*First Class Mail*

MB Financial Bank, N.A.
Attn: Officer, General or Managing Agent
6111 North River Road
Rosemont, IL 60018
(Secured Party)
*First Class Mail*

Dennis E. Quaid, Esq
Thompson Coburn Fagel Haber
55 East Monroe, 40th Fl
Chicago, IL 60603
(Union Tank Car Company)
*First Class Mail*

Shaya Rochester, Esq.
Akin Gump Strauss Hauer & Fled
One Bryant Park
New York, NY 10036
(Brigade Leveraged Capital Structures Fund; Nomura Corp Research)
(Whitebox Hedged High Yield Partners; Whitebox Combined Partners; Pandora Select Partners)
*Hand Delivery*

David Jury, Esq.
United Steelworkers of America
Five Gateway Center, Room 807
Pittsburgh, PA 15222
*First Class Mail*

Mark S. Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
(Office of the United States Trustee)
*Hand Delivery*

Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19801
(Debtors)
(Email: mlunn@ycst.com)
*First Class Mail*

Patricia W. Prewitt
412 E. Washington Ave.
Navasota, TX 77868
(Kinder Morgan Liquid Terminals)
*First Class Mail*

Roanoke Farmers Elev.
Attn: Officer, General or Managing Agent
1861 State Route 116
Roanoke, IL 61561
Second Rejection Motion
*First Class Mail*

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279
*First Class Mail*

Secretary of State
Franchise Tax Division
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Michael Stamer, Esq.
Akin Gump Strauss Hauer & Fled
One Bryant Park
New York, NY 10036
(Brigade Leveraged Capital Structures Fund; Nomura
Corp Research)
(Whitebox Hedged High Yield Partners; Whitebox
Combined Partners; Pandora Select Partners)
*Hand Delivery*

William L. Wallander, Esq.
Clayton Hufft, Esq.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
(JPMorgan Chase Bank)
*First Class Mail*

Stephanie Wickouski, Esq.
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005
(Deutsche Bank)
*First Class Mail*

Sister Creek Grain
Attn: Officer, General or Managing Agent
Route 2
Lewiston, IL 61542
(Second Rejection Motion)
*First Class Mail*

Michael Stamer, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
(DIP Lender)
*First Class Mail*

Union Tank Car Co.
Attn: Officer, General or Managing Agent
175 W..Jackson Blvd.
Chicago, IL 60604
(Second Rejection Motion)
*First Class Mail*

Wells Fargo Bank
Attn: Officer, General or Managing Agent
c/o Corporate Trust Services
Sixth Street & Marquette Avenue
Minneapolis, MN 55479
Secured Party
*First Class Mail*

Woodhull Coop
Attn: Officer, General or Managing Agent
PO Box 188
Woodhull, IL 61490
(Second Rejection Motion)
*First Class Mail*

**SERVICE LIST**
**4/28/2009**

Avon Farmers Elevator
Attn: Officer, General or Managing Agent
PO Box 177
Avon, IL 61415
(Second Rejection Motion)
*Fed Ex*

Graves Milling Co.
Attn: Officer, General or Managing Agent
200 West Main
Yates City, IL 61572
(Second Rejection Motion)
*Fed Ex*

Sister Creek Grain
Attn: Officer, General or Managing Agent
Route 2
Lewiston, IL 61542
(Second Rejection Motion)
*Fed Ex*

Woodhull Coop
Attn: Officer, General or Managing Agent
PO Box 188
Woodhull, IL 61490
(Second Rejection Motion)
*Fed Ex*

First Union Rail
Attn: Officer, General or Managing Agent
One O'Hare Centre, 6250 River Road, Suite 5000
Rosemont, IL 60018
Second Rejection Motion
*Fed Ex*

Roanoke Farmers Elev.
Attn: Officer, General or Managing Agent
1861 State Route 116
Roanoke, IL 61561
(Second Rejection Motion)
*Fed Ex*

Union Tank Car Co.
Attn: Officer, General or Managing Agent
175 W. Jackson Blvd.
Chicago, IL 60604
(Second Rejection Motion)
*Fed Ex*