# EXHIBIT B

Aventine Renewable Energy, Inc.
Chapter 11 Budget
$ in millions

| | 4/10/09 | 4/17/09 | 4/24/09 | 5/1/09 | 5/8/09 | 5/15/09 | 5/22/09 | 5/29/09 | 6/5/09 | 6/12/09 | 6/19/09 | 6/26/09 | 7/3/09 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Receipts | $8.0 | $11.5 | $10.4 | $9.9 | $9.9 | $10.1 | $10.1 | $9.1 | $9.4 | $8.7 | $10.0 | $10.0 | $8.3 | $134.3 |
| Disbursements | | | | | | | | | | | | | | |
| Corn | (5.3) | (5.0) | (5.7) | (5.7) | (5.5) | (5.6) | (5.4) | (5.5) | (5.5) | (5.5) | (5.5) | (5.5) | (5.1) | (74.0) |
| Freight | (0.8) | (0.5) | (0.4) | (0.7) | (0.7) | (0.7) | (0.5) | (0.8) | (0.6) | (0.7) | (0.7) | (0.5) | (0.7) | (8.7) |
| Purchased Resale | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (16.2) |
| Natural Gas | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (3.9) |
| Payroll | (0.6) | (0.2) | (0.6) | (0.2) | (0.6) | (0.2) | (0.6) | (0.2) | (0.6) | (0.2) | (0.6) | (0.2) | (0.6) | (5.4) |
| Coal | (0.3) | (0.3) | (0.5) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (4.0) |
| Denaturant | (0.2) | (0.3) | (0.5) | (0.2) | (0.3) | (0.3) | (0.5) | (0.2) | (0.5) | (0.2) | (0.3) | (0.5) | (0.2) | (4.7) |
| Electricity | 0.0 | 0.0 | (0.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.5) |
| Other Manufacturing & Supplies | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (5.2) |
| Outside Services | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (3.9) |
| Other | (0.2) | (0.2) | (0.4) | (0.4) | (0.5) | (0.2) | (0.3) | (0.3) | (0.2) | (0.2) | (0.3) | (0.2) | (0.5) | (6.6) |
| Total Operational Disbursements | (9.7) | (8.7) | (10.5) | (9.7) | (10.4) | (9.6) | (10.5) | (9.9) | (11.1) | (9.8) | (10.2) | (10.4) | (9.5) | (131.5) |
| Cash Flow Before CapEx | (1.7) | 2.8 | (0.1) | 0.2 | (0.5) | 0.5 | (0.7) | (0.1) | (3.3) | (0.9) | (0.3) | 5.6 | (3.0) | 2.7 |
| CapEx | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (1.5) |
| Cash Flow from Operations | (1.8) | 2.7 | (0.2) | 0.1 | (0.6) | 0.4 | (0.8) | (0.4) | (3.4) | (0.3) | (0.3) | 5.5 | (0.3) | 1.0 |
| Petition Interest | 0.0 | 0.0 | 0.0 | (0.2) | 0.0 | 0.1 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.2 | (0.7) |
| DIP Fees | (1.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.0) |
| DIP Interest | 0.0 | 0.0 | 0.0 | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.2) |
| Professional Fees | (0.3) | (1.6) | (0.6) | (0.4) | (0.4) | 0.0 | 0.0 | (0.1) | (0.2) | (0.5) | 0.0 | (0.9) | 0.0 | (7.0) |
| Other Restructuring Charges | (2.3) | (0.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.9) | 0.0 | 0.0 | 0.0 | 0.0 | (0.5) |
| Utility Deposit | (0.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.6) |
| Total Restructuring Costs | (4.8) | (2.2) | (0.6) | (1.0) | (0.4) | 0.0 | (0.4) | (1.0) | (1.5) | (0.5) | 0.0 | (0.9) | (1.2) | (14.0) |
| Total Cash Flow Before DIP | (6.6) | 0.5 | (0.7) | (0.9) | (1.0) | 0.4 | (0.5) | (1.3) | (4.9) | (0.8) | (0.3) | 4.6 | (1.5) | (13.0) |
| Beginning Cash | 0.0 | 13.4 | 13.9 | 13.1 | 12.1 | 11.5 | 11.3 | 10.7 | 9.6 | 4.7 | 14.0 | 13.7 | 18.3 | 0.0 |
| Total Cash Flow Before DIP | (6.6) | 0.5 | (0.7) | (0.9) | (1.0) | 0.4 | (0.5) | (1.3) | (4.9) | (0.8) | (0.3) | 4.6 | (1.5) | (13.0) |
| Term Loan Draw | 20.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.0 | 0.0 | 0.0 | 0.0 | 30.0 |
| Ending Cash | 13.4 | 13.9 | 13.1 | 12.1 | 11.1 | 11.5 | 10.7 | 9.6 | 4.7 | 14.0 | 13.7 | 18.3 | 17.0 | 17.0 |