## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: Aventine Renewable Energy Holdings, Inc., et al.,

Case No. 09-11214(KG)

Reporting Period: April 8, 2009 through April 30, 2009

## MONTHLY OPERATING REPORT
### File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | X |
|   Schedule of Professional Fees Paid | MOR-1b | X | | |
|   Copies of bank statements | | | | |
|   Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | | X |
|   Copies of IRS Form 6123 or payment receipt | | | | |
|   Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|   Listing of aged accounts payable | MOR-4 | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

May 29, 2009
Date

William J. Brennan
Printed Name of Authorized Individual

Chief Accounting & Compliance Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

# Aventine Renewable Energy Holdings, Inc.Subsidiaries
## MOR-1 Schedule of Receipts and Disbursements
### April 8, 2009 through April 30, 2009

| | Total Aventine Renewable Energy, Inc. Cash Accounts | Total Nebraska Energy LLC Cash Accounts | Current Month Actual | Current Month Projected | Cumulative Filing To Date Actual | Cumulative Filing To Date Projected |
|---|---|---|---|---|---|---|
| Beginning Cash at Banks - April 8, 2009 | $ 2,634,633 | $ 48,082 | $ 2,682,715 | $ - | $ 2,682,715 | $ - |
| **Receipts** | | | | | | |
| Accounts Receivable | 28,201,530 | - | 28,201,530 | 34,620,000 | 28,201,530 | 34,620,000 |
| Loans & Advances -net of Lender Fees | 14,100,000 | - | 14,100,000 | 19,100,000 | 14,100,000 | 19,100,000 |
| Other | 196,386 | - | 196,386 | - | 196,386 | - |
| Transfers from DIP Accnts | 29,296,000 | 123,199 | 29,419,199 | 29,296,000 | 29,419,199 | 29,296,000 |
| Total Receipts | 71,793,916 | 123,199 | 71,917,115 | 83,016,000 | 71,917,115 | 83,016,000 |
| **Disbursements** | | | | | | |
| Corn purchases | (16,495,804) | - | (16,495,804) | (18,440,000) | (16,495,804) | (18,440,000) |
| Freight | (1,808,764) | - | (1,808,764) | (1,940,000) | (1,808,764) | (1,940,000) |
| Purchase Resale purchases | (550,548) | - | (550,548) | (4,420,000) | (550,548) | (4,420,000) |
| Natural Gas | (417,458) | - | (417,458) | (1,020,000) | (417,458) | (1,020,000) |
| Gross Payroll | (1,414,704) | (101,486) | (1,516,190) | (1,320,000) | (1,516,190) | (1,320,000) |
| Coal purchases | (472,933) | - | (472,933) | (940,000) | (472,933) | (940,000) |
| Denaturant purchases | (189,377) | - | (189,377) | (680,000) | (189,377) | (680,000) |
| Electricity | - | - | - | (600,000) | - | (600,000) |
| Other Manufacturing & Supplies | (750,091) | - | (750,091) | (1,360,000) | (750,091) | (1,360,000) |
| Outside Services | (51,322) | - | (51,322) | (1,020,000) | (51,322) | (1,020,000) |
| Other | (174,031) | (674) | (174,705) | (1,040,000) | (174,705) | (1,040,000) |
| Total Operational Disbursements | (22,325,032) | (102,160) | (22,427,192) | (32,780,000) | (22,427,192) | (32,780,000) |
| Cash Flow Before Cap Ex | 49,468,884 | 21,039 | 49,489,923 | 50,236,000 | 49,489,923 | 50,236,000 |
| Capital Expenditures | (598) | - | (598) | (340,000) | (598) | (340,000) |
| Cash Flow from Operations | 49,468,286 | 21,039 | 49,489,325 | 49,896,000 | 49,489,325 | 49,896,000 |
| Prepetition Interest | (11,573) | - | (11,573) | (200,000) | (11,573) | (200,000) |
| DIP Fees | (100,000) | - | (100,000) | (1,000,000) | (100,000) | (1,000,000) |
| DIP Interest | (100,604) | - | (100,604) | (300,000) | (100,604) | (300,000) |
| Professional Fees | - | - | - | (2,700,000) | - | (2,700,000) |
| Other Restructuring Charges | (1,024,312) | - | (1,024,312) | (3,500,000) | (1,024,312) | (3,500,000) |
| Utility Deposit | - | - | - | (600,000) | - | (600,000) |
| Total Restructuring Costs | (1,236,489) | - | (1,236,489) | (8,300,000) | (1,236,489) | (8,300,000) |
| Total Cash Flow Before DIP | 48,231,797 | 21,039 | 48,252,836 | 41,596,000 | 48,252,836 | 41,596,000 |
| Transfers to Other DIP Accounts | (29,419,199) | - | (29,419,199) | (28,923,199) | (29,419,199) | (28,923,199) |
| Ending Cash at Banks - April 30, 2009 | $ 21,447,231 | $ 69,121 | $ 21,516,352 | $ 12,672,801 | $ 21,516,352 | $ 12,672,801 |

# Aventine Renewable Energy Holdings, Inc Subsidiaries
## MOR - 1 Schedule Of Cash Receipts Disbursements
### April 8, 2009 through April 30, 2009

The columns are grouped under **Bank Accounts**:

- **JPMorgan Chase Bank, N.A. XXXXX3192 Employee Flex** — For the Benefit Of: Aventine Renewable Energy, Inc. Flexible Spending Account; Total Aventine Renewable Energy, Inc.
- **JPMorgan Chase Bank, N.A. XXXXX2603 Depository** — For the Benefit Of: Aventine Renewable Energy, Inc.; Total Aventine Renewable Energy, Inc. Depository Account
- **JPMorgan Chase Bank, N.A. XXXXX6619 Operating** — For the Benefit Of: Aventine Renewable Energy, Inc.; Nebraska Energy, LLC; Aventine Renewable Energy Holdings, Inc.; Aventine Renewable Energy, LLC; Aventine Power, LLC; Aventine Renewable Energy - Mt Vernon, LLC; Aventine Renewable Energy - Aurora West, LLC; Total Aventine Renewable Energy, Inc. Operating Account
- **National City XXXXX6827 Concentration** — For the Benefit Of: Aventine Renewable Energy, Inc.; Total Aventine Renewable Energy, Inc. Concentration Account
- **National City XXXXX6843 Utility Deposit** — For the Benefit Of: Aventine Renewable Energy, Inc.; Aventine Renewable Energy, Inc. Utility Deposit Account
- **Total Aventine Renewable Energy, Inc. Cash Accounts**

