## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Aventine Renewable Energy Holdings, Inc., a Delaware Corporation, *et al.*<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-11214 (KG)<br><br>Jointly Administered |

### CERTIFICATION OF COUNSEL [RE DOCKET NO. 166]

The undersigned hereby certifies that:

1.      On May 22, 2009, the Official Committee of Unsecured Creditors filed the *Application For An Order Approving The Retention Of Jefferies & Company, Inc. As Investment Banker Pursuant To 11 U.S.C. §§ 328(a) and 1103 of the Bankruptcy Code And Bankruptcy Rule 2014(a) And Request For Waiver Of Certain Requirements Under Del. Bankr. LR 2016-2(d) and 2016-2(h)* [Docket No. 166] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.      Pursuant to the Notice of the Application, objections were to be filed and served no later than June 12, 2009. Counsel received informal comments from the Debtors and the pre-petition lenders to the Application. The parties have resolved the issues and have prepared a revised form of order attached hereto as **Exhibit 1**. A blackline reflecting changes from the form of order filed with the Application is attached hereto as **Exhibit 2**.

3.      Therefore, Counsel respectfully requests that the Court enter the proposed form of Order attached hereto at its earliest convenience.

Dated: June 23, 2009

GREENBERG TRAURIG, LLP

Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
T (302) 661-7000
F (302) 661-7360
detweilerd@gtlaw.com
selzers@gtlaw.com

Attorneys for Official Committee of Unsecured Creditors