# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

AVENTINE RENEWABLE ENERGY HOLDINGS, INC., et al.,

Debtors.

) Case No.: 09-11214
)
) Chapter 11
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(1)**
)
) (Jointly Administered)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(1)**

**Name of Proposed Transferor:**
Adam Heiser
1017 10th St.
Aurora, NE 68818

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

824 North Market Street
3rd Floor
Wilmington, Delaware 19801
302-252-2900

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AVENTINE RENEWABLE ENERGY HOLDINGS, INC., et al.,

Debtors.

Case No.: 09-11214

Chapter 11

**TRANSFER OF CLAIM**
**BANKRUPTCY RULE 3001(E)(1)**

(Jointly Administered)

PLEASE TAKE NOTICE that the priority claim of HEISER, ADAM underlying creditor or "Transferor" against the above captioned Debtor or affiliate in the amount of $3,030.58 as listed within the debtor's Schedule of Liabilities filed by the debtor and all priority claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim.

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $3,030.58 and has not been previously satisfied. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**

Print Name: Adam Heiser    Title: _____
Signature: Adam Heiser     Date: 7-26-09
Corrected Address (if req.) 1505 9th St, Aurora NE 68818
Phone: 402-631-9522    E-Mail: fooman85@hotmail.com

**TRANSFEREE:**
United States Debt Recovery LLC
940 Southwood Blvd., Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director