**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **Aventine Renewable Energy Holdings, Inc., a Delaware Corporation <u>et al.</u>,** | **Case No. 09-11214 (KG)** |
| **Debtors.** | **Jointly Administered** |

**SECOND MONTHLY FEE APPLICATION OF JEFFERIES & COMPANY, INC.,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
FOR REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
<u>FOR THE PERIOD MAY 23, 2009 THROUGH JUNE 22, 2009</u>**

| | |
|---|---|
| Name of Applicant: | Jefferies & Company, Inc. |
| Authorized to Provide Professional<br><br>Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 24, 2009, nunc pro tunc to April 23, 2009 |
| Period for which Compensation and Reimbursement are sought: | May 23, 2009 through June 22, 2009 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $125,000.00): | $100,000.00 |
| Amount of Compensation held back: | $25,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,876.37 |

This is a(n)  _x_  interim ___ final fee application.

Jefferies & Company, Inc. ("Jefferies"), has today filed this Second Monthly Fee Application (the "Monthly Fee Statement") for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to Official Committee of Unsecured Creditors (the "Committee"), for the period May 23, 2009 through June 22, 2009 ("Application Period") under section 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), *nunc pro tunc* to the April 23, 2009 (as defined herein), and granting waiver of compliance with the information requirements relating to compensation requests set forth in Rule 2016-2(d) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") in accordance with Local Rule 2016-2(h), to the extent requested herein. In support of this Monthly Fee Statement, Jefferies represents as follows:

**JURISDICTION**

1.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2.       On April 7, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been requested or appointed in these chapter 11 cases.

**JEFFERIES RETENTION**

3.       In accordance with the Court's order entered on June 24, 2009 granting Jefferies' retention effective April 23, 2009 (the "Retention Order"), Jefferies shall be excused from maintaining time records as set forth in Local Rule 2016 in connection with the services rendered pursuant to the Engagement Letter; instead, Jefferies shall be permitted to maintain summary time records in half-hour increments in connection with the services to be rendered pursuant to the Engagement Letter beginning on April 23, 2009.  During the period from May 23, 2009 through June 22, 2009 (the "Monthly Compensation Period"), Jefferies professionals expended time for services as illustrated in Exhibit C.

4.       During the period from May 23, 2009 through June 22, 2009 Jefferies performed significant services on behalf of the Committee, including, but not limited to:

● Becoming familiar with, to the extent Jefferies deems appropriate, and analyzing, the business, operations, properties, financial condition and prospects of the Debtors;

● Advising the Committee on the current state of the "restructuring market";

● Assisting and advising the Committee in examining and analyzing any strategy potential or proposed restructuring, amending, redeeming or otherwise adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, any sale under section 363 of chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), a liquidation, or otherwise (a "Transaction"), including, where appropriate, assisting the Committee in developing its own strategy for accomplishing a Transaction;

● Assisting and advising the Committee in evaluating and analyzing the proposed implementation of any Transaction, including the value of the securities or debt instruments, if any, that may be issued in any such Transaction;

● Assisting and advising the Committee in evaluating potential financing transactions by the Debtors;

● Assisting and advising the Committee on tactics and strategies for negotiating with other stakeholders;

● Attending multiple meetings and conference calls of the Committee and Debtors with respect to matters on which Jefferies has been engaged to advise the Committee hereunder;

- Preparing weekly reports to the Committee on matters related to the Debtors performance and the ethanol industry in general; and

- Rendering such other financial advisory services as may from time to time be agreed upon by the Committee and Jefferies, including, but not limited to, providing expert testimony, and other expert and financial advisory support related to any threatened, expected, or initiated litigation.

5. Jefferies Group is a global investment banking firm with broad activities covering trading in equities, convertible securities and corporate bonds in addition to its investment banking and financial advisory practice. With more than 80,000 customer accounts around the world, it is possible that one of its clients or a counter-party to a security transaction may hold a claim or otherwise is a party-in-interest in these chapter 11 cases. Furthermore, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities. Some of these counter-parties may be creditors of the Debtors. Jefferies believes none of these business relationships constitute interests materially adverse to the Debtors herein with respect to matters upon which Jefferies is to be employed, and none are in connection with these cases.

