## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AVENTINE RENEWABLE ENERGY <br> HOLDINGS, INC., a Delaware Corporation, *et al.*, <br><br> Debtors.1 | Chapter 11 <br><br> Case No. 09-11214 (KG) <br><br> (Jointly Administered) |

### NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES OF AVENTINE RENEWABLE ENERGY HOLDINGS, INC.

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE AGENTS FOR THE DEBTORS' PRE-AND POST-PETITION LENDERS; (IV) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002; AND (V) THE PARTIES LISTED ON EXHIBIT 1 ANNEXED HERETO

PLEASE TAKE NOTICE that pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Aventine Renewable Energy Holdings, Inc. ("Holdings") hereby amends its Schedules of Assets and Liability (the "Schedules") as set forth herein.

PLEASE TAKE FURTHER NOTICE that annexed hereto as Exhibit 1 is an amendment (the "Amendment") to Schedule F of the Schedules. The parties listed in Exhibit 1 were either omitted from the Schedules or scheduled in an incorrect amount.

PLEASE TAKE FURTHER NOTICE that, consistent with Local Rule 1009-2, the **PARTIES LISTED IN THE AMENDMENT (COLLECTIVELY, THE "CLAIMANTS"), MUST FILE A PROOF OF CLAIM WITHIN TWENTY DAYS OF**

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

THE FILING AND SERVICE OF THIS NOTICE (the "Bar Date").[2] Any Entity that is required to file a proof of claim, but fails to do so by the Bar Date shall not be treated as a creditor with respect to such claim for the purposes of voting on and distribution under any chapter 11 plan proposed and/or confirmed in these cases. Along with this Notice, the Claimants will be provided with (i) a copy of the Bar Date Notice [D.I. 293]; and (ii) a proof of claim form.

## RESERVATION OF RIGHTS

The Debtors reserve the right to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Amendment as to nature, amount, liability, classification or otherwise. Nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

Dated: September 8, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-4757
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

---

[2] On June 30, 2009, the Bankruptcy Court entered the *Order Pursuant To Bankruptcy Rule 3003(c)(3) And Local Rule 2002-1(e) Establishing Bar Dates For Filing Proofs Of Claim And Approving The Form And Manner Of Notice Thereof* establishing September 8, 2009 at 4:00 P.M. (Prevailing Eastern Time) as the bar date for filing pre-petition claims. Local Rule 1009-2 provides that a party listed on an amended schedule has until the latter of (i) the Court established bar date, or (ii) twenty (20) days from the notice of amendment, to file a proof of claim.

# **EXHIBIT 1**

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **Aventine Renewable Energy Holdings, Inc.**  Case No. **09-11214 (KG)**
Debtor(s)  Chapter **11**

# AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 0 | | | |
| B - Personal Property | No | 0 | | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | No | 0 | | | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 0 | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $44,268.00 | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors | No | 0 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| TOTAL | | 2 | | $44,268.00 | |

B6F (Official Form 6F) (12/07)

In re   **Aventine Renewable Energy Holdings, Inc.**                    Case No.  **09-11214 (KG)**
                                                  Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ABRAMSON, LEIGH J  METALMARK SUBADVISOR LLC  1177 AVE OF THE AMERICAS  40TH FL  NEW YORK, NY 10036 | | | TRADE DEBT | | | | 3,019.00 |
| ACCOUNT NO.  ARNOLD NEMIROW  WOMBLE CARLYLE SANDRIDGE & RICE  550 SOUTH MAIN ST, STE 400  GREENVILLE, SC 29601 | | | TRADE DEBT | | | | 22,173.00 |
| ACCOUNT NO.  BUTZ, THEODORE  FMC CORPORATION  1735 MARKET STREET, 23RD FL  PHILADELPHIA, PA 19103 | | | TRADE DEBT | | | | 2,923.00 |

Sheet 1 of 2 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.
In re **Aventine Renewable Energy Holdings, Inc.** Case No **09-11214 (KG)**
Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DERBES, RICHARD <br> 18166 SE VILLAGE CIRCLE <br> TEQUESTA, FL 33469 | | | TRADE DEBT | | | | 2,923.00 |
| ACCOUNT NO. <br> FAROKH S HAKIMI <br> 46 FORRESTWOOD <br> TORONTO ONTARIO CANADA <br> M5N2VP CANADA <br> CA | | | TRADE DEBT | | | | 3,115.00 |
| ACCOUNT NO. <br> HOFFMAN, MICHAEL <br> METALMARK CAPITAL LLC <br> 1177 AVENUE OF THE AMERICAS <br> 40TH FLOOR <br> NEW YORK, NY 10036 | | | TRADE DEBT | | | | 2,923.00 |
| ACCOUNT NO. <br> KUHN, WAYNE D. <br> 5 BACK RIVER CIRCLE <br> SAVANNAH, GA 31411 | | | TRADE DEBT | | | | 3,019.00 |
| ACCOUNT NO. <br> LATHAM, BOBBY <br> PO BOX 1873 <br> CLAREMORE, OK 74018-1873 | | | TRADE DEBT | | | | 4,173.00 |
| | | | Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 44,268.00 |

Sheet 2 of 2 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Delaware

In re  **Aventine Renewable Energy Holdings, Inc.**                                       Case No.  **09-11214 (KG)**
                                                              Debtor(s)                    Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____           Signature: _____
                                                                    Debtor

Date _____           Signature: _____
                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chief Accounting and Compliance Officer** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the **corporation** [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **3** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 8, 2009**                        Signature:  **/s/ William J. Brennan**
                                                              **William J. Brennan**
                                                              [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.