# Exhibit B – Disclosure Statement Order

DB02:8549217.16                    068125.1001

TO BE PROVIDED

# Exhibit C – Corporate Organization Chart

DB02:8549217.16

068125.1001

# Corporate Organizational Chart



# Exhibit D – Projected Financial Information

**Exhibit D**

**Financial Projections
(Unaudited)**

(All $ in Millions Unless Otherwise Noted)

The Financial Projections contained herein reflect numerous assumptions, including the confirmation and consummation of the Plan for the Debtors, as filed with the Court. The Financial Projections should be viewed in conjunction with a review of these assumptions including the qualifications and footnotes as set forth herein. The Financial Projections were prepared by management in good faith based upon assumptions believed to be reasonable at the time of preparation. While presented with numerical specificity, the Financial Projections are based upon a variety of estimates and assumptions subject to significant business, economic, and competitive uncertainties and contingencies, many of which are beyond the control of the Debtors. Actual results may vary materially from those presented. The Financial Projections have not been prepared to comply with the guidelines established with respect to Projections by the Securities and Exchange Commission or the American Institute of Certified Public Accountants ("AICPA"), have not been audited, and are not presented in accordance with Generally Accepted Accounting Principles ("GAAP").

The Financial Projections are based on the assumption that the Debtors will emerge from Chapter 11 on March 31, 2010.[1]

The Debtors will be required to estimate the Debtors' reorganization value, the fair value of their assets, and their actual liabilities as of the Effective Date. Such determination will be based upon the fair values as of that date, which could be materially greater or less than the value assumed in the Financial Projections. Any fresh-start reporting adjustments that may be required in accordance with Statement of Position 90-7 Financial Reporting by Entities in Reorganization under the Bankruptcy Code, including any allocation of the Debtors' reorganization value to the Debtors' assets in accordance with the procedures specified in Financial Accounting Standards Board Statement 141 will be made when the Debtors emerge from bankruptcy.

The Financial Projections include (a) the Pre-Reorganization Balance Sheet as projected at March 31, 2010, (Exhibit D1) (b) adjustments to the Pre-Reorganization Balance Sheet to reflect projected payments and borrowings made as a result of consummation of the Plan, (Exhibit D1) (c) the opening balance sheets for Reorganized Aventine, (Exhibit D1); and (d) post-Effective Date balance sheets, income statements and statements of cash flows for Reorganized Aventine, (Exhibit D2). The Financial Projections are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Factors that could cause actual results to differ materially include, but are not limited to, Reorganized

---

[1]    If the Effective Date of the Plan is significantly delayed, additional expenses, including professional fees, may be incurred, completion of the Mount Vernon Facility may be delayed and operating results may be negatively impacted

Aventine's ability to operate the Debtors' business consistent with their projections, comply with the covenants of their financing agreements including the ABL Credit Facility, Reorganized Aventine's ability to restore trade credit terms to historical levels, Reorganized Aventine's ability to raise incremental financing in the future to complete the Aurora West facility, Reorganized Aventine's ability to successfully complete construction of its uncompleted facilities at the currently budgeted levels, and its ability to acquire corn, natural gas and coal at prices consistent with assumptions included in the Projections. *See also* Article IX of the Disclosure Statement.

## Exhibit D1
## Pre & Post Emergence Balance Sheet
### (Unaudited)
### ($ in millions)

| | March 31, 2010[1] | Adjustments | March 31, 2010 |
|---|---|---|---|
| **Assets** | | | |
| Cash & Equivalents [2] | $53.3 | $34.1 | $87.4 |
| Accounts Receivable Net of ADA | 16.9 | - | 16.9 |
| Income Tax Receivable | 5.0 | - | 5.0 |
| Inventory | 20.6 | - | 20.6 |
| Other Current Assets | 4.0 | - | 4.0 |
| **Total Current Assets** | 99.9 | | 134.0 |
| | | | |
| PP&E (Net of Depreciation) [3] | 587.4 | (377.4) | 210.0 |
| Investments | 2.6 | - | 2.6 |
| Restricted Cash [4] | 7.4 | (7.4) | - |
| Other Non-Current Assets [5] | 10.8 | 3.8 | 14.6 |
| **Total Assets** | 708.2 | | 361.2 |
| | | | |
| **Liabilities** | | | |
| Prepetition Accounts Payable [6] | 342.9 | (342.9) | - |
| Accounts Payable | 22.5 | (10.0) | 12.5 |
| Kiewit Payable [7] | 23.2 | (23.2) | - |
| Accrued Payroll | 2.3 | - | 2.3 |
| Interest Payable | - | - | - |
| Other Current Liabilities | 0.5 | - | 0.5 |
| **Total Current Liabilities** | 391.5 | | 15.4 |
| | | | |
| DIP | 15.0 | (15.0) | - |
| Revolver | 27.8 | (27.8) | - |
| Kiewit Note [7] | - | 11.3 | 11.3 |
| Project Note | - | - | - |
| Long Term Debt [8] | - | 105.0 | 105.0 |
| OID Discount [8] | - | (5.0) | (5.0) |
| Other Non- Current Liabilities | 15.0 | (11.5) | 3.5 |
| Deferred Tax Liability | 4.7 | - | 4.7 |
| **Total Liabilities** | 454.0 | | 134.8 |
| | | | |
| **Stockholder's Equity** | | | |
| Common Stock | 0.0 | 0.2 | 0.2 |
| Additional Paid in Capital | 298.8 | (74.3) | 224.5 |
| Retained Earnings [9] | (42.5) | 42.5 | - |
| Treasury Stock [10] | (4.1) | 4.1 | - |
| Accumulated OCI | 2.0 | (0.4) | 1.6 |
| **Total Equity** | 254.2 | | 226.4 |
| | | | |
| **Total Liabilities & Equity** | 708.2 | | 361.2 |

# Notes to Exhibit D1
## Pro Forma Balance Sheet
### (Unaudited)
### (All $ in millions unless otherwise noted)

1.     The Pre-Reorganization Balance Sheet is based upon the Debtors' estimates of the consolidated results of operations of the Debtors' estates through March 31, 2010, and includes all of the Debtors' wholly-owned subsidiaries. Inter-company accounts receivable and payable have been eliminated in accounting consolidation.

2.     Cash increased by net proceeds from Senior Secured Notes less uses of cash at emergence.

3.     Adjustment made to (i) eliminate construction in progress of $377.4 million relating to ARE – Mt. Vernon and ARE – Aurora West and (ii) reflect the current estimated book value of the Debtors' existing property, plant and equipment. To date, the Debtors have not conducted fresh-start accounting. All figures presented herein are for illustrative purposes only and will not necessarily tie to the SEC filings made by the Debtors.

4.     The Debtors have provided cash collateral of $7.0 million in support of a letter of credit which is assumed to be released and replaced by a new letter of credit issued under the Company's ABL Credit Facility and release of security/adequate assurance deposits of $0.4 million.

5.     The change in other non current assets is primarily a result of several factors including previous financing fees being written down, a letter of credit being drawn down (creates a pre-paid asset), $0.7 million in fees for the ABL Credit Facility and $3.0 million discount on account of the Backstop Parties commitment to purchase the Senior Secured Notes.

6.     Pursuant to the Plan, holders of the Prepetition Unsecured Notes and Allowed General Unsecured Claims are to receive 80% of the New ARE Holdings Common Stock subject to dilution from the Management Incentive Plan and the Equity Warrants except holders of Convenience Claims, which are to receive a 35% recovery in cash.

7.     Pursuant to the Plan, the Kiewit Mt. Vernon Secured Claim will be paid in full in cash upon emergence while the Kiewit Aurora West Secured Claim will receive $4.0 million in cash upon emergence and an approximate $11.3 million secured non-recourse note (to be set forth in the Plan Supplement) which provides for a term of five years with annual cash amortization of $1.0 million and interest payments at the rate of 5.0%.

8.     Upon emergence, the Company shall issue $105.0 million of new Senior Secured Notes subject to an original issue discount of $5.0 million which along with cash on hand shall be used to refinance in cash in full at emergence the Company's DIP Facility and Prepetition Secured Credit Facility.

9.     In accordance with the Plan the pre-transaction Equity Interests are deemed to have zero value. In accordance with estimated fresh-start adjustments, the pre-transaction Accumulated deficit is increased to zero to remove the impact of pre-transaction losses on the reorganized business.

To date, the Debtors have not conducted fresh-start accounting. All figures presented herein are for illustrative purposes only.

10.     Treasury stock represented old equity owned by the Debtors which pursuant to the Plan will receive New Equity Warrants.

