IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                      : Chapter 11
                                                            :
AVENTINE RENEWABLE ENERGY                                   : Case No. 09-11214 (KG)
HOLDINGS, INC., a Delaware corporation,                     :
et al.,                                                     : Jointly Administered
                                                            :
            Debtors.                                        : **Ref. Docket No. 571**
---------------------------------------------------------- x

## ORDER (I) APPROVING THE EXECUTIVE INCENTIVE PLAN AND (II) AUTHORIZING PAYMENTS THEREUNDER PURSUANT TO SECTIONS 105(a), 363(b) AND 503(c) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "<u>Motion</u>")[1] of Aventine Renewable Energy Holdings, Inc., a Delaware corporation, and certain of its direct and indirect subsidiaries, the debtors and debtors in possession in the above cases (collectively, the "<u>Debtors</u>"),[2] pursuant to sections 105(a), 363(b) and 503(c) of the title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), (i) approving the establishment of an executive incentive plan for certain of the Debtors' senior executives, and (ii) authorizing payments to the participants thereunder; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtors, their estates and creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

---

[1] Capitalized terms not defined herein shall have the meanings provided to them in the Motion.
[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

2. Pursuant to sections 105(a), 363(b) and 503(c)(3) of the Bankruptcy Code, the Debtors are authorized (i) to implement the KEIP; (ii) to make payments consistent with the KEIP; and (iii) to take such other and further actions as may be necessary to implement the KEIP, including, without limitation, designing and/or altering the KEIP in any manner necessary to comply with applicable law.

3. Any Incentive Payments made pursuant to the KEIP shall be authorized to be paid without further order of the Court.

4. Neither this Order nor any payment or performance by the Debtors authorized hereunder shall be deemed an assumption of any executory contract or otherwise affect the Debtors rights' under section 365 of the Bankruptcy Code to assume or reject any executory contract.

5. Authorization given to the Debtors in this Order empowers but does not direct the Debtors to effectuate the payments specified herein, and the Debtors shall retain the business judgment to make or not make such payments, in all instances subject to the condition that funds are available to effect any payment. In no event shall any person (director, creditor, officer, manager, member, employee or otherwise of the Debtors) be personally liable for any amounts authorized for payment herein but not paid, and nothing in this Order shall be deemed to increase, reclassify, elevate to administrative expense status or otherwise affect such claims.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

DB02:8822718.6

2

068125.1001

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
Dec. 15, 2009

_____
Kevin Gross
United States Bankruptcy Judge

3

DB02:8822718.6                                                    068125.1001