IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-11214 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: January 13, 2010 at 3:00 p.m. (ET)<br>Objection Deadline: January 6, 2010 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO: THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE COMMITTEE, COUNSEL TO THE AGENT FOR THE DEBTORS' PREPETITION SECURED LENDERS, COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION SECURED LENDERS, COUNSEL TO THE BACKSTOP PURCHASERS, AND THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002(b)

PLEASE TAKE NOTICE that the debtors and debtors in possession in the above-captioned jointly administered cases (collectively, the "Debtors") have filed the attached **Motion of the Debtors for an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Debtors to (I) Pay the Work Fees of the Potential Exit Financing Lender; (II) Provide the Deposit to the Potential Exit Financing Lender; and (III) Provide Indemnification to the Potential Exit Financing Lender** (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must be filed on or before **January 6, 2009 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtors' undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 13, 2009 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

DB02:8969919.4

068125.1001

**PLEASE TAKE FURTHER NOTICE THAT** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 22, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*