# CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on December 28, 2009, I caused true and correct copies of the foregoing *Objection* to be served by the means indicated below upon counsel and parties at the addresses listed below:

Mark. S. Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
**BY FIRST CLASS MAIL**

William S. Wallander, Esq.
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
**BY FIRST CLASS MAIL**

Matthew B. Lunn, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
**BY E-MAIL AND FIRST CLASS MAIL**

The Garden City Group, Inc.
Attn: Aventine Renewable Energy Holdings
105 Maxess Road
Melville, NY 11747
kathryn.pamenter@gardencitygroup.com
**BY FIRST CLASS MAIL**

Donald J. Detweiler, Esq.
Greenberg Traurig, LLP
The Nemours Building, Suite 1200
1007 North Orange Street
Wilmington, DE 19801
**BY FIRST CLASS MAIL**

Aventine Renewable Energy Holdings, Inc.
120 North Parkway Drive
P.O. Box 1800
Pekin, IL 61555
Attn: Mr. George Henning
**BY FIRST CLASS MAIL**

_____
Joseph Grey