# CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire, hereby certify that on this 5th day of January, 2010 I caused a true and correct copy of Kiewit Energy Company's Objections To: (I) (D.I. 588) Disclosure Statement For Debtors' Joint Pan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Dated, As Of December 4, 2009; (II) (D.I. 619) Debtors' Motion For Order (I) Approving The Disclosure Statement; (II) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject The Plan, Including (A) Approving Form And Manner Of Solicitation Procedures, (B) Approving The Form And Notice Of The Confirmation Hearing, (C) Establishing Record Date And Approving Procedures For Distribution Of Solicitation Packages, (D) Approving Forms Of Ballots, (E) Establishing Deadline For Receipt Of Ballots, And (F) Approving Procedures For Vote Tabulation; (III) Establishing Deadline And Procedures For Filing Objections To (A) Confirmation Of The Plan, And (B) The Debtors' Proposed Cure Amounts For Unexpired Leases And Executory Contracts To Be Assumed Pursuant To The Plan; (IV) Approving The Senior Secured Notes Offering Procedures; And (V) Granting Related Relief to be served upon the parties listed below, via first class mail.

> Joel A. Waite, Esquire
> Matthew B. Lunn, Esquire
> Ryan M. Bartley, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
>
> Donald J. Detweiler, Esquire
> Dennis A. Meloro, Esquire
> Greenberg Traurig
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 18999-0035

_____
Ronald S. Gellert

M0783633