# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2009, and in addition to the service provided under the Court's CM/ECF system, I caused true and correct copies of the foregoing Objection to be served on the parties listed below by first class United States mail, postage prepaid:

Mark. S. Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
(Office of the United States Trustee)

William S. Wallander, Esq.
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
(JP Morgan Chase Bank)

Matthew B. Lunn, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(Counsel for the Debtors)

The Garden City Group, Inc.
Attn: Aventine Renewable Energy Holdings
105 Maxess Road
Melville, NY 11747
kathryn.pamenter@gardencitygroup.com
(Claims Agent)

Donald J. Detweiler, Esq.
Greenberg Traurig, LLP
The Nemours Building, Suite 1200
1007 North Orange Street
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

Aventine Renewable Energy Holdings, Inc.
120 North Parkway Drive
P.O. Box 1800
Pekin, IL 61555
Attn: Mr. George Henning

_____
Joseph Grey