# CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire, hereby certify that on this 5th day of January, 2010 I caused a true and correct copy of Kiewit Energy Company's Objections To Motion Of The Debtors For An Order Pursuant to Sections 105(A) And 363(B) Of The Bankruptcy Code Authorizing The Debtors To (i) Pay The Work Fees Of The Potential Exit Financing Lender; (II) Provide The Deposit To The Potential Exit Financing Lender; And (III) Provide Indemnification To The Potential Exit Financing Lender to be served upon the parties listed below, via first class mail.

Joel A. Waite, Esquire
Matthew B. Lunn, Esquire
Ryan M. Bartley, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Donald J. Detweiler, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 18999-0035

Ronald S. Gellert

M0783637