| | Flex: ARE Inc Flex Spending | Total ARE Inc (Flex) | Depository: ARE Inc | Total ARE Inc Depository | Operating: ARE Inc | Nebraska Energy, LLC | ARE Holdings, Inc. | ARE, LLC | Aventine Power, LLC | ARE - Mt Vernon, LLC | ARE - Aurora West, LLC | Total ARE Inc Operating | Concentration: ARE Inc | Total ARE Inc Concentration | Utility Deposit: ARE Inc | ARE Inc Utility Deposit | Total ARE Inc Cash Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash at Banks - April 8, 2009** | $ 17,865 | $ 17,865 | $ 2,605,685 | $ 2,605,685 | $ 11,083 | | | | | | | $ 11,083 | | $ – | | $ – | $ 2,634,633 |
| **Receipts:** | | | | | | | | | | | | | | | | | |
| Accounts Receivable | | | 27,282,734 | 27,282,734 | 13,274 | 905,522 | | | | | | 918,796 | | | | | 28,201,530 |
| Loans & Advances -net of Lender Fees | | | | | | | | | | | | | 14,100,000 | 14,100,000 | | | 14,100,000 |
| Other | 12,999 | 12,999 | 163,423 | 163,423 | 19,964 | | | | | | | 19,964 | | | | | 196,386 |
| Transfers from DIP Accnts | | | | | 28,800,000 | | | | | | | 28,800,000 | | | 496,000 | 496,000 | 29,396,000 |
| **Total Receipts** | 12,999 | 12,999 | 27,446,157 | 27,446,157 | 28,833,238 | 905,522 | | | | | | 29,738,760 | 14,100,000 | 14,100,000 | 496,000 | 496,000 | 71,993,916 |
| **Disbursements:** | | | | | | | | | | | | | | | | | |
| Corn purchases | | | | | (11,935,203) | (4,560,603) | | | | | | (16,495,804) | | | | | (16,495,804) |
| Freight | | | | | (1,808,764) | | | | | | | (1,808,764) | | | | | (1,808,764) |
| Purchase Resale purchases | | | | | (550,348) | | | | | | | (550,348) | | | | | (550,348) |
| Natural Gas | | | | | (350,020) | (67,458) | | | | | | (417,458) | | | | | (417,458) |
| Gross Payroll | | | | | (1,381,172) | | | | (14,312) | (19,220) | | (1,414,704) | | | | | (1,414,704) |
| Coal purchases | | | | | (458,540) | (14,393) | | | | | | (472,933) | | | | | (472,933) |
| Denaturant purchases | | | | | (72,864) | (116,513) | | | | | | (189,377) | | | | | (189,377) |
| Electricity | | | | | (625,131) | (121,756) | | | | | (3,204) | (750,091) | | | | | (750,091) |
| Other Manufacturing & Supplies | | | | | (42,143) | | | | | | | (51,322) | | | | | (51,322) |
| Outside Services | | | | | (142,300) | | | | | | | (174,031) | | | | | (174,031) |
| Other | (14,314) | (14,314) | | | (14,782) | | | | | | | | | | | | (200,200) |
| **Total Operational Disbursements** | (14,314) | (14,314) | | | (17,381,267) | | | | | | (3,204) | | | | | | (22,525,032) |
| **Cash Flow Before Cap Ex** | (1,315) | (1,315) | | | 11,451,971 | | | | | | (3,204) | | | | | | 49,468,884 |
| Capital Expenditures | | | | | | | | | | | (998) | | | | | | (998) |
| **Cash Flow from Operations** | (1,315) | (1,315) | | | 11,451,971 | | | | | | (3,204) | | | | | | 49,467,886 |
| Prepetition Interest | | | | | (11,573) | | | | | | | (11,573) | | | | | (11,573) |
| DIP Fees | | | | | (100,000) | | | | | | | (100,000) | | | | | (100,000) |
| DIP Interest | | | | | (108,604) | | | | | | | (108,604) | | | | | (108,604) |
| Professional Fees | | | | | (951,983) | | | | | | (410) | (989,460) | (34,826) | (34,826) | | | (1,016,663) |
| Other Restructuring Charges | | | | | (37,093) | | | | | | | (37,093) | | | | | (37,093) |
| **Total Restructuring Cost** | | | | | (1,064,160) | | | | | | (410) | (1,101,663) | (134,826) | (134,826) | | | (1,236,489) |
| **Total Cash Flow Before DIP** | (1,315) | (1,315) | 27,446,157 | 27,446,157 | 10,387,811 | | | | | | (3,204) | 6,325,781 | 13,965,174 | 13,965,174 | 496,000 | 496,000 | 48,231,797 |
| Transfers to Other DIP Accounts | | | (28,800,000) | (28,800,000) | (4,939,196) | | | | | | | (123,199) | (496,000) | (496,000) | | | (29,419,199) |
| **Ending Cash at Banks - April 30, 2009** | $ 16,550 | $ 16,550 | $ 1,251,842 | $ 1,251,842 | | | | | | | | $ 6,213,665 | | $ 13,469,174 | | $ 496,000 | $ 21,447,231 |

# Aventine Renewable Energy Holdings, Inc Subsidiaries
## MOR-1 Schedule of Receipts and Disbursements
### April 8, 2009 through April 30, 2009

| | Bank Accounts JPMorgan Chase XXXXX7313 Operating — For the Benefit Of | | | | | | | | Bank Accounts Heritage Bank 314487 Payroll — For the Benefit Of | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aventine Renewable Energy, Inc. | Nebraska Energy, LLC | Aventine Renewable Energy Holdings, Inc. | Aventine Renewable Energy, LLC | Aventine Power, LLC | Aventine Renewable Energy - Mt Vernon, LLC | Aventine Renewable Energy - Aurora West, LLC | Total Nebraska Energy, LLC Operating Account | Aventine Renewable Energy, Inc. | Nebraska Energy, LLC | Aventine Renewable Energy Holdings, Inc. | Aventine Renewable Energy, LLC | Aventine Power, LLC | Aventine Renewable Energy - Mt Vernon, LLC | Aventine Renewable Energy - Aurora West, LLC | Total Nebraska Energy, LLC Operating Account | Total Nebraska Energy LLC Cash Accounts |
| Beginning Cash at Banks - April 8, 2009 | | | | | | | | $ 1,000 | | | | | | | | $ 47,082 | $ 48,082 |
| **Receipts** | | | | | | | | | | | | | | | | | |
| Accounts Receivable | | | | | | | | - | | | | | | | | - | - |
| Loans & Advances -net of Lender Fees | | | | | | | | - | | | | | | | | - | - |
| Other | | | | | | | | - | | | | | | | | - | - |
| Transfers from DIP Accns | | 123,199 | | | | | | - | | 123,199 | | | | | | 123,199 | 123,199 |
| Total Receipts | | 123,199 | | | | | | - | | 123,199 | | | | | | 123,199 | 123,199 |
| **Disbursements** | | | | | | | | | | | | | | | | | |
| Corn purchases | | | | | | | | | | | | | | | | | - |
| Freight | | | | | | | | | | | | | | | | | - |
| Purchase Resale purchases | | | | | | | | | | | | | | | | | - |
| Natural Gas | | (101,486) | | | | | | | | (101,486) | | | | | | (101,486) | (101,486) |
| Gross Payroll | | | | | | | | | | | | | | | | | - |
| Coal purchases | | | | | | | | | | | | | | | | | - |
| Denaturant purchases | | | | | | | | | | | | | | | | | - |
| Electricity | | | | | | | | | | | | | | | | | - |
| Other Manufacturing & Supplies | | | | | | | | | | | | | | | | | - |
| Outside Services | | | | | | | | | | | | | | | | | - |
| Other | | (674) | | | | | | | | (674) | | | | | | (674) | (674) |
| Total Operational Disbursements | | (102,160) | | | | | | - | | (102,160) | | | | | | (102,160) | (102,160) |
| Cash Flow Before Cap Ex | | 21,039 | | | | | | - | | 21,039 | | | | | | 21,039 | 21,039 |
| Capital Expenditures | | | | | | | | - | | | | | | | | - | - |
| Cash Flow from Operations | | 21,039 | | | | | | - | | 21,039 | | | | | | 21,039 | 21,039 |
| Prepetition Interest | | | | | | | | | | | | | | | | | - |
| DIP Fees | | | | | | | | | | | | | | | | | - |
| DIP Interest | | | | | | | | | | | | | | | | | - |
| Professional Fees | | | | | | | | | | | | | | | | | - |
| Other Restructuring Charges | | | | | | | | | | | | | | | | | - |
| Utility Deposit | | | | | | | | | | | | | | | | | - |
| Total Restructuring Costs | | | | | | | | - | | | | | | | | - | - |
| Total Cash Flow Before DIP | | 21,039 | | | | | | - | | 21,039 | | | | | | 21,039 | 21,039 |
| Transfers to Other DIP Accoums | | | | | | | | - | | | | | | | | - | - |
| Ending Cash at Banks - April 30, 2009 | | | | | | | | $ 1,000 | | | | | | | | $ 68,121 | $ 69,121 |