**FEE PROCEDURE ORDER**

6.     On May 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

7.     In particular, the Interim Compensation Procedures Order provides that upon the expiration of fifteen (15) days after the service of a monthly interim fee application, a Professional (as defined in the Interim Compensation Procedures Order) may file a Certificate of No Objection with the Court, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of (a) 80 percent of the fees and 100 percent of the expenses requested in such monthly interim fee application and (b) 80 percent of the fees and 100 percent of the expenses not subject to an objection.

**RELIEF REQUESTED**

8.      Jefferies seeks monthly allowance of fees for professional services rendered to the Committee during the Monthly Compensation Period in the amount of $101,876.37, representing 80% of the total monthly fee ($125,000.00), and reimbursement of expenses incurred in connection with the rendition of such services in the amount of $1,876.37.

9.     Although Jefferies, in line with market convention, does not bill by the hour, Jefferies does seek to track hours in an effort to provide certain restructuring clients with visibility into restructuring professional hours expended.  Accordingly, Jefferies estimates that its restructuring professionals expended a total of 246.5 hours during the Monthly Compensation Period.  Moreover, Jefferies' record of restructuring professional hours excludes time spent by other employees of the company, including for

example, employees with capital markets or relevant industry expertise outside of the restructuring group, who have allocated time to these cases from time to time.

10.     The fees charged by Jefferies during the Monthly Compensation Period have been billed in accordance with the Retention Application, Jefferies' approved engagement letter with the Committee dated as of April 23, 2009 (the "Engagement Letter"), and the Interim Compensation Procedures Order, and is comparable to those fees charged by Jefferies for professional services rendered in similar bankruptcy and non-bankruptcy related matters.  Such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy transactions in the competitive national financial advisory market.

11.     Annexed hereto as Exhibit "A" is Jefferies' invoice for the Monthly Compensation Period.

12.     Annexed hereto as Exhibit "B" is a schedule specifying categories of expenses for which Jefferies is seeking reimbursement and the total amount of expenses requested in each such expense category.

13.     Annexed hereto as Exhibit "C" is a summary of Jefferies' time records for the Monthly Compensation Period.  As set forth in the Retention Application, it is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys and other professionals who are compensated on an hourly basis. Jefferies' restructuring professionals, when formally retained in chapter 11 cases and when required by local rules, do, and in these cases have, kept time records describing their general daily activities, the identity of restructuring professionals who performed such activities, and the estimated amount of time expended

7

on such activities on a daily basis. Jefferies' restructuring personnel do not maintain their time records on a "project category" basis. For Jefferies to recreate the time for its restructuring personnel and require its non-restructuring personnel to record their time as prescribed by the Local Rules would be, in each case, unduly burdensome and time consuming.

14.     There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

### **NOTICE**

15.     This Monthly Application has been provided to the Notice Parties pursuant to the Interim Compensation Procedures Order. Jefferies submits that no other or further notice need be provided.

WHEREFORE, pursuant to the terms of the Interim Compensation Procedures Order and the Retention Order, Jefferies requests payment for services rendered on behalf of the Committee during the Application Period in the total amount of $126,876.37, and immediate payment of $101,876.37 representing 80% of the total monthly fees ($125,000.00) and 100% of expenses incurred ($1,876.37).

Dated: July 27, 2009

JEFFERIES & CO., INC.

By: _____
Robert J. White

520 Madison Avenue, 7th Floor
New York, NY  10022
(212) 284-2542

Financial Advisor to the Official
Committee of Unsecured Creditors

# Exhibit A

# Jefferies

*INVOICE*

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Invoice Number: 7601
Invoice Date: 7/13/2009
Reference #:
Terms: Immediate

**Official Committee of Unsecured Creditors**
**of Aventine Renewable Energy Holdings, Inc.**
120 North Parkway
P.O. Box 1800
Pekin, IL 61555

-1

Attention: Committee Co-Chair

Re: Advisory Services

**For services rendered in accordance with our engagement letter dated April 23, 2009**

| | |
|---|---:|
| ***Monthly Fee:*** | |
| May 23, 2009 - June 22, 2009 | $125,000.00 |
| 20% Holdback | ($25,000.00) |
| **Total Fee** | $100,000.00 |
| | |
| **Expenses:** | |
| Meals | $682.83 |
| Presentation Services | $266.00 |
| Transportation - Ground | $927.54 |
| **Total Out-of-Pocket Expenses** | $1,876.37 |

| | |
|---|---:|
| **TOTAL DUE** | **$101,876.37** |

**Payment Details**

| Wire Instructions | Check Payment Instructions |
|---|---|
| **Bank of New York** | **Jefferies & Company, Inc.** |
| ABA #021000018 | 11100 Santa Monica Blvd. |
| A/C: Jefferies & Company, Inc. | 12th Floor |
| A/C: #890-065-2772 | Los Angeles, CA 90025 |