# Exhibit D1
## Projected Income Statement

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Revenue | $597.8 | $499.1 | $768.8 | $1,014.4 | $1,041.5 | $1,041.5 |
| | | | | | | |
| Corn | (283.9) | (300.1) | (492.1) | (650.9) | (661.8) | (661.8) |
| Biofuels | (96.4) | (45.5) | (47.3) | (48.6) | (48.6) | (48.6) |
| Freight | (42.3) | (4.3) | (4.3) | (4.3) | (4.3) | (4.3) |
| Inventory Change | (53.3) | 6.0 | 3.2 | 8.7 | 0.0 | 0.0 |
| Depreciation | (13.9) | (17.5) | (24.1) | (30.6) | (30.6) | (30.6) |
| Motor Fuel Taxes | (5.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Conversion Costs | (97.4) | (110.2) | (155.3) | (204.3) | (206.3) | (206.3) |
| **Gross Profit** | 5.1 | 27.5 | 48.9 | 84.5 | 89.9 | 89.9 |
| | | | | | | |
| SG&A | (27.4) | (21.3) | (21.1) | (22.2) | (22.2) | (22.2) |
| Restructuring Charges | (34.1) | (13.0) | - | - | - | - |
| Other Income / (Expense) | 11.2 | - | - | - | - | - |
| **Operating Income** | (45.2) | (6.9) | 27.7 | 62.3 | 67.7 | 67.7 |
| | | | | | | |
| Interest Expense | (14.8) | (14.0) | (21.2) | (22.7) | (22.4) | (22.4) |
| Interest Income | (0.0) | - | - | - | - | - |
| Other Non-Operating | 1.2 | (8.0) | (6.8) | - | - | - |
| **Income Before Taxes** | (58.8) | (28.9) | (0.2) | 39.5 | 45.3 | 45.3 |
| | | | | | | |
| Income Taxes | 5.5 | 9.5 | 0.1 | (13.0) | (14.9) | (14.9) |
| **Net Income** | (53.3) | (19.4) | (0.1) | 26.6 | 30.4 | 30.4 |
| | | | | | | |
| Plus: Depreciation | 13.9 | 17.5 | 24.1 | 30.6 | 30.6 | 30.6 |
| Plus: Restructuring Charges | 34.1 | 13.0 | - | - | - | - |
| Plus: Interest Expense | 14.8 | 14.0 | 21.2 | 22.7 | 22.4 | 22.4 |
| Plus: Income Taxes | (5.5) | (9.5) | (0.1) | 13.0 | 14.9 | 14.9 |
| **EBITDAR** | $4.0 | $15.6 | $45.1 | $92.8 | $98.2 | $98.2 |
| *EBITDAR excl. Remobilization Costs* | 4.0 | 21.1 | 50.2 | 92.8 | 98.2 | 98.2 |
| | | | | | | |
| Production Gallons | 198.0 | 199.7 | 307.7 | 414.5 | 421.7 | 421.7 |
| *EBITDA / Gallon* | $0.02 | $0.08 | $0.15 | $0.22 | $0.23 | $0.23 |

## Exhibit D1
## Projected Balance Sheet
### (Unaudited)

| | March 31, 2010 | As of December 31, 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash & Equivalents | $87.4 | $34.7 | $46.8 | $71.9 | $128.6 | $188.0 |
| Accounts Receivable Net of ADA | 16.9 | 19.3 | 25.2 | 33.2 | 33.2 | 33.2 |
| Income Tax Receivable | 5.0 | 11.1 | 12.1 | 12.1 | 12.1 | 12.1 |
| Inventory | 20.6 | 25.7 | 28.9 | 37.7 | 37.7 | 37.7 |
| Other Current Assets | 4.0 | 4.4 | 4.5 | 4.5 | 4.5 | 4.6 |
| **Total Current Assets** | 134.0 | 95.3 | 117.6 | 159.3 | 216.1 | 275.5 |
| | | | | | | |
| PP&E (Net of Depreciation) | 210.0 | 245.1 | 277.6 | 259.4 | 234.7 | 208.9 |
| Investments | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 |
| Restricted Cash | - | | | | | |
| Other Non-Current Assets | 14.6 | 14.0 | 14.4 | 13.1 | 12.7 | 11.4 |
| **Total Assets** | 361.2 | 357.0 | 412.2 | 434.5 | 466.0 | 498.5 |
| | | | | | | |
| **Liabilities** | | | | | | |
| Prepetition Accounts Payable | - | - | - | - | - | - |
| Accounts Payable | 12.5 | 16.7 | 19.9 | 25.9 | 25.9 | 25.9 |
| Kiewit Payable | - | - | - | - | - | - |
| Accrued Payroll | 2.3 | 2.4 | 2.4 | 2.4 | 2.5 | 2.6 |
| Interest Payable | - | 3.9 | 6.0 | 5.1 | 5.1 | 5.1 |
| Other Current Liabilities | 0.5 | 0.2 | 0.2 | 0.2 | 0.2 | 1.2 |
| **Total Current Liabilities** | 15.4 | 23.3 | 28.6 | 33.7 | 33.7 | 34.8 |
| | | | | | | |
| DIP | - | - | - | - | - | - |
| Revolver | - | - | - | - | - | - |
| Kiewit Note | 11.3 | 11.3 | 10.3 | - | - | - |
| Project Note | - | - | 50.0 | 50.0 | 50.0 | 50.0 |
| Long Term Debt | 105.0 | 105.0 | 105.0 | 105.0 | 105.0 | 105.0 |
| OID Discount | (5.0) | (4.3) | (3.3) | (2.3) | (1.3) | (0.3) |
| Other Non- Current Liabilities | 3.5 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Deferred Tax Liability | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 |
| **Total Liabilities** | 134.8 | 143.0 | 198.3 | 194.1 | 195.2 | 197.3 |
| | | | | | | |
| **Stockholder's Equity** | | | | | | |
| Common Stock | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Additional Paid in Capital | 224.5 | 224.5 | 224.5 | 224.5 | 224.5 | 224.5 |
| Retained Earnings | - | (12.4) | (12.5) | 14.0 | 44.5 | 74.9 |
| Treasury Stock | - | - | - | - | - | - |
| Accumulated OCI | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |
| **Total Equity** | 226.4 | 214.0 | 213.8 | 240.4 | 270.8 | 301.2 |
| | | | | | | |
| **Total Liabilities & Equity** | $361.2 | $357.0 | $412.2 | $434.5 | $466.0 | $498.5 |

# Exhibit D1
## Projected Cash Flow Statement
### (Unaudited)

**Fiscal Year Ending December 31,**

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| **Cash From Operating Activities** | | | | | | |
| Net Income | ($53.3) | ($19.4) | ($0.1) | $26.6 | $30.4 | $30.4 |
| Depreciation | 13.9 | 17.5 | 24.1 | 30.6 | 30.6 | 30.6 |
| Financing Amortization | 2.5 | 1.9 | 2.1 | 2.2 | 2.2 | 2.2 |
| Stock Compensation | 3.7 | 1.2 | - | - | - | - |
| Changes in Assets & Liabilities | | | | | | |
| Accounts Receivable | 43.4 | (2.7) | (5.9) | (7.9) | 0.0 | 0.0 |
| Income Tax Receivable | 10.2 | (6.2) | (1.0) | - | - | - |
| Inventory | 65.7 | (6.0) | (3.2) | (8.7) | 0.0 | 0.0 |
| Other Current Assets | 1.4 | 0.6 | (0.0) | (0.0) | (0.1) | (0.1) |
| Reclassification of Restricted Cash | (7.4) | 7.4 | - | - | - | - |
| Other Non-current | (5.7) | - | - | - | - | - |
| Accounts Payable | (33.9) | (22.2) | 3.2 | 6.0 | - | - |
| Accrued Payroll | 0.6 | 0.1 | - | - | 0.1 | 0.1 |
| Interest Payable | (7.5) | 3.9 | 2.2 | (0.9) | - | - |
| Other Current Liabilities | (9.9) | - | - | - | - | 1.0 |
| Other Long-term Liabilities | 10.7 | (0.5) | (0.0) | (0.0) | (0.0) | (0.0) |
| **Net Cash Provided by Operating Activities** | 34.4 | (24.3) | 21.2 | 47.7 | 63.2 | 64.2 |
| **Cash From Investing Activities** | | | | | | |
| CAPEX | (2.3) | (50.4) | (56.6) | (12.4) | (5.8) | (4.8) |
| **Cashflow from Financing Activities** | | | | | | |
| Issuance of Long-Term Debt | - | 111.3 | 49.0 | (10.3) | - | - |
| PIK Interest on Long-Term Debt | - | 0.0 | 0.0 | 0.0 | - | - |
| DIP Draw (Paydown) | 15.0 | (15.0) | - | - | - | - |
| Borrowings/ (Repayments) on Revolver | (24.8) | (27.8) | - | - | - | - |
| Fees for Financing Activities | (1.0) | (3.7) | (1.5) | - | (0.8) | - |
| **Net Cash Provided by Financing Activities** | (10.8) | 64.8 | 47.5 | (10.3) | (0.8) | 0.0 |
| Beginning Cash Balance | 23.3 | 44.6 | 34.7 | 46.8 | 71.9 | 128.6 |
| Increase / (Decrease) in Cash | 21.3 | (9.9) | 12.1 | 25.1 | 56.7 | 59.4 |
| **Ending Cash Balance** | $44.6 | $34.7 | $46.8 | $71.9 | $128.6 | $188.0 |
| *Capex incl. Remobilization Costs* | (2.3) | (55.9) | (61.7) | (12.4) | (5.8) | (4.8) |

**Exhibit D**
**Assumptions to Financial Projections**

1.    REVENUE AND GALLONS SOLD

Revenues are principally derived from the sale of ethanol produced by the Company and from the sale of co-products produced as a by-product during the production of ethanol. The Company also engages in selective purchase / resale activity (the purchase and immediate resale of ethanol gallons produced by third parties) in order to optimize transportation costs. For modeling purposes, the Company has presented the pricing as net of freight and as a result revenues in the Financial Projections are presented net of freight charge-backs and may not be comparable to the Company's SEC filings.