Total Disbursements including Transfers to DIP Accounts $ (102,160)
Less: Transfers to DIP Accounts -
Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) -
Total Disbursements for Calculating U.S. Trustee Quarterly Fees $ (102,160)

# Aventine Renewable Energy Holdings, Inc.

## MOR-1 Schedule of Receipts and Disbursements
### April 8, 2009 through April 30, 2009

**Reconciliation of Cash per MOR-1 and Consolidated Balance Sheet**
**As of April 30, 2009**

| | | |
|---|---|---:|
| Cash at Bank - Aventine Renewable Energy, Inc. & Nebraska Energy, LLC (per MOR-1) | $ | 21,516,352 |
| Cash on hand at Aventine HQ Office | | 1,100 |
| Cash on hand at Mt Vernon Office | | 500 |
| Aventine Renewable Energy, Inc. - Utility Deposit Restricted Cash shown in Other Assets | | (496,000) |
| **Total Consolidated Cash Per Balance Sheet (MOR-3)- April 30, 2009** | **$** | **21,021,952** |

**Reconciliation of Cash per MOR-1 and Consolidated Balance Sheet**
**As of April 7, 2009**

| | | |
|---|---|---:|
| Cash at Bank - Aventine Renewable Energy, Inc. & Nebraska Energy, LLC (per MOR-1) | $ | 2,682,715 |
| Cash on hand at Aventine HQ Office | | 1,100 |
| Cash on hand at Mt Vernon Office | | 500 |
| Rounding Difference | | (1) |
| **Total Consolidated Cash Per Balance Sheet (MOR-3)- April 7, 2009** | **$** | **2,684,314** |

**Disbursements Made from 04/08/09 to 04/30/09**

| Disbursements | Nebraska Energy 230 | Aurora West 231 | ARE Inc. 234 | Mt Vernon 235 | Consolidated Total | |
|---|---|---|---|---|---|---|
| **Post** | | | | | | |
| Corn | $ 4,560,602 | $ | 11,935,202 | | $ 16,495,804 | TAB A |
| Freight | | | 1,808,764 | | 1,808,764 | TAB A |
| Purchase Resale | | | 550,548 | | 550,548 | TAB A |
| Natural Gas | 67,458 | | 350,000 | | 417,458 | TAB A |
| Payroll | 14,292 | | 1,381,192 | 19,220 | 1,414,704 | TAB A |
| Coal | | | 472,933 | | 472,933 | TAB A |
| Denaturant | 116,513 | | 72,864 | | 189,377 | TAB A |
| Electricity | - | | | | - | TAB A |
| Other Mfg & Supplies | 124,970 | | 625,121 | | 750,091 | TAB A |
| Outside Services | 5,775 | 3,204 | 42,343 | | 51,322 | TAB A |
| CAPEX | 598 | | | | 598 | TAB A |
| Flex Spending | | | 14,313 | | 14,313 | TAB D |
| Other | 17,417 | | 142,300 | | 159,717 | TAB A |
| **Total Post** | 4,907,625 | 3,204 | 17,395,580 | 19,220 | 22,325,629 | |
| | | | | | | |
| **Prepetition Payts** | | | | | | |
| Shippers/Warehousemen | | | 657,469 | | 657,469 | TAB B |
| Payroll | 398 | | 6,211 | 410 | 7,019 | TAB B |
| Electricity | 36,695 | | - | | 36,695 | TAB B |
| Taxes | | | 288,303 | | 288,303 | TAB B |
| *Other Restructuring (JP Morgan Bank) Sub Total* | 37,093 | - | 951,983 | 410 | 989,486 | |
| National City Payts for prepetition taxes | | | 34,826 | | 34,826 | TAB C |
| JP Morgan Prepetition Interest | | | 11,573 | | 11,573 | TAB B |
| Int Expense (DIP) | | | 100,604 | | 100,604 | TAB A |
| DIP Fees | | | 100,000 | | 100,000 | TAB C |
| | | | | | | |
| **Total Restructuring** | 37,093 | - | 1,198,986 | 410 | 1,236,489 | |
| Rounding Difference | | | | | 1 | |
| | | | | | | |
| **Grand Total Aventine Disbursements per MOR-1** | $ 4,944,718 | $ 3,204 | $ 18,594,566 | $ 19,630 | $ 23,562,119 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[3] | (Jointly Administered) |

### Declaration Regarding the Reconciliation of the Debtors' Bank Accounts
### As of April 30, 2009

WILLIAM J. BRENNAN hereby declares under penalty of perjury:

1. I am the Chief Accounting and Compliance Officer for Aventine Renewable Energy Holdings, Inc. , *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors' day-to-day operations, business, affairs and books and records.

2. All statements in this Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration of behalf of the Debtors.

3. To the best of my knowledge, all of the Debtors' bank balances as of April 30, 2009 have been reconciled in an accurate and timely manner.

Dated: May 29, 2009

Respectfully submitted,

By: William J. Brennan
Title: Chief Accounting and Compliance Officer

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

In re: AVENTINE RENEWABLE ENERGY HOLDINGS, INC., a
Delaware Corporation, et al, Debtors

Case No. 09-11214 (KG)
Reporting Period: April 8, 2009 thru April 30, 2009

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

(This schedule is to include all retained professional payments from case inception to current month)

| Payee | Period Covered | Amount Approved | Name of Payor | Check Date | Check Number | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |



# ARE Consolidating Income Statement

**AVENTINE USD BOOKS**
Period April 8, 2009 thru April 30, 2009
Submitted: 18-MAY-09 15:45:23

| | AVR Holdings Inc. Current Month APR-09 | ARE LLC Current Month APR-09 | ARE Inc. Current Month APR-09 | NEBRASKA ENERGY Current Month APR-09 | AURORA West Current Month APR-09 | Mt Vernon Current Month APR-09 | Aventine Power Current Month APR-09 | Eliminations Current Month APR-09 | Total Consolidation APR-09 |
|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | |
| Sales - Ethanol | $ - | $ - | $ 19,956,116 | 4,883,093 | $ - | $ - | $ - | (4,957,725) | 19,881,484 |
| Sale - Biodiesel | 0 | 0 | 276,633 | 0 | 0 | 0 | 0 | 0 | 276,633 |
| Sales - E85 | 0 | 0 | 35,277 | 0 | 0 | 0 | 0 | 0 | 35,277 |
| Sales - Co Products | 0 | 0 | 4,956,127 | 1,185,239 | 0 | 0 | 0 | (101,213) | 6,040,153 |
| Sales - Yeast | 0 | 0 | 864,624 | 0 | 0 | 0 | 0 | 0 | 864,624 |
| Sales - Commission | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales - Other | 0 | 0 | 279,532 | 0 | 0 | 0 | 0 | 0 | 279,532 |
| Total Sales | 0 | 0 | 26,368,308 | 6,068,333 | 0 | 0 | 0 | (5,058,938) | 27,377,702 |
| **Cost of Sales** | | | | | | | | | |
| COGS - Corn | 0 | 0 | (14,633,527) | (4,210,563) | 0 | 0 | 0 | 4,957,725 | (18,844,0591) |
| COGS - Biofuels | 0 | 0 | (5,708,531) | 172,419 | 0 | 0 | 0 | 0 | (578,387) |
| COGS - Freight | 0 | 0 | (2,001,071) | (563,567) | 0 | (8,712) | 0 | 0 | (2,573,350) |
| COGS - Inventory Change | 0 | 0 | (659,980) | (74,552) | 0 | 0 | 0 | 0 | (734,532) |
| COGS - MFT | 0 | 0 | (291,407) | 0 | 0 | 0 | 0 | 0 | (291,407) |
| COGS- Depreciation | 0 | 0 | (752,418) | (129,027) | 0 | 0 | 0 | 0 | (881,445) |
| **COGS - Conversion Cost** | | | | | | | | | |
| - Salaries & Wages | 0 | 0 | (173,819) | (121,867) | 0 | (27,131) | 0 | 0 | (322,817) |
| - Salaried Stock Comp | 0 | 0 | (11,954) | 0 | 0 | 0 | 0 | 0 | (11,954) |
| - Union Wages | 0 | 0 | (517,827) | 0 | 0 | 0 | 0 | 0 | (517,827) |
| - Fringe Benefits | 0 | 0 | (46,644) | (30,779) | 0 | (4,759) | 0 | 0 | (82,182) |
| - Union Fringe Benefits | 0 | 0 | (154,165) | 0 | 0 | 0 | 0 | 0 | (154,165) |
| - Insurance | 0 | 0 | (101,736) | (11,952) | (4,024) | (4,960) | 0 | 0 | (122,672) |
| - Travel & Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| - Outside Services | 0 | 0 | (273,376) | (6,624) | 0 | 0 | 0 | 0 | (280,000) |
| - Utilities | 0 | 0 | (1,763,608) | (384,842) | 0 | 0 | 0 | 0 | (2,147,850) |
| - Denaturant | 0 | 0 | (316,768) | (78,677) | 0 | 0 | 0 | 0 | (395,445) |
| - Materials & Supplies | 0 | 0 | (1,111,006) | (340,265) | 0 | (23,716) | 0 | 101,213 | (1,373,773) |
| - Other | 0 | 0 | (29,567) | (25,023) | 0 | (41) | 0 | 0 | (54,630) |
| Sub Total for Conversion Cost | 0 | 0 | (4,499,869) | (1,000,028) | (4,024) | (60,606) | 0 | 101,213 | (5,463,314) |
| Total Cost of Goods Sold | 0 | 0 | (28,546,803) | (5,805,319) | (4,024) | (69,317) | 0 | 5,058,938 | (29,366,526) |
| Gross Profit | 0 | 0 | (2,178,495) | 263,013 | (4,024) | (69,317) | | | (1,988,824) |
| **Selling, General & Administrative Expense** | | | | | | | | | |
| SG&A - Salaries & Wages | 0 | 0 | (409,361) | (8,328) | 0 | (2,618) | 0 | 0 | (420,307) |
| SG&A - Salaried Stock Comp | 0 | 0 | (300,889) | 0 | 0 | 0 | 0 | 0 | (300,889) |
| SG&A - Fringe Benefits | 0 | 0 | 83,688 | (2,727) | 0 | (2,667) | 0 | 0 | (89,082) |
| SG&A - Payroll Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SG&A - Professional Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SG&A - Materials & Supplies | 0 | 0 | (61,381) | (1,026) | (29) | (117) | 0 | 0 | (62,555) |
| SG&A - Outside Services | (50,600) | 0 | (266,526) | (5,897) | (1,474) | (11,100) | 0 | 0 | (338,597) |
| SG&A - Travel & Entertainment | 0 | 0 | (4,235) | 0 | 0 | (3,824) | 0 | 0 | (8,059) |
| SG&A - Advertising | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SG&A - Insurance | 0 | 0 | (109,418) | 0 | 0 | 0 | 0 | 0 | (109,418) |
| SG&A - Contributions | 0 | 0 | (3,906) | 77 | 0 | 0 | 0 | 0 | (3,829) |
| SG&A - Other | 0 | 0 | (150,271) | (59,958) | 0 | (3,565) | 0 | 0 | (213,794) |
| Total SG&A | (50,600) | 0 | (1,389,675) | (77,862) | (4,503) | (23,892) | 0 | 0 | (1,546,531) |
| Other Income | 0 | 0 | 95,083 | 0 | 0 | 0 | 0 | 0 | 95,083 |
| Operating Income | (50,600) | 0 | (3,473,087) | 185,151 | (8,527) | (93,209) | 0 | | (3,440,272) |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Expense (contractual) | (458,065) | 0 | (353,131) | 0 | 0 | 0 | 0 | 0 | (811,197) |
| Loss on early extinguishment of debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other non-operating income (loss) | 0 | 0 | 21,003 | 0 | 0 | 0 | 0 | 0 | 21,003 |
| Earnings before reorganization | (508,665) | 0 | (3,805,215) | 185,151 | (8,527) | (93,209) | 0 | | (4,230,466) |
| **Reorganization items:** | | | | | | | | | |
| Professional fees | 0 | 0 | (920,741) | 0 | 0 | 0 | 0 | 0 | (920,741) |
| Total reorganization expense | 0 | 0 | (920,741) | 0 | 0 | 0 | 0 | 0 | (920,741) |
| Income (loss) before income tax benefit | (508,665) | 0 | (4,725,956) | 185,151 | (8,527) | (93,209) | 0 | 0 | (5,151,207) |
| Income Taxes | 0 | 0 | 700,029 | 0 | 0 | 0 | 0 | 0 | 700,029 |
| Net Income (loss) | $ (508,665) | $ - | $ (4,025,927) | 185,151 | (8,527) | $ (93,209) | $ - | $ - | (4,451,178) |