**Reference:** **AVE641-7601-Aventine**

Exhibit B

# Jefferies & Company, Inc.
Breakdown of Expenses
May 23, 2009 – June 22, 2009
Exhibit B

**EXPENSES:**

| | |
|---|---|
| Meals | $682.83 |
| Presentation Services | $266.00 |
| Transportation – Ground | $927.54 |
| Total | $1,876.37 |

| BANKER | CATEGORY | DESCRIPTION | DATE | Amount |
|---|---|---|---|---|
| JEFFREY N. SCHWARTZ | Meals | Meal while traveling | 4/23/2009 | $13.72 |
| JEFFREY N. SCHWARTZ | Meals | Meal while traveling | 4/23/2009 | $2.25 |
| JOHN D'AMICO | Meals | Meal while traveling | 4/23/2009 | $1.56 |
| JOHN D'AMICO | Meals | Meal while traveling | 4/23/2009 | $4.11 |
| JOHN D'AMICO | Meals | Meal while traveling (3 attendees) | 4/23/2009 | $52.00 |
| THOMAS C CARLSON | Meals | Meal while traveling | 4/23/2009 | $8.00 |
| JEFFREY N. SCHWARTZ | Transportation - Ground | Train- Roundtrip NYC to Wilmington | 4/23/2009 | $298.00 |
| JEFFREY N. SCHWARTZ | Transportation - Ground | Taxi- Amtrak to meeting | 4/23/2009 | $12.00 |
| JOHN D'AMICO | Transportation - Ground | Taxi- Home to Penn Station | 4/23/2009 | $11.70 |
| JOHN D'AMICO | Transportation - Ground | Train Ticket Exchange Voucher Charge | 4/23/2009 | $49.00 |
| JOHN D'AMICO | Transportation - Ground | Train- Wilmington to NYC | 4/23/2009 | $100.00 |
| JOHN D'AMICO | Transportation - Ground | Train-  NYC to Wilmington | 4/23/2009 | $149.00 |
| THOMAS C CARLSON | Transportation - Ground | Train- Roundtrip NYC to Wilmington | 4/23/2009 | $298.00 |
| JOHN D'AMICO | Meals | Overtime Meal | 4/24/2009 | $17.02 |
| THOMAS C CARLSON | Meals | Meal while traveling | 4/24/2009 | $8.00 |
| THOMAS C CARLSON | Meals | Meal while traveling | 4/24/2009 | $16.50 |
| THOMAS C CARLSON | Transportation - Ground | Taxi- Penn Station to Home | 4/24/2009 | $9.84 |
| JOHN D'AMICO | Meals | Overtime Meal | 4/26/2009 | $17.82 |
| JOHN D'AMICO | Meals | Overtime Meal | 4/28/2009 | $25.50 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 4/29/2009 | $24.61 |
| JOHN D'AMICO | Meals | Overtime Meal | 4/29/2009 | $25.50 |
| ROBERT BAILER | Meals | Overtime Meal | 5/3/2009 | $42.74 |
| JOHN D'AMICO | Meals | Overtime Meal | 5/3/2009 | $25.50 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 5/4/2009 | $24.19 |
| LEILA PETERS | Meals | Overtime Meal | 5/5/2009 | $25.33 |
| ROBERT BAILER | Meals | Overtime Meal | 5/5/2009 | $25.33 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 5/5/2009 | $24.91 |
| LEILA PETERS | Meals | Overtime Meal | 5/6/2009 | $25.50 |
| ROBERT BAILER | Meals | Overtime Meal | 5/6/2009 | $25.50 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 5/6/2009 | $25.46 |
| JOHN D'AMICO | Meals | Overtime Meal | 5/6/2009 | $25.50 |
| ROBERT BAILER | Meals | Overtime Meal | 5/7/2009 | $25.43 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 5/7/2009 | $24.88 |
| ROBERT BAILER | Meals | Overtime Meal | 5/8/2009 | $0.81 |
| LEILA PETERS | Meals | Overtime Meal | 5/12/2009 | $25.31 |
| ROBERT BAILER | Meals | Overtime Meal | 5/12/2009 | $25.31 |
| ROBERT BAILER | Meals | Overtime Meal | 5/14/2009 | $25.45 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 5/15/2009 | $25.50 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 5/17/2009 | $18.11 |
| JEFFREY N. SCHWARTZ | Meals | Overtime Meal | 5/17/2009 | $25.48 |
| RAYMOND NG | Presentation Services | Create/Edit Presentations | 5/22/2009 | $42.00 |
| NIAMBI WILLIAMS | Presentation Services | Create/Edit Presentations | 5/24/2009 | $78.00 |
| NIAMBI WILLIAMS | Presentation Services | Create/Edit Presentations | 5/24/2009 | $146.00 |
| Total: | | | | **$1,876.37** |