Gallons sold are projected to increase primarily due to the completion of the Mt. Vernon Facility (Q4 2010) and the Aurora West Facility (Q1 2012) which have combined nameplate capacity of 226 million gallons per year while the Company's existing operating capacity is projected to remain essentially flat throughout the projection period.

The Debtors believe the available ethanol forward curves and futures markets are illiquid and should not be relied upon to project future ethanol pricing particularly for long range forecasts. As a result, the Company uses a proprietary pricing model to project future ethanol prices which are driven primarily by input costs, including corn, natural gas and other plant specific and industry factors such as transportation and sourcing costs pertinent to ethanol plants located in the Midwest. Based on this proprietary model the Company forecasts ethanol prices to steadily increase in line with projected increases in corn and natural gas prices. For these two key inputs, the Debtors utilized the prices per the forward curves, as of October 31, 2009 (per the CME Group). The Debtors assume an average annual net (net of freight) ethanol price of $1.78 per gallon in 2010 increasing to $1.89 per gallon in 2014. Further detail is provided in the table summarizing key business plan assumptions below.

2.    COST OF SALES

The Debtors predominant raw material input, corn, is assumed to increase in price through 2011 and remain effectively static thereafter based on the trading price of the CME corn futures contract, as of October 31, 2009 (contracts are not priced beyond 2011). Biofuels consists of ethanol purchased from other ethanol producers or traders which is then simultaneously resold to end use customers. The Financial Projections are premised on a base-case scenario that the Company's material agreements with CGB and the Aurora Co-op will be assumed, as such agreements are modified and/or amended, pursuant to section 365 of the Bankruptcy Code.

Other conversion costs consist of primarily of direct labor, natural gas, coal, denaturant, motor fuel taxes and other direct and fixed costs (excluding depreciation). These are anticipated to increase over the projection period based on publicly available pricing data (e.g., CME natural gas futures contracts, as of October 31, 2009), to the extent available, or represent the Debtor's best estimates at the time the Financial Projections were prepared in the case of

items such as direct labor. Freight represents only the shipping costs associated with the sale of co-products as ethanol revenues are presented net of freight.

The Debtors believe their corporate infrastructure to be highly scalable and as such anticipates only modest increases in the SG&A through 2014 despite an incremental 226 million gallons of nameplate capacity coming online during the projection period.

The table below sets for the aforementioned assumptions in detail by year.

### Summary of Key Business Plan Assumptions

|  | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Net Ethanol Price | $1.79 | $1.86 | $1.89 | $1.89 | $1.89 |
| Corn | $3.99 | $4.26 | $4.22 | $4.22 | $4.22 |
| Natural Gas | $5.89 | $6.67 | $7.17 | $7.17 | $7.17 |
| Plant EBITDA Margin | $0.23 | $0.24 | $0.28 | $0.29 | $0.29 |

The plant EBITDA margins referenced in the table above is a function of the line items set forth in Exhibit D. Specifically, plant EBITDA margin can be calculated as (EBITDAR + SG&A) / (total gallons produced). While the Debtors' management believes plant EBITDA margins in the mid to high 20 cent per gallon range is a reasonably attainable number, a variety of factors will influence the actual results as discussed exhaustively in the Risk Factors section of this Disclosure Statement. Given the volatility of factors influencing actual margin generation, management does not expect margins to remain static. The Debtors operate in a volatile industry and are currently generating plant level EBITDA margins significantly above the forecasted margins in the Financial Projections. In the recent past, however, the Debtors have also generated plant level EBITDA margins significantly below the projected margins detailed in the table above.

3.    BALANCE SHEET AND CASH FLOW

Cash balances are targeted at a minimum level of $10.0 million and to the extent cash drops below this level the Company will draw on its ABL Credit Facility and will subsequently repay any outstanding ABL Credit Facility balances when cash is above $10.0 million.

Total supply on hand (inventory gallons) is assumed to be at 14.3 days until 2012 (when the Aurora West Facility comes online) at which point it is assume to increase to 15.3 days through the remainder of the projection period. Trade accounts receivable are assumed to remain constant at 11.0 days sales outstanding ("DSO") throughout the projection period.

Accounts payable are assumed to improve from cash in advance (the Company has been paying cash in advance with some vendors since the Petition Date) to 10.0 days payable outstanding ("DPO") for the entire projection period.

Capital expenditures can be broken into two components: maintenance and expansion. Maintenance capex ranges from $0.03 to $0.05 per gallon annually depending on the

age of the facility. Expansion capex represents the cost to complete the Mt. Vernon Facility and Aurora West Facility and is based on management's latest estimates.

Assumed capital structure of $105.0 million (with $5.0 million original issue discount) of Senior Secured Notes bearing interest at either (i) 13.0% cash pay or (ii) 8.0% cash pay and 7.0% pay-in-kind (PIK) interest, a $20.0 million ABL Credit Facility with a rate of LIBOR + 600 bps and a $11.3 million secured non-recourse note issued to Kiewit on account of Kiewit Aurora West Secured Claim bearing interest at 5.0%.

The Financial Projections assume the Company is able to raise an incremental $50.0 million new senior secured note in Q2 2011 on substantially the same terms as the Senior Secured Notes to fund construction of the Aurora West Facility. While the Company believes financing on these terms will be available there can be no assurances and if financing is not available on these or better terms the Company may be forced to delay completion of Aurora West Facility.

# Exhibit E – Liquidation Analysis

## Liquidation Analysis

As described in the Plan, the Debtors believe that the Plan as proposed, whereby the Debtors are reorganized as a going concern with continuing operations, yields the best result for the Debtors, their customers, employees and creditors. Based upon the following hypothetical analysis (the "Liquidation Analysis"), the Debtors believe that the Plan meets the "best interest of creditors" test set forth in section 1129(a)(7) of the Bankruptcy Code (described in Article X(C)(4) of the Disclosure Statement), and that each Holder of an impaired claim will receive under the Plan value on the Effective Date that is not less than the value such holder would receive if the Debtors were to be liquidated under chapter 7 of the Bankruptcy Code on the Effective Date. The Debtors believe the Liquidation Analysis and the conclusions set forth herein are fair and accurate, and represent management's best judgment with regard to the results of a liquidation of the Debtors under chapter 7. The analysis was prepared for this purpose alone to assist the Court in making this determination, and should not be used for any other purpose. Collateral values discussed herein may be different than amounts referred to in the Plan.

The hypothetical Liquidation Analysis of the Debtors is shown on an entity by entity basis to (i.e., not substantively consolidated) reflect the value available to creditors at each entity as would be the case under a chapter 7 liquidation. The Liquidation Analysis reflects the estimated cash proceeds, net of liquidation-related costs that would be realized if the Debtors were to be liquidated under chapter 7 of the Bankruptcy Code. Underlying the Liquidation Analysis are a number of estimates and assumptions that, although developed and considered reasonable by management of the Debtors and by the Debtors' professionals, are inherently subject to significant business, economic and competitive uncertainties and contingencies beyond the control of the Debtors and management, and are also based upon assumptions with respect to certain liquidation decisions which could be subject to change. The Liquidation Analysis has not been examined or reviewed by independent accountants in accordance with standards promulgated by the American Institute of Certified Public Accountants. THERE CAN BE NO ASSURANCE THAT THE VALUES REFLECTED IN THE LIQUIDATION ANALYSIS WOULD BE REALIZED IF THE DEBTORS WERE, IN FACT, TO UNDERGO SUCH A LIQUIDATION, AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN HERE.

Management of the Debtors prepared this Liquidation Analysis with the assistance of Houlihan Lokey and Young Conaway Stargatt & Taylor, LLP. The Liquidation Analysis is based on the Debtors' projected balance sheet as of March 31, 2010, and is predicated on the assumption that the Debtors would commence liquidation under chapter 7 on or close to that date. The projected balance sheet is the best approximation of the Debtors' assets to be liquidated if the Debtors were to be liquidated in accordance with chapter 7 of the Bankruptcy Code.

The Liquidation Analysis is based, *inter alia*, upon the assumptions discussed below.