# ARE Consolidating Income Statement

**AVENTINE USD BOOKS**
April 2009 Cumulative Filing
Submitted: 18-MAY-09 15:45:23

| | AVR Holdings Inc. Current Month APR-09 | ARE LLC Current Month APR-09 | ARE Inc. Current Month APR-09 | NEBRASKA ENERGY Current Month APR-09 | AURORA West Current Month APR-09 | Mt Vernon Current Month APR-09 | Aventine Power Current Month APR-09 | Eliminations Current Month APR-09 | Total Consolidation APR-09 |
|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | |
| Sales - Ethanol | $ - | $ - | $ 19,956,116 | $ 4,883,093 | $ - | $ - | $ - | $ (4,957,725) | $ 19,881,484 |
| Sale - Biodiesel | 0 | 0 | 276,633 | 0 | 0 | 0 | 0 | 0 | 276,633 |
| Sales - E85 | 0 | 0 | 35,277 | 0 | 0 | 0 | 0 | 0 | 35,277 |
| Sales - Co Products | 0 | 0 | 4,956,127 | 1,185,239 | 0 | 0 | 0 | (101,213) | 6,040,153 |
| Sales - Yeast | 0 | 0 | 864,624 | 0 | 0 | 0 | 0 | 0 | 864,624 |
| Sales - Commission | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales - Other | 0 | 0 | 279,532 | 0 | 0 | 0 | 0 | 0 | 279,532 |
| **Total Sales** | 0 | 0 | 26,368,308 | 6,068,333 | 0 | 0 | 0 | (5,058,938) | 27,377,702 |
| **Cost of Sales** | | | | | | | | | |
| COGS - Corn | 0 | 0 | (14,633,527) | (4,210,563) | 0 | 0 | 0 | 4,957,725 | (18,844,091) |
| COGS - Biofuels | 0 | 0 | (5,708,531) | 172,419 | 0 | 0 | 0 | 0 | (578,287) |
| COGS - Freight | 0 | 0 | (2,001,071) | (563,567) | 0 | (8,712) | 0 | 0 | (2,573,350) |
| COGS - Inventory Change | 0 | 0 | (659,980) | (74,552) | 0 | 0 | 0 | 0 | (734,532) |
| COGS - MFT | 0 | 0 | (291,407) | 0 | 0 | 0 | 0 | 0 | (291,407) |
| COGS - Depreciation | 0 | 0 | (752,418) | (129,027) | 0 | 0 | 0 | 0 | (881,445) |
| **COGS - Conversion Cost** | | | | | | | | | |
| - Salaries & Wages | 0 | 0 | (173,819) | (121,867) | 0 | (27,131) | 0 | 0 | (322,817) |
| - Salaried Stock Comp | 0 | 0 | (11,954) | 0 | 0 | 0 | 0 | 0 | (11,954) |
| - Union Wages | 0 | 0 | (517,827) | 0 | 0 | 0 | 0 | 0 | (517,827) |
| - Fringe Benefits | 0 | 0 | (46,644) | (30,779) | 0 | (4,759) | 0 | 0 | (82,182) |
| - Union Fringe Benefits | 0 | 0 | (154,165) | 0 | 0 | 0 | 0 | 0 | (154,165) |
| - Insurance | 0 | 0 | (101,736) | (11,952) | (4,024) | (4,960) | 0 | 0 | (122,672) |
| - Travel & Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| - Outside Services | 0 | 0 | (273,376) | (6,624) | 0 | 0 | 0 | 0 | (280,000) |
| - Utilities | 0 | 0 | (1,763,008) | (384,842) | 0 | 0 | 0 | 0 | (2,147,850) |
| - Denaturant | 0 | 0 | (316,768) | (78,677) | 0 | 0 | 0 | 0 | (395,445) |
| - Materials & Supplies | 0 | 0 | (1,111,006) | (340,265) | 0 | (23,716) | 0 | 101,213 | (1,373,773) |
| - Other | 0 | 0 | (29,567) | (25,022) | 0 | (41) | 0 | 0 | (54,630) |
| **Sub Total for Conversion Cost** | 0 | 0 | (4,499,869) | (1,000,028) | (4,024) | (60,606) | 0 | 101,213 | (5,463,314) |
| **Total Cost of Goods Sold** | 0 | 0 | (28,546,803) | (5,805,319) | (4,024) | (69,317) | 0 | 5,058,938 | (29,366,526) |
| **Gross Profit** | 0 | 0 | (2,178,495) | 263,013 | (4,024) | (69,317) | 0 | 0 | (1,988,824) |
| **Selling, General & Administrative Expense** | | | | | | | | | |
| SG&A - Salaries & Wages | 0 | 0 | (409,361) | (8,328) | 0 | (2,618) | 0 | 0 | (420,307) |
| SG&A - Salaried Stock Comp | 0 | 0 | (300,889) | 0 | 0 | 0 | 0 | 0 | (300,889) |
| SG&A - Fringe Benefits | 0 | 0 | (83,688) | (2,727) | 0 | (2,667) | 0 | 0 | (89,082) |
| SG&A - Payroll Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SG&A - Professional Service | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SG&A - Materials & Supplies | 0 | 0 | (61,381) | (1,028) | (29) | (117) | 0 | 0 | (62,555) |
| SG&A - Outside Services | (50,600) | 0 | (266,526) | (5,897) | (4,474) | (11,100) | 0 | 0 | (338,597) |
| SG&A - Travel & Entertainment | 0 | 0 | (4,235) | 0 | 0 | (3,824) | 0 | 0 | (8,059) |
| SG&A - Advertising | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SG&A - Insurance | 0 | 0 | (109,418) | 0 | 0 | 0 | 0 | 0 | (109,418) |
| SG&A - Contributions | 0 | 0 | (3,906) | 77 | 0 | 0 | 0 | 0 | (3,829) |
| SG&A - Other | 0 | 0 | (150,271) | (59,958) | 0 | (3,565) | 0 | 0 | (213,794) |
| **Total SG&A** | (50,600) | 0 | (1,389,675) | (77,862) | (4,503) | (23,892) | 0 | 0 | (1,546,531) |
| Other Income | 0 | 0 | 95,083 | 0 | 0 | 0 | 0 | 0 | 95,083 |
| **Operating Income** | (50,600) | 0 | (3,473,087) | 185,151 | (8,527) | (93,209) | 0 | 0 | (3,440,272) |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Expense (contructual) | (458,065) | 0 | (353,131) | 0 | 0 | 0 | 0 | 0 | (811,197) |
| Loss on early extinguishment of debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other non-operating income (loss) | 0 | 0 | 21,003 | 0 | 0 | 0 | 0 | 0 | 21,003 |
| **Earnings before reorganization** | (508,665) | 0 | (3,805,215) | 185,151 | (8,527) | (93,209) | 0 | 0 | (4,230,466) |
| **Reorganization items:** | | | | | | | | | |
| Professional fees | 0 | 0 | (920,741) | 0 | 0 | 0 | 0 | 0 | (920,741) |
| **Total reorganization expense** | 0 | 0 | (920,741) | 0 | 0 | 0 | 0 | 0 | (920,741) |
| **Income (loss) before income tax benefit** | (508,665) | 0 | (4,725,956) | 185,151 | (8,527) | (93,209) | 0 | 0 | (5,151,207) |
| Income Taxes | 0 | 0 | 700,029 | 0 | 0 | 0 | 0 | 0 | 700,029 |
| **Net Income (loss)** | $ (508,665) | $ - | $ (4,025,927) | $ 185,151 | $ (8,527) | $ (93,209) | $ - | $ - | $ (4,451,178) |