14

# Exhibit C

# Jefferies & Company, Inc.
## Summary of Hours Worked
May 23, 2009 - June 22, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Tom Carlson | Managing Director, Recapitalization and Restructuring Group | 21.00 |
| Courtney Tuttle | Managing Director, CleanTech Group | 6.50 |
| Robert White | Senior Vice President, Recapitalization and Restructuring Group | 21.50 |
| Alex Rohan | Vice President, Recapitalization and Restructuring Group | 26.00 |
| John D'Amico | Associate, Recapitalization and Restructuring Group | 53.00 |
| Leila Peters | Associate, CleanTech Group | 28.00 |
| Robert Bailer | Analyst, CleanTech Group | 34.50 |
| Jeffrey Schwartz | Analyst, Recapitalization and Restructuring Group | 56.00 |
| | **Total** | **246.50** |

Other Jefferies professionals who participated but do not keep hours:

| | |
|---|---|
| Justin Despirito | Legal Counsel |
| Patrick Morrow | Paralegal |

16

Jefferies & Company, Inc.
May 23, 2009 - June 22, 2009

| Banker | Date | Hours | Description |
|---|---|---|---|
| Jeffrey Schwartz | 5/23/2009 | 2.00 | Budget to Actual analysis for weekly update, Industry Research |
| Jeffrey Schwartz | 5/24/2009 | 12.00 | Diligence Trip Presentation Preparation |
| John D'Amico | 5/24/2009 | 9.00 | Diligence Trip Presentation Preparation |
| Robert White | 5/24/2009 | 2.00 | Diligence Trip Presentation Review |
| Jeffrey Schwartz | 5/25/2009 | 12.00 | Diligence Trip Presentation Preparation |
| John D'Amico | 5/25/2009 | 10.00 | Diligence Trip Presentation Preparation |
| Robert White | 5/25/2009 | 5.00 | Diligence Trip Presentation Preparation; and Reviewed Budget to Actual analysis and Weekly Presentation |
| Tom Carlson | 5/25/2009 | 1.00 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Alex Rohan | 5/26/2009 | 2.00 | Calls with HL and GT Regarding Update on Process |
| Courtney Tuttle | 5/26/2009 | 1.00 | Call with HL Regarding Update on Process |
| Jeffrey Schwartz | 5/26/2009 | 1.00 | Call with HL Regarding Update on Process |
| John D'Amico | 5/26/2009 | 2.50 | Call with HL Regarding Update on Process and Industry Research |
| Leila Peters | 5/26/2009 | 1.00 | Call with HL Regarding Update on Process |
| Robert Bailer | 5/26/2009 | 3.00 | Communication with committee, Call to prepare for committee discussion, Call with HL Regarding Update on Process |
| Robert White | 5/26/2009 | 2.00 | Calls with HL and GT Regarding Update on Process |
| Tom Carlson | 5/26/2009 | 3.00 | Call with HL Regarding Update on Process and Committee Member Calls |
| Alex Rohan | 5/27/2009 | 0.50 | Budget to Actual analysis |
| Courtney Tuttle | 5/27/2009 | 0.50 | Reviewed Budget to Actual information and crush spread |
| Jeffrey Schwartz | 5/27/2009 | 1.00 | Budget to Actual analysis for weekly update |
| John D'Amico | 5/27/2009 | 2.00 | Weekly Update preparation and Budget to Actual analysis |
| Leila Peters | 5/27/2009 | 3.00 | Industry and commodity pricing research; Analysis of strategic buyers |
| Robert Bailer | 5/27/2009 | 4.00 | Updated commodity prices and prepared weekly update, analysis of strategic buyers |
| Robert White | 5/27/2009 | 0.50 | Budget to Actual Analysis |
| Tom Carlson | 5/27/2009 | 0.50 | Budget to Actual analysis |
| Alex Rohan | 5/28/2009 | 1.50 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Courtney Tuttle | 5/28/2009 | 1.00 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Robert White | 5/28/2009 | 2.50 | Reviewed Budget to Actual analysis and Weekly Presentation. Committee member calls |
| Tom Carlson | 5/28/2009 | 1.00 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Alex Rohan | 5/29/2009 | 1.50 | Committee Member Calls |
| John D'Amico | 5/29/2009 | 2.00 | Internal planning |
| Leila Peters | 5/29/2009 | 2.00 | Internal planning |
| Robert Bailer | 5/29/2009 | 2.00 | Call with HL Regarding Update on Process |
| Tom Carlson | 5/29/2009 | 1.50 | Committee Member Calls |
| Alex Rohan | 6/3/2009 | 0.50 | Conference call with GT and Committee |
| Courtney Tuttle | 6/3/2009 | 0.50 | Conference call with GT and Committee |
| Jeffrey Schwartz | 6/3/2009 | 3.00 | Conference call with GT and Committee, Budget to Actual analysis for weekly update |
| John D'Amico | 6/3/2009 | 3.00 | Weekly Update preparation, Conference call with GT and Committee |
| Leila Peters | 6/3/2009 | 2.00 | Communication with Company, its Advisors and UCC, Internal discussion with team members |
| Robert Bailer | 6/3/2009 | 0.50 | Conference call with GT and Committee |
| Robert White | 6/3/2009 | 0.50 | Conference call with GT and Committee |
| Tom Carlson | 6/3/2009 | 1.50 | Conference call with GT and Committee |