1. The Liquidation Analysis assumes that the liquidation of the Debtors' estate would commence on or shortly after March 31, 2010 and would be substantially completed within a three-month period. The wind-down costs during the three-month period[6] have been estimated by the Debtors' management and any deviation from or delay of this time frame could have a material impact on the wind-down costs, Administrative Expense and Priority Claims, proceeds from asset sales, and the ultimate recovery to the creditors of the Debtors'

---

[6] The estimated three-month period reflects the best case scenario for a liquidation of the assets and any delay in the liquidation process would likely result in less favorable recoveries than those reflected in this scenario.

estates.  In addition, if the implementation of the liquidation plan were to be delayed, there is a possibility that the Debtors would sustain significant operating losses during the delay period, thus adversely impacting the net liquidation value of the estates.

2.  It is also assumed that the liquidation of the Debtors would commence under the direction of a chapter 7 trustee during which time all of the Debtors' assets would either be sold or conveyed to the respective lien holders, and the cash proceeds, net of liquidation-related costs, together with the cash on hand, would then be distributed to creditors.  The liquidation period would allow for the collection of receivables to the extent recoverable, the conversion of all work-in-progress (WIP) inventory to ethanol, the orderly cold shut-down of the Debtors' operating assets, the sale in parts of the Debtors' non-operating equipment (e.g., the Aurora West Facility), and the wind-down of daily operations.  For certain assets, estimates of the liquidation values were made for each asset individually.  For other assets, liquidation values were assessed for general classes of assets by estimating the percentage recoveries that a trustee might achieve through an orderly disposition.

3.  The Liquidation Analysis assumes the orderly liquidation and wind down of all the Debtors' assets. The Liquidation Analysis assumes that liquidation proceeds would be distributed in accordance with Bankruptcy Code section 726.  In any liquidation there is a general risk of unanticipated events, which could have a significant impact on the projected cash receipts and disbursements.  These events include but are not limited to changes in general economic conditions, changes in the ethanol industry and changes in the market value of the Debtors' assets.

In addition to these assumptions and the specific assumptions listed in the notes to the Liquidation Analysis, there are significant areas of uncertainty that exist with respect to this Liquidation Analysis:

The Liquidation Analysis necessarily contains an estimate of the amount of Claims that will ultimately become Allowed Claims.  Estimates for various classes of Claims were prepared after the bar date for filing proofs of claim against the Debtors' estates.  However, the Debtors believe many of these Claims to overstated or erroneous in some way and therefore the Claims figures used herein are based upon the Debtors' best estimates in consultation with their financial and legal advisors.  The Claims estimated in the Liquidation Analysis are consistent with the estimated Claims reflected in the Plan with certain modifications as described herein.

The liquidation itself would likely trigger certain priority payments that would not otherwise be due in the ordinary course of business.  These priority payments would be made in full before any distribution of proceeds to pay general unsecured claims or to make distributions in respect of equity interests.  The liquidation would likely prompt certain other events to occur including the rejection of remaining executory contracts, unexpired leases and other agreements and defaults under agreements with customers and suppliers.  Such events would likely create a much larger number of unsecured creditors and would subject the chapter 7 estates to considerable additional claims.  A preliminary attempt has been made to estimate additional General Unsecured Claims that may result from liquidation under chapter 7 which the Debtors believe would materially increase the total pool of General Unsecured Claims thus diluting recoveries to all General Unsecured Creditors.  The Debtors' believe the current estimate of additional claims is conservative and may be materially higher which would serve to further dilute recoveries to General Unsecured Creditors.

The Liquidation Analysis assumes that the amount of contingent litigation claims against the Debtors is *de minimis*. However, due to general uncertainties with respect to the outcome of contingent litigation matters, the actual value of such claims remains uncertain. Accordingly, the estimated recovery percentages could be impacted by the outcome of such contingent litigation matters.

The Liquidation Analysis assumes that there are no recoveries from the pursuit of any potential preferences, fraudulent conveyances, or other causes of action and does not include the estimated costs of pursuing such actions. Houlihan Lokey has made no estimate of any potential recoveries the Company may be entitled to receive as a result of the Auction Rate Securities Litigation.

This Liquidation Analysis is also based upon assumptions with regard to liquidation decisions that are subject to change. Accordingly, there can be no assurances that the values reflected in this Liquidation Analysis would be realized if the Debtors were, in fact, to undergo, such a liquidation.

# LIQUIDATION ANALYSIS DETAIL

| | Note | Gross Value | Liquidation % Low | Liquidation % High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|---|
| | | | Aventine Renewable Energy Holdings, Inc. | | | |
| **Asset Value Summary** | | | | | | |
| Cash | A | $0.0 | - | - | $0.0 | $0.0 |
| Accounts Receivable | B | 0.0 | - | - | 0.0 | 0.0 |
| Inventory | C | | | | | |
| Raw Material | | 0.0 | - | - | 0.0 | 0.0 |
| Ethanol In-Transit | | 0.0 | - | - | 0.0 | 0.0 |
| Finished Goods | | 0.0 | - | - | 0.0 | 0.0 |
| Property, Plant & Equipment | D | | | | | |
| Real Property | | 0.0 | - | - | 0.0 | 0.0 |
| Machinery & Equipment | | 0.0 | - | - | 0.0 | 0.0 |
| Other | | 0.0 | - | - | 0.0 | 0.0 |
| Other Assets & Prepaids | E | 0.0 | - | - | 0.0 | 0.0 |
| Investments | F | 0.0 | - | - | 0.0 | 0.0 |
| **Total Estimated Liquidation Value** | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Wind-down Costs | G | | | | | |
| Allocation of SG&A | | 0.0 | - | - | 0.0 | 0.0 |
| Allocation of Occupancy and Direct Liquidation Costs | | 0.0 | - | - | 0.0 | 0.0 |
| Total Wind-down Costs | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Wind-down Costs** | | | | | 0.0 | 0.0 |
| *Net PP&E Value Available for Secured Mechanic's Lien* | | | | | *N/A* | *N/A* |

| | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Recovery Value Low | Estimated Recovery Value High |
|---|---|---|---|---|---|---|
| **Distribution Analysis** | | | | | | |
| Less: Mechanic's Liens | H | | | | | |
| Secured Mechanic's Lien | | 0.0 | - | - | 0.0 | 0.0 |
| Total Mechanic's Liens | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Mechanic's Liens** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Superpriority (Post-Petition Secured) Claims | I | | | | | |
| Allocation of Carve-out for Chapter11 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| DIP Facility [1] | | 15.0 | - | - | 0.0 | 0.0 |
| Total Superpriority Claims | | 15.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Superpriority Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Pre-Petition Secured Claims | J | | | | | |
| Pre-petition Revolving Credit Facility [1] | | 27.8 | - | - | 0.0 | 0.0 |
| Total Pre-Petition Secured Claims | | 27.8 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Pre-petition Secured Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Chapter 7 Administrative Claims | K | | | | | |
| Chapter 7 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Chapter 7 Trustee Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Total Chapter 7 Administrative Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Chapter 7 Administrative Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Unpaid Chapter 11 Administrative Claims and Priority Claims | L | | | | | |
| Unpaid Professional Fees Above Carve-out | | 0.0 | - | - | 0.0 | 0.0 |
| Miscellaneous Priority Claims | | 0.0 | - | - | 0.0 | 0.0 |
| Other Obligations | | 0.0 | - | - | 0.0 | 0.0 |
| Total Unpaid Chapter 11 Administrative Claims and Priority Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unpaid Chapter 11 Administrative Claims and Priority Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Unsecured Claims | M | | | | | |
| Miscellaneous Unsecured Claims | | 345.9 | - | - | 0.0 | 0.0 |
| Total Unsecured Claims | | 345.9 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unsecured Claims** | | | | | 0.0 | 0.0 |

*(1) Assumes claim is fully satisfied with proceeds from Aventine Renewable Energy, Inc.*

| Asset Value Summary | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|---|
| | | | | Aventine Renewable Energy, LLC | | |
| Cash | A | $0.0 | - | - | $0.0 | $0.0 |
| Accounts Receivable | B | 0.0 | - | - | 0.0 | 0.0 |
| Inventory | C | | | | | |
| Raw Material | | 0.0 | - | - | 0.0 | 0.0 |
| Ethanol In-Transit | | 0.0 | - | - | 0.0 | 0.0 |
| Finished Goods | | 0.0 | - | - | 0.0 | 0.0 |
| Property, Plant & Equipment | D | | | | | |
| Real Property | | 0.0 | - | - | 0.0 | 0.0 |
| Machinery & Equipment | | 0.0 | - | - | 0.0 | 0.0 |
| Other | | 0.0 | - | - | 0.0 | 0.0 |
| Other Assets & Prepaids | E | 0.0 | - | - | 0.0 | 0.0 |
| Investments | F | 0.0 | - | - | 0.0 | 0.0 |
| **Total Estimated Liquidation Value** | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Wind-down Costs | G | | | | | |
| Allocation of SG&A | | 0.0 | - | - | 0.0 | 0.0 |
| Allocation of Occupancy and Direct Liquidation Costs | | 0.0 | - | - | 0.0 | 0.0 |
| Total Wind-down Costs | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Wind-down Costs** | | | | | 0.0 | 0.0 |
| *Net PP&E Value Available for Secured Mechanic's Lien* | | | | | *N/A* | *N/A* |