ORACLE
Applications

# AVENTINE RENEWABLE ENERGY HOLDINGS INC.

AVENTINE USD BOOKS
Period: April 7, 2009
Submitted: 19-MAY-09 08:38:29

| | AFR Holdings Inc. Current Month APR-09 | ARE LLC Current Month APR-09 | ARE Inc. Current Month APR-09 | NEBRASKA ENERGY Current Month APR-09 | AURORA West Current Month APR-09 | Mt Vernon Current Month APR-09 | Aventine Power Current Month APR-09 | Eliminations Current Month APR-09 | Total Consolidation APR-09 |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| **Current Assets:** | | | | | | | | | |
| Cash and Cash equivalents | $ - | $ - | $ 2,635,372 | $ 48,082 | $ - | $ 500 | $ - | $ - | $ 2,684,314 |
| Accounts and Notes Receivable | 0 | 0 | 18,006,652 | 1,119,541 | 0 | 0 | 0 | 0 | 19,126,193 |
| Income Tax Receivable | 0 | 0 | 11,152,372 | 0 | 0 | 0 | 0 | 0 | 11,152,372 |
| Inventory | 0 | 0 | 30,651,897 | 505,418 | 0 | 0 | 0 | 0 | 31,157,315 |
| Other current assets | 6,000 | 0 | 8,266,083 | 498,949 | 10,502 | 77,375 | 0 | 0 | 8,858,909 |
| **Total current assets** | 6,000 | 0 | 70,712,756 | 2,171,989 | 10,502 | 77,875 | 0 | 0 | 72,979,102 |
| **Property, Plant, and Equipment** | | | | | | | | | |
| Land | 0 | 0 | 182,739 | 51,432 | 1,419,996 | 0 | 0 | 0 | 1,659,167 |
| Buildings | 0 | 0 | 5,389,592 | 101,690 | 0 | 0 | 0 | 0 | 5,391,282 |
| Furniture & Fixtures | 0 | 0 | 22,043 | 2,538 | 0 | 0 | 0 | 0 | 24,581 |
| Storage Tanks | 0 | 0 | 1,032,114 | 2,075,464 | 0 | 0 | 0 | 0 | 3,107,578 |
| Manufacturing and other equipment | 0 | 0 | 111,470,355 | 21,279,356 | 0 | 0 | 0 | 0 | 132,749,711 |
| Construction-in-progress | 0 | 0 | 13,412,494 | 1,221,398 | 235,011,190 | 244,997,384 | 0 | 0 | 494,643,067 |
| **Total PP&E** | 0 | 0 | 131,414,337 | 24,731,879 | 236,431,186 | 244,997,384 | 0 | 0 | 637,575,386 |
| Accumulated Depreciation- PP&E | 0 | 0 | (32,681,865) | (6,491,228) | 0 | 0 | 0 | 0 | (39,173,093) |
| **Property, Plant, and Equipment, net** | 0 | 0 | 98,732,472 | 18,240,651 | 236,431,186 | 244,997,384 | 0 | 0 | 598,402,393 |
| Deferred Tax Asset | 460,413,843 | 0 | (1,765,816) | 0 | 0 | 0 | 0 | 0 | (1,765,816) |
| Investments in marketing alliances | 5,818,881 | 449,300,050 | 7,944,533 | 0 | 0 | 0 | 0 | (916,534,809) | 1,123,617 |
| Other non-Current Assets | 0 | 0 | 802,656 | 0 | 0 | 0 | 0 | 0 | 6,621,537 |
| **Total Assets** | $ 466,238,724 | $ 449,300,050 | $ 176,426,580 | $ 20,412,640 | $ 236,441,688 | $ 245,075,860 | $ - | $ (916,534,809) | $ 677,360,732 |
| **LIABILITIES and STOCKHOLDERS' EQUITY** | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | |
| Accounts payable | $ - | $ - | $ 3,280,047 | $ 50,815 | $ 46,047 | $ 4,598,444 | $ - | $ - | $ 3,376,908 |
| Prepetition accounts payable | 0 | 0 | 33,365,776 | 566,862 | 5,058,271 | 0 | 0 | 0 | 43,949,353 |
| Accrued Payroll and Benefits | 0 | 0 | 2,241,819 | 359,468 | 0 | (6,732) | 0 | 0 | 2,594,555 |
| Credit agreement borrowings | 0 | 0 | 18,339,391 | 0 | (5,058,271) | 0 | 0 | 0 | 18,339,391 |
| Intercompany | 15,000,000 | (4,801,189) | 13,917,598 | 876,945 | 0 | (4,935,083) | 0 | 0 | 0 |
| Other current liabilities | 0 | 0 | 540,553 | 365,320 | 0 | 0 | 0 | 0 | 15,905,873 |
| **Total Current Liabilities** | 15,000,000 | (4,801,189) | 71,685,184 | 2,219,410 | 46,047 | 16,629 | 0 | 0 | 84,166,082 |
| Long-term debt | 300,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300,000,000 |
| Deferred tax liability | 0 | 4,306,634 | 2,281,925 | 0 | 0 | 0 | 0 | 0 | 6,588,559 |
| Other long-term liabilities | 0 | 0 | 3,386,843 | 0 | 0 | 0 | 0 | 0 | 3,386,843 |
| **Stockholders' Equity:** | | | | | | | | | |
| Common stock | 43,493 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43,493 |
| Additional paid-in capital | (36,832,172) | 449,794,605 | 334,630,692 | 0 | 0 | 245,059,231 | 0 | (916,534,809) | 297,798,430 |
| Retained Earnings | 192,163,672 | 0 | (233,938,712) | 18,193,230 | 236,395,641 | 0 | 0 | 0 | (8,868,143) |
| Treasury Stock | (4,135,270) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4,135,270) |
| Accumulated other comprehensive loss | 0 | 0 | (1,619,262) | 0 | 0 | 0 | 0 | 0 | (1,619,262) |
| **Total stockholders' equity** | 151,238,724 | 449,794,605 | 99,072,627 | 18,193,230 | 236,395,641 | 245,059,231 | 0 | (916,534,809) | 283,219,248 |
| **Total liabilities and stockholders' equity** | $ 466,238,724 | $ 449,300,050 | $ 176,426,580 | $ 20,412,640 | $ 236,441,688 | $ 245,075,860 | $ - | $ (916,534,809) | $ 677,360,732 |



# Supplemental Balance Sheet Schedule

AVENTINE USD BOOKS
Period: April 7, 2009
Submitted: 19-MAY-09 15:03:17

| | AVR Holdings Inc. Current Month APR-09 | ARE LLC Current Month APR-09 | ARE Inc. Current Month APR-09 | NEBRASKA ENERGY Current Month APR-09 | AURORA West Current Month APR-09 | Mt Vernon Current Month APR-09 | Aventine Power Current Month APR-09 | Eliminations Current Month APR-09 | Total Consolidation APR-09 |
|---|---|---|---|---|---|---|---|---|---|
| **Other Current Assets** | | | | | | | | | |
| Prepaid Insurance | 0 | | 804,538 | 46,507 | 10,502 | 35,079 | 0 | 0 | 896,625 |
| Prepaid Inventory | 0 | | 2,905,512 | 431,942 | 0 | 0 | 0 | 0 | 3,337,454 |
| Prepaid Payroll | 0 | | 3,228,800 | 0 | 0 | 42,296 | 0 | 0 | 3,271,097 |
| RFA Dues - Pekin | 0 | | 243,890 | 22,500 | 0 | 0 | 0 | 0 | 266,390 |
| Core Systems Oracle hosting | 0 | | 89,674 | 0 | 0 | 0 | 0 | 0 | 89,674 |
| EPA Air Permit | 0 | | 69,988 | 0 | 0 | 0 | 0 | 0 | 69,988 |
| Miscellaneous | 6,000 | | 923,681 | (2,000) | 0 | 0 | 0 | 0 | 927,681 |
| Total Other Current Assets | 6,000 | | 8,266,083 | 498,949 | 10,502 | 77,375 | 0 | 0 | 8,858,909 |
| | | | | | | | | | |
| **Other Assets - Non-current** | | | | | | | | | |
| Debt fees - May 2003 - net of amort | 0 | | 802,656 | 0 | 0 | 0 | 0 | 0 | 802,656 |
| Bond issue costs - net of amort | 5,818,881 | | 0 | 0 | 0 | 0 | 0 | 0 | 5,818,881 |
| Total Other Assets | 5,818,881 | | 802,656 | 0 | 0 | 0 | 0 | 0 | 6,621,537 |
| | | | | | | | | | |
| **Other Current Liabilities** | | | | | | | | | |
| Property Taxes Payable | 0 | | 402,242 | 341,700 | 0 | 0 | 0 | 0 | 743,942 |
| Sales Tax Payable | 0 | | 47 | 15,112 | 0 | 0 | 0 | 0 | 15,159 |
| Interest Payable | 15,000,000 | | 0 | 0 | 0 | 0 | 0 | 0 | 15,000,000 |
| Miscellaneous | 0 | | 138,264 | 8,508 | 0 | 0 | 0 | 0 | 146,772 |
| Total Other Current Liabilities | 15,000,000 | | 540,553 | 365,320 | 0 | 0 | 0 | 0 | 15,905,873 |
| | | | | | | | | | |
| **Other Long-term Liabilities** | | | | | | | | | |
| Pension Obligation - Union | 0 | | 1,507,628 | 0 | 0 | 0 | 0 | 0 | 1,507,628 |
| Retiree Medical - Union | 0 | | 1,879,215 | 0 | 0 | 0 | 0 | 0 | 1,879,215 |
| Total Other Long-term Liabilities | 0 | | 3,386,843 | 0 | 0 | 0 | 0 | 0 | 3,386,843 |