| Alex Rohan | 6/4/2009 | 1.00 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Courtney Tuttle | 6/4/2009 | 0.50 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Leila Peters | 6/4/2009 | 2.00 | Analysis of strategic buyers |
| Robert Bailer | 6/4/2009 | 5.00 | Updated commodity prices and prepared weekly update and industry research and analysis of strategic buyers |
| Robert White | 6/4/2009 | 1.00 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Tom Carlson | 6/4/2009 | 1.00 | Reviewed Budget to Actual analysis and Weekly Presentation |
| Jeffrey Schwartz | 6/5/2009 | 2.50 | Call with HL; Analysis of financial buyers |
| John D'Amico | 6/5/2009 | 3.50 | Industry Research and Call with HL, analysis of financial buyers |
| Leila Peters | 6/5/2009 | 1.50 | Industry and commodity pricing research |
| Robert Bailer | 6/5/2009 | 0.50 | Call with HL |
| Tom Carlson | 6/5/2009 | 2.00 | Committee Member Calls |
| Jeffrey Schwartz | 6/8/2009 | 2.50 | Committee Member Call, Industry Research |
| Alex Rohan | 6/9/2009 | 1.50 | Committee Member Call |
| John D'Amico | 6/9/2009 | 2.00 | Committee Member Call and Industry Research |
| Robert White | 6/9/2009 | 1.00 | Committee Member Call |
| Tom Carlson | 6/9/2009 | 1.00 | Committee Member Calls |
| Jeffrey Schwartz | 6/10/2009 | 2.00 | Budget to Actual analysis for weekly update |
| John D'Amico | 6/10/2009 | 3.00 | Weekly Update preparation |
| Leila Peters | 6/10/2009 | 2.00 | Weekly Update preparation |
| Robert Bailer | 6/10/2009 | 3.00 | Call with HL Regarding Update on Process |
| Alex Rohan | 6/11/2009 | 3.25 | Call with HL in the morning and with GT in the afternoon, Reviewed Budget to Actual analysis |
| Courtney Tuttle | 6/11/2009 | 2.00 | Call with HL in the morning and with GT in the afternoon |
| Jeffrey Schwartz | 6/11/2009 | 2.00 | Call with HL in the morning and with GT in the afternoon |
| John D'Amico | 6/11/2009 | 2.00 | Call with HL in the morning and with GT in the afternoon |
| Leila Peters | 6/11/2009 | 2.00 | Call with HL in the morning and with GT in the afternoon |
| Robert Bailer | 6/11/2009 | 1.50 | Analysis of strategic buyers |
| Robert White | 6/11/2009 | 2.00 | Call with HL in the morning and with GT in the afternoon and Reviewed Budget to Actuals Analysis |
| Tom Carlson | 6/11/2009 | 2.00 | Call with HL in the morning and with GT in the afternoon |
| Alex Rohan | 6/12/2009 | 1.75 | New DIP Budget Analysis |
| Jeffrey Schwartz | 6/12/2009 | 5.50 | New DIP Budget Analysis, Analysis of financial buyers |
| John D'Amico | 6/12/2009 | 3.50 | New DIP Budget Analysis, Analysis of financial buyers |
| Leila Peters | 6/12/2009 | 2.00 | Analysis of strategic buyers |
| Robert White | 6/12/2009 | 1.50 | Analysis of strategic buyers |
| Alex Rohan | 6/15/2009 | 2.00 | Call with HL to discuss new DIP Budget and call with GT |
| Courtney Tuttle | 6/15/2009 | 1.00 | Call with HL to discuss new DIP Budget |
| Jeffrey Schwartz | 6/15/2009 | 1.00 | Call with HL to discuss new DIP Budget |
| John D'Amico | 6/15/2009 | 1.00 | Call with HL to discuss new DIP Budget |
| Leila Peters | 6/15/2009 | 1.00 | Call with HL to discuss new DIP Budget |
| Robert Bailer | 6/15/2009 | 3.00 | Call with HL to discuss new DIP Budget and Analysis of strategic buyers |
| Robert White | 6/15/2009 | 1.50 | Call with HL to discuss new DIP Budget |
| Tom Carlson | 6/15/2009 | 1.00 | Call with HL to discuss new DIP Budget |
| Jeffrey Schwartz | 6/16/2009 | 2.00 | Research on comparable transactions |
| John D'Amico | 6/16/2009 | 3.00 | Research on comparable transactions and analysis of financial buyers |
| Leila Peters | 6/16/2009 | 2.00 | Analysis of strategic buyers |
| Tom Carlson | 6/16/2009 | 1.00 | Update call with GT |
| Jeffrey Schwartz | 6/17/2009 | 2.00 | Analysis of financial buyers |
| Alex Rohan | 6/18/2009 | 3.00 | Reviewed Budget to Actual analysis, Weekly call with HL, Weekly UCC Presentation Preparation |
| Jeffrey Schwartz | 6/18/2009 | 3.50 | Budget to Actuals, Weekly call with HL, Weekly UCC Presentation Preparation |
| John D'Amico | 6/18/2009 | 4.00 | Budget to Actuals, Weekly call with HL, Weekly UCC Presentation Preparation |
| Leila Peters | 6/18/2009 | 3.00 | Weekly UCC Presentation Preparation; Industry research |
| Robert Bailer | 6/18/2009 | 8.00 | Putting together ethanol industry news document; Aventine weekly performance and commodity price update |
| Robert White | 6/18/2009 | 2.00 | Budget to Actuals, Weekly call with HL, Weekly UCC Presentation Preparation |
| Tom Carlson | 6/18/2009 | 3.00 | Reviewed Budget to Actual analysis, Weekly call with HL, Weekly UCC Presentation Preparation |
| Alex Rohan | 6/19/2009 | 5.00 | Reviewed and Revised Retention Documents and Calls with Company Counsel |