| Distribution Analysis | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Recovery Value Low | Estimated Recovery Value High |
|---|---|---|---|---|---|---|
| Less: Mechanic's Liens | H | | | | | |
| Secured Mechanic's Lien | | 0.0 | - | - | 0.0 | 0.0 |
| Total Mechanic's Liens | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Mechanic's Liens** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Superpriority (Post-Petition Secured) Claims | I | | | | | |
| Allocation of Carve-out for Chapter 11 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| DIP Facility (1) | | 15.0 | - | - | 0.0 | 0.0 |
| Total Superpriority Claims | | 15.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Superpriority Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Pre-Petition Secured Claims | J | | | | | |
| Pre-petition Revolving Credit Facility (1) | | 27.8 | - | - | 0.0 | 0.0 |
| Total Pre-Petition Secured Claims | | 27.8 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Pre-petition Secured Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Chapter 7 Administrative Claims | K | | | | | |
| Chapter 7 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Chapter 7 Trustee Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Total Chapter 7 Administrative Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Chapter 7 Administrative Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Unpaid Chapter 11 Administrative Claims and Priority Claims | L | | | | | |
| Unpaid Professional Fees Above Carve-out | | 0.0 | - | - | 0.0 | 0.0 |
| Miscellaneous Priority Claims | | 0.0 | - | - | 0.0 | 0.0 |
| Other Obligations | | 0.0 | - | - | 0.0 | 0.0 |
| Total Unpaid Chapter 11 Administrative Claims and Priority Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unpaid Chapter 11 Administrative Claims and Priority Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Unsecured Claims | M | | | | | |
| Miscellaneous Unsecured Claims | | 321.7 | - | - | 0.0 | 0.0 |
| Total Unsecured Claims | | 321.7 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unsecured Claims** | | | | | 0.0 | 0.0 |

*(1) Assumes claim is fully satisfied with proceeds from Aventine Renewable Energy, Inc.*

| Asset Value Summary | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|---|
| | | | **NELLC** | | | |
| Cash | A | $0.0 | 100.0% | 100.0% | $0.0 | $0.0 |
| Accounts Receivable | B | 1.7 | 20.0% | 35.0% | 0.3 | 0.6 |
| Inventory | C | | | | | |
| Raw Material | | 0.4 | 50.0% | 65.0% | 0.2 | 0.3 |
| Ethanol In-Transit | | 0.8 | 65.0% | 80.0% | 0.5 | 0.7 |
| Finished Goods | | 0.5 | 65.0% | 80.0% | 0.3 | 0.4 |
| Property, Plant & Equipment | D | | | | | |
| Real Property | | 0.4 | - | - | 0.0 | 0.0 |
| Machinery & Equipment | | 17.4 | 85.0% | 125.0% | 14.8 | 21.8 |
| Other | | 0.0 | - | - | 0.0 | 0.0 |
| Other Assets & Prepaids | E | 0.0 | - | - | 0.0 | 0.0 |
| Investments | F | 0.0 | - | - | 0.0 | 0.0 |
| **Total Estimated Liquidation Value** | | 21.2 | | | 16.2 | 23.7 |
| | | | | | | |
| Less: Wind-down Costs | G | | | | | |
| Allocation of SG&A | | 0.1 | 100.0% | 100.0% | 0.1 | 0.1 |
| Allocation of Occupancy and Direct Liquidation Costs | | 0.1 | 100.0% | 100.0% | 0.1 | 0.1 |
| Total Wind-down Costs | | 0.2 | | | 0.2 | 0.2 |
| | | | | | | |
| **Net Proceeds Available After Wind-down Costs** | | | | | 16.0 | 23.5 |
| *Net PP&E Value Available for Secured Mechanic's Lien* | | | | | *N/A* | *N/A* |

| Distribution Analysis | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Recovery Value Low | Estimated Recovery Value High |
|---|---|---|---|---|---|---|
| Less: Mechanic's Liens | H | | | | | |
| Secured Mechanic's Lien | | 0.0 | - | - | 0.0 | 0.0 |
| Total Mechanic's Liens | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Mechanic's Liens** | | | | | 16.0 | 23.5 |
| | | | | | | |
| Less: Superpriority (Post-Petition Secured) Claims | I | | | | | |
| Allocation of Carve-out for Chapter11 Professional Fees | | 0.2 | 100.0% | 100.0% | 0.2 | 0.2 |
| DIP Facility [1] | | 15.0 | - | - | 0.0 | 0.0 |
| Total Superpriority Claims | | 15.2 | | | 0.2 | 0.2 |
| | | | | | | |
| **Net Proceeds Available After Superpriority Claims** | | | | | 15.8 | 23.3 |
| | | | | | | |
| Less: Pre-Petition Secured Claims | J | | | | | |
| Pre-petition Revolving Credit Facility [1] | | 27.8 | - | - | 0.0 | 0.0 |
| Total Pre-Petition Secured Claims | | 27.8 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Pre-petition Secured Claims** | | | | | 15.8 | 23.3 |
| | | | | | | |
| Less: Chapter 7 Administrative Claims | K | | | | | |
| Chapter 7 Professional Fees | | 0.3 | 100.0% | 100.0% | 0.3 | 0.3 |
| Chapter 7 Trustee Fees | | 0.4 | 100.0% | 100.0% | 0.4 | 0.4 |
| Total Chapter 7 Administrative Claims | | 0.7 | | | 0.7 | 0.7 |
| | | | | | | |
| **Net Proceeds Available After Chapter 7 Administrative Claims** | | | | | 15.1 | 22.6 |
| | | | | | | |
| Less: Unpaid Chapter 11 Administrative Claims and Priority Claims | L | | | | | |
| Unpaid Professional Fees Above Carve-out | | 0.0 | 100.0% | 100.0% | 0.0 | 0.0 |
| Miscellaneous Priority Claims | | 0.2 | 100.0% | 100.0% | 0.2 | 0.2 |
| Other Obligations | | 0.0 | 100.0% | 100.0% | 0.0 | 0.0 |
| Total Unpaid Chapter 11 Administrative Claims and Priority Claims | | 0.2 | | | 0.2 | 0.2 |
| | | | | | | |
| **Net Proceeds Available After Unpaid Chapter 11 Administrative Claims and Priority Claims** | | | | | 14.9 | 22.4 |
| | | | | | | |
| Less: Unsecured Claims | M | | | | | |
| Miscellaneous Unsecured Claims | | 374.6 | 4.0% | 6.0% | 14.9 | 22.4 |
| Total Unsecured Claims | | 374.6 | | | 14.9 | 22.4 |
| | | | | | | |
| **Net Proceeds Available After Unsecured Claims** | | | | | 0.0 | 0.0 |

*(1) Assumes claim is fully satisfied with proceeds from Aventine Renewable Energy, Inc.*

| Asset Value Summary | Note | Aventine Power, LLC | | | | |
|---|---|---|---|---|---|---|
| | | Gross Value | Recovery % Low | High | Estimated Liquidation Value Low | High |
| Cash | A | $0.0 | - | - | $0.0 | $0.0 |
| Accounts Receivable | B | 0.0 | - | - | 0.0 | 0.0 |
| Inventory | C | | | | | |
| Raw Material | | 0.0 | - | - | 0.0 | 0.0 |
| Ethanol In-Transit | | 0.0 | - | - | 0.0 | 0.0 |
| Finished Goods | | 0.0 | - | - | 0.0 | 0.0 |
| Property, Plant & Equipment | D | | | | | |
| Real Property | | 0.0 | - | - | 0.0 | 0.0 |
| Machinery & Equipment | | 0.0 | - | - | 0.0 | 0.0 |
| Other | | 0.0 | - | - | 0.0 | 0.0 |
| Other Assets & Prepaids | E | 0.1 | - | 5.0% | 0.0 | 0.0 |
| Investments | F | 0.0 | - | - | 0.0 | 0.0 |
| **Total Estimated Liquidation Value** | | **0.1** | | | **0.0** | **0.0** |
| Less: Wind-down Costs | G | | | | | |
| Allocation of SG&A | | 0.0 | - | - | 0.0 | 0.0 |
| Allocation of Occupancy and Direct Liquidation Costs | | 0.0 | - | - | 0.0 | 0.0 |
| Total Wind-down Costs | | 0.0 | | | 0.0 | 0.0 |
| **Net Proceeds Available After Wind-down Costs** | | | | | **0.0** | **0.0** |
| *Net PP&E Value Available for Secured Mechanic's Lien* | | | | | *N/A* | *N/A* |