# AVENTINE RENEWABLE ENERGY HOLDINGS INC.

AVENTINE USD BOOKS
Period: APR-09 Currency: USD
Submitted: 19-MAY-09 15:34:16



| | APR Holdings Inc. Current Month APR-09 | ARE LLC Current Month APR-09 | ARE Inc. Current Month APR-09 | NEBRASKA ENERGY Current Month APR-09 | AURORA West Current Month APR-09 | Mt Vernon Current Month APR-09 | Aventine Power Current Month APR-09 | Eliminations Current Month APR-09 | Total Consolidation APR-09 |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| **Current Assets:** | | | | | | | | | |
| Cash and Cash equivalents | $ - | $ - | $ 20,952,331 | $ 69,121 | $ - | $ 500 | $ - | $ - | $ 21,021,952 |
| Accounts and Notes Receivable | 0 | 0 | 17,822,276 | 1,303,830 | 0 | 0 | 0 | 0 | 19,126,426 |
| Income Tax Receivable | 0 | 0 | 13,315,141 | 0 | 0 | 0 | 0 | 0 | 13,315,141 |
| Inventory | 0 | 0 | 26,791,335 | 1,749,983 | 0 | 0 | 0 | 0 | 27,849,234 |
| Other current assets | 6,000 | 0 | 14,261,081 | 513,784 | 5,253 | 28,610 | 0 | (972,694) | 14,813,328 |
| **Total current assets** | 6,000 | 0 | 93,113,064 | 3,636,738 | 5,253 | 29,110 | 0 | (972,694) | 96,128,081 |
| **Property, Plant, and Equipment** | | | | | | | | | |
| Land | 0 | 0 | 185,739 | 51,432 | 1,419,996 | 0 | 0 | 0 | 1,659,167 |
| Buildings | 0 | 0 | 5,389,592 | 101,690 | 0 | 0 | 0 | 0 | 5,591,282 |
| Furniture & Fixtures | 0 | 0 | 22,043 | 2,538 | 0 | 0 | 0 | 0 | 24,581 |
| Storage Tanks | 0 | 0 | 1,092,114 | 2,075,464 | 0 | 0 | 0 | 0 | 3,107,578 |
| Manufacturing and other equipment | 0 | 0 | 111,170,355 | 21,270,386 | 0 | 0 | 0 | 0 | 132,745,711 |
| Construction-in-progress | 0 | 0 | 13,447,255 | 1,238,630 | 234,982,190 | 245,028,616 | 0 | 0 | 494,686,791 |
| **Total PP&E** | 0 | 0 | 131,449,198 | 24,739,111 | 236,402,186 | 245,028,616 | 0 | 0 | 637,019,111 |
| Accumulated Depreciation- PP&E | 0 | 0 | (33,663,280) | (6,659,523) | 0 | 0 | 0 | 0 | (40,322,803) |
| **Property, Plant, and Equipment, net** | 0 | 0 | 97,785,918 | 18,079,587 | 236,402,186 | 245,028,616 | 0 | 0 | 597,296,307 |
| Deferred Tax Asset | 446,351,453 | 0 | 7,664,737 | 0 | 0 | 0 | 0 | (888,410,932) | 1,123,617 |
| Investments in marketing alliance | 0 | 435,517,458 | 496,000 | 0 | 0 | 0 | 0 | (888,410,932) | 496,000 |
| Restricted Cash for Plant Expansion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intercompany | 66,000 | 0 | 1,646,354 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other non-Current Assets | 5,803,738 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,451,092 |
| **Total Assets** | $ 452,161,191 | $ 435,517,458 | $ 200,736,073 | $ 21,716,326 | $ 236,407,439 | $ 245,057,726 | $ - | $ (889,102,115) | $ 702,495,097 |
| **LIABILITIES and STOCKHOLDERS' EQUITY** | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | |
| Accounts Payable | $ - | $ - | $ 7,062,402 | $ 676,924 | $ 3,205 | $ 4,598,144 | $ - | $ (972,694) | $ 7,058,447 |
| Pre-petition Accounts Payable | 0 | 0 | 31,355,966 | 529,142 | 5,058,271 | 0 | 0 | 0 | 41,902,113 |
| Accrued Payroll and Benefits | 0 | 0 | 2,893,330 | 377,326 | 0 | 17,590 | 0 | 0 | 3,288,337 |
| Credit agreement borrowings | 0 | 0 | 42,354,867 | 0 | 0 | 0 | 0 | 0 | 42,354,867 |
| Intercompany | 66,000 | 0 | 9,543,002 | 288,763 | (5,038,555) | (4,502,013) | 0 | 0 | (3,204) |
| Other current liabilities | 15,583,333 | 4,306,634 | 1,991,896 | 159,265 | 0 | 0 | 0 | 0 | 17,734,495 |
| **Total Current Liabilities** | 15,649,333 | 4,306,634 | 95,201,553 | 2,031,720 | 22,921 | 113,721 | 0 | (972,694) | 112,327,164 |
| Liabilities subject to compromise | 300,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300,000,000 |
| Long-term debt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,918,125 |
| Deferred tax liability | 0 | 0 | 2,611,491 | 0 | 0 | 0 | 0 | 0 | 2,611,491 |
| Other long-term liabilities | 0 | 0 | 3,304,843 | 0 | 0 | 0 | 0 | 0 | 3,304,843 |
| **Stockholders' Equity:** | | | | | | | | | |
| Common stock | 43,493 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43,493 |
| Additional paid-in capital | (36,832,172) | 0 | 333,022,494 | 0 | 0 | 0 | 0 | (888,410,932) | 298,190,322 |
| Retained Earnings | 177,436,905 | 431,210,824 | (233,785,047) | 19,684,606 | 236,384,519 | 244,944,005 | 0 | 0 | (12,354,310) |
| Treasury Stock | (4,135,270) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4,135,270) |
| Accumulated other comprehensive loss | | 0 | (1,619,262) | 0 | 0 | 0 | 0 | 0 | (1,619,262) |
| **Total stockholders' equity** | 136,512,857 | 431,210,824 | 99,618,186 | 19,684,606 | 236,384,519 | 244,944,005 | 0 | (888,410,932) | 279,944,965 |
| **Total liabilities and stockholders' equity** | $ 452,161,191 | $ 435,517,458 | $ 200,736,073 | $ 21,716,326 | $ 236,407,439 | $ 245,057,726 | $ - | $ (889,102,115) | $ 702,495,097 |

# Supplemental Balance Sheet Schedule

AVENTINE USD BOOKS
Period: APR-09 Currency: USD
Submitted: 20-MAY-09 09:09:55



|  | APR Holdings Inc. Current Month APR-09 | ARE LLC Current Month APR-09 | ARE Inc. Current Month APR-09 | NEBRASKA ENERGY Current Month APR-09 | AURORA West Current Month APR-09 | Mt Vernon Current Month APR-09 | Aventine Power Current Month APR-09 | Eliminations Current Month APR-09 | Total Consolidation APR-09 |
|---|---|---|---|---|---|---|---|---|---|
| **Other Current Assets** | | | | | | | | | |
| Prepaid Insurance | 0 | | 598,014 | 30,917 | 5,253 | 28,610 | 0 | 0 | 662,794 |
| Prepaid Inventory | 0 | | 1,790,195 | 466,117 | 0 | 0 | 0 | 0 | 2,256,313 |
| Prepaid Payroll | 0 | | 1,557,324 | 0 | 0 | 0 | 0 | 0 | 1,557,324 |
| RFA Dues - Pekin | 0 | | 216,179 | 18,750 | 0 | 0 | 0 | 0 | 234,929 |
| Core Systems Oracle hosting | 0 | | 59,782 | 0 | 0 | 0 | 0 | 0 | 59,782 |
| EPA Air Permit | 0 | | 46,658 | 0 | 0 | 0 | 0 | 0 | 46,658 |
| Texas Gas LOC | 0 | | 9,000,000 | 0 | 0 | 0 | 0 | 0 | 9,000,000 |
| Miscellaneous | 6,000 | | 993,529 | (2,000) | 0 | 0 | 0 | 0 | 997,529 |
| **Total Other Current Assets** | 6,000 | | 14,261,681 | 513,784 | 5,253 | 28,610 | 0 | 0 | 14,815,328 |
|  | | | | | | | | | |
| **Other Assets - Non-current** | | | | | | | | | |
| Credit Agreement Fees - APR 2009 - net of amort | 0 | | 729,688 | 0 | 0 | 0 | 0 | 0 | 729,688 |
| DIP fees - APR 2009 - net of amort | 0 | | 916,667 | 0 | 0 | 0 | 0 | 0 | 916,667 |
| Bond issue costs - net of amort | 5,804,738 | | 0 | 0 | 0 | 0 | 0 | 0 | 5,804,738 |
| **Total Other Assets** | 5,804,738 | | 1,646,354 | 0 | 0 | 0 | 0 | 0 | 7,451,092 |
|  | | | | | | | | | |
| **Other Current Liabilities** | | | | | | | | | |
| Property Taxes Payable | 0 | | 435,742 | 146,575 | 0 | 0 | 0 | 0 | 582,317 |
| Sales Tax Payable | 0 | | (460) | 1,863 | 0 | 0 | 0 | 0 | 1,394 |
| Interest Payable | 15,583,333 | | 0 | 0 | 0 | 0 | 0 | 0 | 15,583,333 |
| Miscellaneous | 0 | | 1,556,623 | 10,838 | 0 | 0 | 0 | 0 | 1,567,450 |
| **Total Other Current Liabilities** | 15,583,333 | | 1,991,896 | 159,265 | 0 | 0 | 0 | 0 | 17,734,495 |
|  | | | | | | | | | |
| **Other Long-term Liabilities** | | | | | | | | | |
| Pension Obligation - Union | 0 | | 1,425,628 | 0 | 0 | 0 | 0 | 0 | 1,425,628 |
| Retiree Medical - Union | 0 | | 1,879,215 | 0 | 0 | 0 | 0 | 0 | 1,879,215 |
| **Total Other Long-term Liabilities** | 0 | | 3,304,843 | 0 | 0 | 0 | 0 | 0 | 3,304,843 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[1] | (Jointly Administered) |