| | | | |
|---|---|---|---|
| John D'Amico | 6/19/2009 | 2.00 | Research on strategic buyers |
| Leila Peters | 6/19/2009 | 2.50 | Compiling Industry Overview Primer |
| Robert Bailer | 6/19/2009 | 4.00 | Compiling Industry Overview Primer |
| Jeffrey Schwartz | 6/20/2009 | 2.00 | Industry research |
| Alex Rohan | 6/22/2009 | 2.50 | Reviewed Retention Documents, Call with Debtor's counsel, Internal calls |
| John D'Amico | 6/22/2009 | 0.50 | Call with GT |
| Leila Peters | 6/22/2009 | 2.00 | Industry and commodity pricing research |
| Tom Carlson | 6/22/2009 | 1.50 | Calls with GT and Committee members |

**May 23, 2009 - June 22, 2009 Consolidated Hours**                   246.50

## VERIFICATION

Robert J. White, after being duly sworn according to law, deposes and says:

a)   I am a professional with the applicant firm, Jefferies & Company, Inc.

b)   I am familiar with the work performed on behalf of the Committee by the professionals and paraprofessionals in the firm.

c)   I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule and Interim Compensation Procedures Order.

Dated: July 27, 2009

JEFFERIES & CO., INC.

By: _____
       Robert J. White

520 Madison Avenue
New York, NY  10022
(212) 284-2542

Financial Advisor to the Official
Committee of Unsecured Creditors

20