| Distribution Analysis | Note | Gross Value | Recovery % Low | High | Estimated Recovery Value Low | High |
|---|---|---|---|---|---|---|
| Less: Mechanic's Liens | H | | | | | |
| Secured Mechanic's Lien | | 0.0 | - | - | 0.0 | 0.0 |
| Total Mechanic's Liens | | 0.0 | | | 0.0 | 0.0 |
| **Net Proceeds Available After Mechanic's Liens** | | | | | **0.0** | **0.0** |
| Less: Superpriority (Post-Petition Secured) Claims | I | | | | | |
| Allocation of Carve-out for Chapter 11 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| DIP Facility [1] | | 15.0 | - | - | 0.0 | 0.0 |
| Total Superpriority Claims | | 15.0 | | | 0.0 | 0.0 |
| **Net Proceeds Available After Superpriority Claims** | | | | | **0.0** | **0.0** |
| Less: Pre-Petition Secured Claims | J | | | | | |
| Pre-petition Revolving Credit Facility [1] | | 27.8 | - | - | 0.0 | 0.0 |
| Total Pre-Petition Secured Claims | | 27.8 | | | 0.0 | 0.0 |
| **Net Proceeds Available After Pre-petition Secured Claims** | | | | | **0.0** | **0.0** |
| Less: Chapter 7 Administrative Claims | K | | | | | |
| Chapter 7 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Chapter 7 Trustee Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Total Chapter 7 Administrative Claims | | 0.0 | | | 0.0 | 0.0 |
| **Net Proceeds Available After Chapter 7 Administrative Claims** | | | | | **0.0** | **0.0** |
| Less: Unpaid Chapter 11 Administrative Claims and Priority Claims | L | | | | | |
| Unpaid Professional Fees Above Carve-out | | 0.0 | - | - | 0.0 | 0.0 |
| Miscellaneous Priority Claims | | 0.0 | - | - | 0.0 | 0.0 |
| Other Obligations | | 0.0 | - | - | 0.0 | 0.0 |
| Total Unpaid Chapter 11 Administrative Claims and Priority Claims | | 0.0 | | | 0.0 | 0.0 |
| **Net Proceeds Available After Unpaid Chapter 11 Administrative Claims and Priority Claims** | | | | | **0.0** | **0.0** |
| Less: Unsecured Claims | M | | | | | |
| Miscellaneous Unsecured Claims | | 321.7 | - | 0.0% | 0.0 | 0.0 |
| Total Unsecured Claims | | 321.7 | | | 0.0 | 0.0 |
| **Net Proceeds Available After Unsecured Claims** | | | | | **0.0** | **0.0** |

*(1) Assumes claim is fully satisfied with proceeds from Aventine Renewable Energy, Inc.*

| Asset Value Summary | Note | Aventine Renewable Energy, Inc. | | | | |
|---|---|---|---|---|---|---|
| | | Gross Value | Recovery % | | Estimated Liquidation Value | |
| | | | Low | High | Low | High |
| Cash | A | $53.3 | 100.0% | 100.0% | $53.3 | $53.3 |
| Accounts Receivable | B | 15.3 | 70.0% | 85.0% | 10.7 | 13.0 |
| Inventory | C | | | | | |
| Raw Material | | 4.5 | 50.0% | 65.0% | 2.2 | 2.9 |
| Ethanol In-Transit | | 9.3 | 65.0% | 80.0% | 6.1 | 7.5 |
| Finished Goods | | 5.1 | 65.0% | 80.0% | 3.3 | 4.1 |
| Property, Plant & Equipment | D | | | | | |
| Real Property | | 2.0 | - | - | 0.0 | 0.0 |
| Machinery & Equipment | | 88.3 | 45.0% | 65.0% | 39.7 | 57.4 |
| Other | | 0.0 | 30.0% | 40.0% | 0.0 | 0.0 |
| Other Assets & Prepaids | E | 5.6 | - | 5.0% | 0.0 | 0.3 |
| Investments | F | 4.3 | 65.0% | 100.0% | 2.8 | 4.3 |
| **Total Estimated Liquidation Value** | | 187.8 | | | 118.2 | 142.7 |
| | | | | | | |
| Less: Wind-down Costs | G | | | | | |
| Allocation of SG&A | | 0.3 | 100.0% | 100.0% | 0.3 | 0.3 |
| Allocation of Occupancy and Direct Liquidation Costs | | 1.2 | 100.0% | 100.0% | 1.2 | 1.2 |
| Total Wind-down Costs | | 1.5 | | | 1.5 | 1.5 |
| | | | | | | |
| **Net Proceeds Available After Wind-down Costs** | | | | | 116.7 | 141.3 |
| *Net PP&E Value Available for Secured Mechanic's Lien* | | | | | *N/A* | *N/A* |

| Distribution Analysis | | Gross Value | Recovery % | | Estimated Recovery Value | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| Less: Mechanic's Liens | H | | | | | |
| Secured Mechanic's Lien | | 0.0 | - | - | 0.0 | 0.0 |
| Total Mechanic's Liens | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Mechanic's Liens** | | | | | 116.7 | 141.3 |
| | | | | | | |
| Less: Superpriority (Post-Petition Secured) Claims | I | | | | | |
| Allocation of Carve-out for Chapter 11 Professional Fees | | 1.8 | 100.0% | 100.0% | 1.8 | 1.8 |
| DIP Facility (1) | | 15.0 | 100.0% | 100.0% | 15.0 | 15.0 |
| Total Superpriority Claims | | 16.8 | | | 16.8 | 16.8 |
| | | | | | | |
| **Net Proceeds Available After Superpriority Claims** | | | | | 99.9 | 124.5 |
| | | | | | | |
| Less: Pre-Petition Secured Claims | J | | | | | |
| Pre-petition Revolving Credit Facility (1) | | 27.8 | 100.0% | 100.0% | 27.8 | 27.8 |
| Total Pre-Petition Secured Claims | | 27.8 | | | 27.8 | 27.8 |
| | | | | | | |
| **Net Proceeds Available After Pre-petition Secured Claims** | | | | | 72.1 | 96.7 |
| | | | | | | |
| Less: Chapter 7 Administrative Claims | K | | | | | |
| Chapter 7 Professional Fees | | 2.7 | 100.0% | 100.0% | 2.7 | 2.7 |
| Chapter 7 Trustee Fees | | 3.5 | 100.0% | 100.0% | 3.5 | 3.5 |
| Total Chapter 7 Administrative Claims | | 6.2 | | | 6.2 | 6.2 |
| | | | | | | |
| **Net Proceeds Available After Chapter 7 Administrative Claims** | | | | | 65.9 | 90.5 |
| | | | | | | |
| Less: Unpaid Chapter 11 Administrative Claims and Priority Claims | L | | | | | |
| Unpaid Professional Fees Above Carve-out | | 0.0 | - | - | 0.0 | 0.0 |
| Miscellaneous Priority Claims | | 0.8 | 100.0% | 100.0% | 0.8 | 0.8 |
| Other Obligations | | 0.0 | - | - | 0.0 | 0.0 |
| Total Unpaid Chapter 11 Administrative Claims and Priority Claims | | 0.8 | | | 0.8 | 0.8 |
| | | | | | | |
| **Net Proceeds Available After Unpaid Chapter 11 Administrative Claims and Priority Claims** | | | | | 65.1 | 89.6 |
| | | | | | | |
| Less: Unsecured Claims | M | | | | | |
| Senior Unsecured Notes | | 315.5 | | | 0.0 | 0.0 |
| Aurora Co-op | | 0.0 | | | 0.0 | 0.0 |
| Union Tankcar | | 49.9 | | | 0.0 | 0.0 |
| Kiewit | | 0.0 | | | 0.0 | 0.0 |
| PBGC | | 6.2 | | | 0.0 | 0.0 |
| Other Unsecured Claims | | 35.2 | | | 0.0 | 0.0 |
| Miscellaneous Unsecured Claims | | 406.8 | 16.0% | 22.0% | 65.1 | 89.6 |
| Total Unsecured Claims | | 406.8 | | | 65.1 | 89.6 |
| | | | | | | |
| **Net Proceeds Available After Unsecured Claims** | | | | | 0.0 | 0.0 |