### Declaration Regarding the Status of Post-Petition Taxes of the Debtors
### As of April 30, 2009

WILLIAM J. BRENNAN hereby declares under penalty of perjury:

1.  I am the Chief Accounting and Compliance Officer for Aventine Renewable Energy Holdings, Inc. , *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am familiar with the Debtors' day-to-day operations, business, affairs and books and records.

2.  All statements in this Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration of behalf of the Debtors.

3.  To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required postpetition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.[2]

Dated: May 29, 2009

Respectfully submitted,

By: William J. Brennan
Title: Chief Accounting and Compliance Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.
[2] The Debtors use ADP for the remittance of all payroll taxes.

## SUMMARY OF UNPAID POSTPETITION DEBTS

**Aventine Renewable Energy Holdings Inc.**

| | Current | 0-30 | 31-60 | 61-90 | over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition debts | 0 | 0 | 0 | 0 | 0 | 0 |

Note: No Post Petition payables for Aventine Renewable Energy Holdings Inc.

## SUMMARY OF UNPAID POSTPETITION DEBTS

**Aventine Renewable Energy Inc.**

| | Current | 0-30 | 31-60 | 61-90 | over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable 1240 | 1,384,095 | 0 | 0 | 0 | 0 | 1,384,095 |
| Wages Payable | 284,759 | 0 | 0 | 0 | 0 | 284,759 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 329,251 | 0 | 0 | 0 | 0 | 329,251 |
| Secured Debt/Adequate Protection Payments | 294,437 | 0 | 0 | 0 | 0 | 294,437 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due Insiders | 50,000 | 0 | 0 | 0 | 0 | 50,000 |
| Other: AP Accruals 1110 | 4,871,754 | 0 | 0 | 0 | 0 | 4,871,754 |
| Other: AP Accruals 1230 | 132,865 | 0 | 0 | 0 | 0 | 132,865 |
| Other: Accrued Motor Fuel Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: Accrued Feed Taxes | 3,044 | 0 | 0 | 0 | 0 | 3,044 |
| Other: Accrued Employee Benefits | 13,905 | 0 | 0 | 0 | 0 | 13,905 |
| Total Postpetition debts | 7,364,110 | 0 | 0 | 0 | 0 | 7,364,110 |

Note:   Post Petition liabilities to be paid with operating cash during May 2009

**SUMMARY OF UNPAID POSTPETITION DEBTS**

**Nebraska Energy LLC**

| | Current | 0-30 | 31-60 | 61-90 | over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 407,397 | 0 | 0 | 0 | 0 | 407,397 |
| Wages Payable | 83,261 | 0 | 0 | 0 | 0 | 83,261 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: AP Accruals | 269,527 | 0 | 0 | 0 | 0 | 269,527 |
| Other: Accrued Feed Taxes | 2,212 | 0 | 0 | 0 | 0 | 2,212 |
| Other: Motor Fuel Taxes | 107 | 0 | 0 | 0 | 0 | 107 |
| Other: Accrued Employee Benefits | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition debts | 762,504 | 0 | 0 | 0 | 0 | 762,504 |

Note:    Post Petition liabilities to be paid with operating cash during May 2009.

## SUMMARY OF UNPAID POSTPETITION DEBTS

**MT Vernon LLC**

| | Current | 0-30 | 31-60 | 61-90 | over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 6,943 | 0 | 0 | 0 | 0 | 6,943 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: AP Accruals | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: Accrued Motor Fuel Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: Accrued Feed Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: Accrued Employee Benefits | 10,748 | 0 | 0 | 0 | 0 | 10,748 |
| Total Postpetition debts | 17,691 | 0 | 0 | 0 | 0 | 17,691 |

Note: Wages Payable to be paid during first pay period in May 2009

## SUMMARY OF UNPAID POSTPETITION DEBTS

**Aurora West LLC**

| | Current | 0-30 | 31-60 | 61-90 | over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 3,204 | 0 | 0 | 0 | 0 | 3,204 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition debts | 3,204 | 0 | 0 | 0 | 0 | 3,204 |

Note:   Accounts payable to be paid during May with operating cash

## SUMMARY OF UNPAID POSTPETITION DEBTS

### Aventine Power LLC

| | Current | 0-30 | 31-60 | 61-90 | over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition debts | 0 | 0 | 0 | 0 | 0 | 0 |

Note:     No post petition liabilities for Aventine Power

## SUMMARY OF UNPAID POSTPETITION DEBTS

### Aventine Renewable Energy LLC

| | Current | 0-30 | 31-60 | 61-90 | over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition debts | 0 | 0 | 0 | 0 | 0 | 0 |

Note:     No post petition liabilities for Aventine Renewable Energy LLC

**Aventine Renewable Energy, Inc.**
Debtor


**Accounts Receivable Reconciliation and Aging**

| AR Reconciliation | | |
|---|---|---|
| Total AR at the beginning of reporting peri  04/08/09 | $ | 18,729,398 |
| Amounts billed during period | | 31,805,490 |
| Less:  Bank Fee Chargebacks | | (54) |
| Less:  Returned Items | | 8,816 |
| Amounts collected during period | | (27,296,008) |
| **Total AR at the end of reporting period    04/30/09** | **$** | **23,247,641** |
| Allowance for Uncollectible Accounts Rec at April 30, 2009 | | (272,439) |
| April 30, 2009 Accrual Adjustments to G/L not posted to subledger (1) | | (5,373,626) |
| Other non-customer AR accounts in G/L | | 221,000 |
| **Total Aventine AR per balance sheet at April 30, 2009 (MOR-3)** | **$** | **17,822,576** |

(1) The ORACLE sytem performs the billing when the product is shipped to the customer, however under our contracts we then have to monitor the railcars status and adjust the revenue to record only product which has been actually offloaded at the customer's location at the end of each month.

| AR Subledger Aging | | |
|---|---|---|
| 0 - 30 Days Old | $ | 15,621,104 |
| 31-60 Days Old | | 5,832,444 |
| 61-90 Days Old | | 1,630,023 |
| 91+ Days Old | | 164,070 |
| **Total Account Receivable**          04/30/09 | **$** | **23,247,641** |

### DEBTOR QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened accounts.  If an investment account has opened provide the required documentation pursuant to the Delaware Local Rulle 4001-3. | X | |