*(1) Assumes claim is fully satisfied with proceeds from Aventine Renewable Energy, Inc.*

| Asset Value Summary | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|---|
| | | | **ARE – Aurora West, LLC** | | | |
| Cash | A | $0.0 | - | - | $0.0 | $0.0 |
| Accounts Receivable | B | 0.0 | - | - | 0.0 | 0.0 |
| Inventory | C | | | | | |
| Raw Material | | 0.0 | - | - | 0.0 | 0.0 |
| Ethanol In-Transit | | 0.0 | - | - | 0.0 | 0.0 |
| Finished Goods | | 0.0 | - | - | 0.0 | 0.0 |
| Property, Plant & Equipment | D | | | | | |
| Real Property | | 1.4 | 30.0% | 60.0% | 0.4 | 0.8 |
| Machinery & Equipment | | 237.8 | 0.9% | 1.8% | 2.1 | 4.2 |
| Other | | 0.0 | - | - | 0.0 | 0.0 |
| Other Assets & Prepaids | E | 0.0 | - | - | 0.0 | 0.0 |
| Investments | F | 0.0 | - | - | 0.0 | 0.0 |
| **Total Estimated Liquidation Value** | | 239.2 | | | 2.5 | 5.0 |
| | | | | | | |
| Less: Wind-down Costs | G | | | | | |
| Allocation of SG&A | | 0.0 | 100.0% | 100.0% | 0.0 | 0.0 |
| Allocation of Occupancy and Direct Liquidation Costs | | 0.0 | 100.0% | 100.0% | 0.0 | 0.0 |
| Total Wind-down Costs | | 0.1 | | | 0.1 | 0.1 |
| | | | | | | |
| **Net Proceeds Available After Wind-down Costs** | | | | | 2.4 | 5.0 |
| *Net PP&E Value Available for Secured Mechanic's Lien* | | | | | *2.4* | *5.0* |

| Distribution Analysis | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Recovery Value Low | Estimated Recovery Value High |
|---|---|---|---|---|---|---|
| Less: Mechanic's Liens | H | | | | | |
| Secured Mechanic's Lien | | 15.3 | 16.1% | 32.5% | 2.4 | 5.0 |
| Total Mechanic's Liens | | 15.3 | | | 2.4 | 5.0 |
| | | | | | | |
| **Net Proceeds Available After Mechanic's Liens** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Superpriority (Post-Petition Secured) Claims | I | | | | | |
| Allocation of Carve-out for Chapter 11 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| DIP Facility (1) | | 15.0 | - | - | 0.0 | 0.0 |
| Total Superpriority Claims | | 15.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Superpriority Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Pre-Petition Secured Claims | J | | | | | |
| Pre-petition Revolving Credit Facility (1) | | 27.8 | | | 0.0 | 0.0 |
| Total Pre-Petition Secured Claims | | 27.8 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Pre-petition Secured Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Chapter 7 Administrative Claims | K | | | | | |
| Chapter 7 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Chapter 7 Trustee Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Total Chapter 7 Administrative Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Chapter 7 Administrative Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Unpaid Chapter 11 Administrative Claims and Priority Claims | L | | | | | |
| Unpaid Professional Fees Above Carve-out | | 0.0 | - | - | 0.0 | 0.0 |
| Miscellaneous Priority Claims | | 0.0 | - | - | 0.0 | 0.0 |
| Other Obligations | | 0.0 | - | - | 0.0 | 0.0 |
| Total Unpaid Chapter 11 Administrative Claims and Priority Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unpaid Chapter 11 Administrative Claims and Priority Claims** | | | | | 0.0 | 0.0 |
| | | | | | | |
| Less: Unsecured Claims | M | | | | | |
| Miscellaneous Unsecured Claims | | 373.6 | - | - | 0.0 | 0.0 |
| Total Unsecured Claims | | 373.6 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unsecured Claims** | | | | | 0.0 | 0.0 |

*(1) Assumes claim is fully satisfied with proceeds from Aventine Renewable Energy, Inc.*

## ARE - Mt. Vernon, LLC

### Asset Value Summary

| | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|---|
| Cash | A | $0.0 | - | - | $0.0 | $0.0 |
| Accounts Receivable | B | 0.0 | - | - | 0.0 | 0.0 |
| Inventory | C | | | | | |
| Raw Material | | 0.0 | - | - | 0.0 | 0.0 |
| Ethanol In-Transit | | 0.0 | - | - | 0.0 | 0.0 |
| Finished Goods | | 0.0 | - | - | 0.0 | 0.0 |
| Property, Plant & Equipment | D | | | | | |
| Real Property | | 0.0 | - | - | 0.0 | 0.0 |
| Machinery & Equipment | | 247.2 | 0.9% | 1.7% | 2.1 | 4.2 |
| Other | | 0.0 | - | - | 0.0 | 0.0 |
| Other Assets & Prepaids | E | 0.0 | - | - | 0.0 | 0.0 |
| Investments | F | 0.0 | - | - | 0.0 | 0.0 |
| **Total Estimated Liquidation Value** | | **247.2** | | | **2.1** | **4.2** |
| | | | | | | |
| Less: Wind-down Costs | G | | | | | |
| Allocation of SG&A | | 0.1 | 100.0% | 100.0% | 0.1 | 0.1 |
| Allocation of Occupancy and Direct Liquidation Costs | | 0.1 | 100.0% | 100.0% | 0.1 | 0.1 |
| Total Wind-down Costs | | 0.2 | | | 0.2 | 0.2 |
| | | | | | | |
| **Net Proceeds Available After Wind-down Costs** | | | | | **1.9** | **4.0** |
| *Net PP&E Value Available for Secured Mechanic's Lien* | | | | | *1.9* | *4.0* |

### Distribution Analysis

| | Note | Gross Value | Recovery % Low | Recovery % High | Estimated Recovery Value Low | Estimated Recovery Value High |
|---|---|---|---|---|---|---|
| Less: Mechanic's Liens | H | | | | | |
| Secured Mechanic's Lien | | 7.9 | 24.1% | 50.6% | 1.9 | 4.0 |
| Total Mechanic's Liens | | 7.9 | | | 1.9 | 4.0 |
| | | | | | | |
| **Net Proceeds Available After Mechanic's Liens** | | | | | **0.0** | **0.0** |
| | | | | | | |
| Less: Superpriority (Post-Petition Secured) Claims | I | | | | | |
| Allocation of Carve-out for Chapter 11 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| DIP Facility (1) | | 15.0 | - | - | 0.0 | 0.0 |
| Total Superpriority Claims | | 15.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Superpriority Claims** | | | | | **0.0** | **0.0** |
| | | | | | | |
| Less: Pre-Petition Secured Claims | J | | | | | |
| Pre-petition Revolving Credit Facility (1) | | 27.8 | - | - | 0.0 | 0.0 |
| Total Pre-Petition Secured Claims | | 27.8 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Pre-petition Secured Claims** | | | | | **0.0** | **0.0** |
| | | | | | | |
| Less: Chapter 7 Administrative Claims | K | | | | | |
| Chapter 7 Professional Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Chapter 7 Trustee Fees | | 0.0 | - | - | 0.0 | 0.0 |
| Total Chapter 7 Administrative Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Chapter 7 Administrative Claims** | | | | | **0.0** | **0.0** |
| | | | | | | |
| Less: Unpaid Chapter 11 Administrative Claims and Priority Claims | L | | | | | |
| Unpaid Professional Fees Above Carve-out | | 0.0 | - | - | 0.0 | 0.0 |
| Miscellaneous Priority Claims | | 0.0 | - | - | 0.0 | 0.0 |
| Other Obligations | | 0.0 | - | - | 0.0 | 0.0 |
| Total Unpaid Chapter 11 Administrative Claims and Priority Claims | | 0.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unpaid Chapter 11 Administrative Claims and Priority Claims** | | | | | **0.0** | **0.0** |
| | | | | | | |
| Less: Unsecured Claims | M | | | | | |
| Miscellaneous Unsecured Claims | | 322.0 | - | - | 0.0 | 0.0 |
| Total Unsecured Claims | | 322.0 | | | 0.0 | 0.0 |
| | | | | | | |
| **Net Proceeds Available After Unsecured Claims** | | | | | **0.0** | **0.0** |

*(1) Assumes claim is fully satisfied with proceeds from Aventine Renewable Energy, Inc.*

| Summary of Recoveries to Secured & Other Priority Claims | Gross Value | Recovery % Low | Recovery % High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|
| Secured Mechanic's Lien (Aurora West) [1] | $15.3 | 16.1% | 32.5% | $2.4 | $5.0 |
| Secured Mechanic's Lien (Mount Vernon) [1] | 7.9 | 24.1% | 50.6% | 1.9 | 4.0 |
| DIP Facility | 15.0 | 100.0% | 100.0% | 15.0 | 15.0 |
| Other Superpriority Claims | 2.0 | 100.0% | 100.0% | 2.0 | 2.0 |
| Pre-petition Revolving Credit Facility | 27.8 | 100.0% | 100.0% | 27.8 | 27.8 |
| Chapter 7 Admin Claims | 6.9 | 100.0% | 100.0% | 6.9 | 6.9 |
| Unpaid Chapter 11 Administrative Claims and Priority Claims | 1.1 | 99.2% | 99.2% | 1.0 | 1.0 |

*(1) Secured Mechanic's Lien only has claim to their specific collateral at Aurora West and Mt. Vernon*

| Summary of Recoveries to Unsecured Creditors by Entity | Gross Value | Recovery % Low | Recovery % High | Estimated Liquidation Value Low | Estimated Liquidation Value High |
|---|---|---|---|---|---|
| Aventine Renewable Energy Holdings, Inc. | 345.9 | 0.0% | 0.0% | $0.0 | $0.0 |
| Aventine Renewable Energy, LLC | 321.7 | 0.0% | 0.0% | 0.0 | 0.0 |
| NELLC | 374.6 | 4.0% | 6.0% | 14.9 | 22.4 |
| Aventine Power, LLC | 321.7 | 0.0% | 0.0% | 0.0 | 0.0 |
| Aventine Renewable Energy, Inc. | 406.8 | 16.0% | 22.0% | 65.1 | 89.6 |
| ARE - Aurora West, LLC | 373.6 | 0.0% | 0.0% | 0.0 | 0.0 |
| ARE - Mt. Vernon, LLC | 322.0 | 0.0% | 0.0% | 0.0 | 0.0 |

# FOOTNOTES TO LIQUIDATION ANALYSIS

Unless stated otherwise, the book values used in this Liquidation Analysis are the projected net book values of the Debtors' assets as of March 31, 2010. Actual results may vary significantly from those reflected.

## Note A – Cash and Cash Equivalents

The Liquidation Analysis is based on the assumption that operations during the liquidation period would not generate additional cash available for distribution (proceeds from Accounts Receivable and Inventory are classified elsewhere). It is assumed that cash and cash equivalents held in the Debtors' accounts are fully available with the exception of the Debtors' restricted cash balance of $7.6 million which is currently cash collateralizing a letter of credit under the Prepetition Secured Credit Facility. The Liquidation Analysis assumes an income tax refund of $3.5 million will be received in March 2010 on account of the Debtors' net operating losses being carried back to offset past federal income tax payments.

## Note B – Accounts Receivable

The analysis of accounts receivable assumes that a chapter 7 trustee would retain certain existing staff of the Debtors to handle an aggressive collection effort of outstanding trade accounts receivable from customers. Collections during a liquidation of the Debtors would likely be significantly compromised as customers may attempt to set-off outstanding amounts owed to the Debtors against alleged damage and breach of contract claims. The liquidation value of accounts receivable was estimated by applying a recovery factor consistent with the Debtors' experience in collecting accounts receivable and the expectation of additional attempts to setoff. The estimate also considers the inevitable difficulty a liquidating company has in collecting its receivables and any concessions that might be required to facilitate the collection of certain accounts. Note that a portion of the Debtors' accounts receivable balance is likely uncollectible or may be subject to offsets which materially decreases recovery value. Estimated recoveries are between approximately 20% and 85% of the net accounts receivable balance.

## Note C– Inventory

The analysis of inventory assumes that a chapter 7 trustee would retain sufficient plant level personnel to finish the conversion of in-process inventory to ethanol. Any un-used raw materials (primarily corn) would be sold to local grain elevators at the prevailing market price. Ethanol in-transit and finished goods are assumed to be sold in a manner similar to the Debtors' current business practices however it is anticipated the Debtors' would encounter some difficulties monetizing its inventory due to offsets and other issues associated with a liquidating company (*see* Note B). Estimated recoveries are between approximately 50% and 80% of the inventory balance.

## Note D –Property, Plant & Equipment

The estimated book value (net of depreciation) of fixed assets owned by Aventine as of March 31, 2010 is estimated to be approximately $587.4 million. Fixed assets consist primarily of the Debtors' operating ethanol facilities, uncompleted facilities and some owned real estate. While the Debtors made significant investments in their ethanol facilities, the Debtors believe that the book value of their

uncompleted facilities will likely be materially less than book value in an orderly liquidation. For example, the book value of the uncompleted facilities is $493.7 million while recent assets appraisals indicate an orderly liquidation value (OLV) of less than $10.0 million. The Debtors' operating facilities would likely be idled (cold shutdown) before being sold to an entity which would seek to restart and produce ethanol at the facilities. Since the Debtors' assets have been depreciated for book purposes, the value of the assets may in some cases exceed the book value. Estimated recoveries are between approximately 1% and 125% of the net Machinery & Equipment book value depending on the particular asset.

The Debtors own several parcels of real estate (primarily the land on which the facilities in Pekin, Illinois and Aurora, Nebraska reside) which could also be sold in connection with a chapter 7 liquidation. Given the land has historically been used for ethanol production it is unclear what parties if any would be interested in purchasing the Debtors' owned real estate. The land on which the operating would be sold in connection with the sale of the cold idled facility thus no additional value was attributed to the land. Based on the Debtors' most recent appraisals, estimated recoveries are between approximately 30% and 60% of the book value.

The Liquidation Analysis does not include any value associated with equipment held under capital leases. The Liquidation Analysis assumes that equipment held under such leases is returned to the respective lessors in satisfaction of their claim.

*Note E – Other Current Assets*

Other non-current assets include prepaid expenses and other miscellaneous assets. The majority of these assets are book assets with minimal tangible value and would be difficult to monetize. Therefore, estimated recoveries for this account are between 0% and 5% of the outstanding balance.

*Note F – Investments*

This account reflects the Debtors' ownership of 365,999 shares of Green Plains Renewable Energy common equity which are assumed to be sold at between $7.50 (3 months simple average of Green Plains Renewable Energy's closing price) and $11.70 (closing price on November 20, 2009).

*Note G – Wind-down Costs*

Corporate level payroll and plant operating costs during the liquidation are based upon the assumption that certain operating and corporate functions would be retained to assist a trustee with the liquidation process including an orderly shutdown of the Debtors' facilities and the collection of outstanding accounts receivable. The remaining staff would also be needed to maintain and close the accounting records and to complete certain administrative tasks including the preparation of payroll and tax returns.

*Note H – Mechanics Lien*

This reflects those Claims arising under certain the EPC Contracts entered into by Kiewit Energy Company and ARE – Aurora West and Kiewit Energy Company and ARE – Mount Vernon that are secured by properly perfected, valid Liens on property located in Mt. Vernon, Illinois or Aurora, Nebraska (as the case may be). The Kiewit Mt. Vernon Secured Claim and Kiewit Aurora West Secured Claim are estimated to be $7.9 million and $15.3 million, respectively. The Liquidation Analysis

assumes Kiewit seeks to foreclose on its collateral (substantially all the machinery and equipment located at the Mt. Vernon Facility and Aurora West Facility) upon consummation of a chapter 7 liquidation.

*Note I – Super priority Claims*

The Debtors' obligations under the post-petition DIP Credit Facility are estimated to be $15.0 million at March 31, 2010. The Liquidation Analysis assumes that the DIP Credit Facility is paid in its entirety. The DIP Credit Facility provides for a professional fee carve-out of up to $2.0 million which is assumed to be fully utilized (paid in cash) in a chapter 7 liquidation.

*Note J – Prepetition Secured Claims*

The Prepetition Secured Credit Facility is assumed to be paid on a pro rata basis from the net liquidation proceeds of its collateral (substantially all assets). Total Prepetition Secured Credit Facility Claims are estimated to be approximately $27.8 million at March 31, 2010 which excludes those Prepetition Secured Credit Facility Claims which have been collateralized in cash at 110% of the total claim ($7.6 million). While the prepetition lenders under the Prepetition Secured Credit Facility have a lien on substantially all the assets, the Liquidation Analysis assumes the prepetition lenders would first seek recoveries in the cash, accounts receivable and inventory located at ARE Inc. and NELLC, before seeking recoveries by monetizing any fixed assets. The Liquidation Analysis assumes that the Prepetition Secured Credit Facility Claims are paid in their entirety.

*Note K – Chapter 7 Administrative Expenses*

Administrative expenses include the liquidation costs and expenses of the chapter 7 estates including the chapter 7 trustee's compensation for services rendered in accordance with section 326 of the Bankruptcy Code as well as fees to professionals retained by the chapter 7 trustee in the chapter 7 cases (it is anticipated that legal expenses would continue to be incurred during the wind-down of operations). Trustee fees are calculated at 2.5% of the gross liquidation value of the Debtors' assets and legal fees are estimated to be $3.0 million. The Liquidation Analysis assumes that chapter 7 administrative expenses are paid in their entirety.

*Note L – Unpaid Chapter 11 Administrative Expenses & Other*

This reflects the estimated balance of chapter 11 administrative claims including any professional fees beyond the $2.0 million carve-out under the DIP Credit Facility and other miscellaneous administrative claims. The Liquidation Analysis assumes that unpaid chapter 11 administrative expenses are paid in their entirety.

*Note M — Accounts Payable and General Unsecured Claims*

For purposes of the Liquidation Analysis, management has assumed that General Unsecured Claims will consist of prepetition unpaid, unsecured obligations owed to vendors, employees and litigation parties, as well as claims for damages arising from the rejection of executory contracts (including programming contracts), expired leases and the Prepetition Unsecured Notes. The Liquidation Analysis attempts to estimate a portion of the anticipated additional General Unsecured Claims that would arise as a result of the rejection of executory contracts and leases that would

otherwise be assumed under the Debtors' Plan, and the failure of the Debtors to perform under existing contracts. The additional claims would be likely to be asserted against ARE Inc., NELLC and ARE – Aurora West as a result of lease and other contract rejection damages. Management believes there may be additional claims above and beyond those accounted for in the Liquidation Analysis which would further dilute recoveries to General Unsecured Creditors. The amount of such additional claims may be substantial in amount and may be materially higher than those reflected in the Liquidation Analysis. General Unsecured Claims are assumed to be paid on a pro rata basis from the net liquidation proceeds available, if any, after the payment of all other Claims at the entity at which the General Unsecured Claim resides.