# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-11214 (KG)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 588 & 619** |

## RESERVATION OF RIGHTS WITH RESPECT TO DEBTORS' MOTION FOR ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS; (IV) APPROVING THE SENIOR SECURED NOTES OFFERING PROCEDURES; AND (V) GRANTING RELATED RELIEF AND RELATED DISCLOSURE STATEMENT

**TO THE HONORABLE KEVIN GROSS,**
**UNITED STATES BANKRUPTCY JUDGE:**

JPMORGAN CHASE BANK, N.A., as administrative agent (in such capacity, the "Agent") for Bank of America, N.A., BMO Capital Markets Financing, Inc., JPMorgan Chase Bank, N.A., Siemens Financial Services, Inc., UBS Loan Finance LLC, Wachovia Bank, National Association, and Wells Fargo Foothill, LLC (collectively, in their capacity as prepetition lenders, the "Prepetition Lenders"), files this Reservation of Rights (the "Reservation of Rights") with respect to the *Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway, P.O. Box 1800, Pekin, Illinois 61555-1800.

*Ballots, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan, and (B) the Debtors' Proposed Cure Amounts for Unexpired Leases and Executory Contracts to be Assumed Pursuant to the Plan; (IV) Approving the Senior Secured Notes Offering Procedures; and (V) Granting Related Relief* (Dkt. No. 619, the "Motion") and the related *Disclosure Statement for Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code Dated as of December 4, 2009* (Dkt. No. 588, the "Disclosure Statement") and respectfully states as follows:

## FACTUAL BACKGROUND

1. On December 4, 2009, the Debtors filed their *Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* (Dkt. No. 587, the "Plan") and their Disclosure Statement. Thereafter, on December 22, 2009, the Debtors filed the Motion requesting that this Court enter an order, *inter alia*, approving the Disclosure Statement as containing "adequate information" as such term is defined in section 1125(a)(1) of the Bankruptcy Code.

## RESERVATION OF RIGHTS

2. At this time, the Agent does not object to this Court's approval of the Motion or the Disclosure Statement. However, the Plan and Disclosure Statement do not sufficiently disclose and describe the terms, conditions and agreements that will govern the Prepetition Lenders' rights with respect to existing letters of credit issued pursuant to the prepetition secured credit facility as well as the terms and conditions of the cash collateral account established to secure the obligations arising in connection with such letters of credit. Moreover, the Plan and Disclosure Statement do not disclose when and to what extent the Prepetition Lenders' claims are to be allowed and paid under the Plan.

3. However, counsel for the Agent has engaged counsel for the Debtors to obtain information and terms necessary to resolve the foregoing issues. At this juncture, the Agent is hopeful that the foregoing issues will be addressed and resolved prior to the hearing for confirmation of the Plan.

4. In an abundance of caution and in the event that the foregoing issues with respect to the Plan and Disclosure Statement are not resolved prior to the confirmation hearing, the Agent, on behalf of itself and all Prepetition Lenders, files this Reservation of Rights to ensure that the Agent's and Prepetition Lenders' decision not to object to the Disclosure Statement does not prejudice and is not deemed a waiver of the Agent's and Prepetition Lenders' rights to object to the Plan on any grounds, if and as necessary, at any time on or prior to the confirmation hearing.

5. The Agent and the Debtors are in negotiations regarding the resolution of various matters relating to the Plan, including the proposed treatment of the Agent's and the Prepetition Lenders' claims thereunder.

6. Accordingly, the Agent files this Reservation of Rights as a precautionary matter in order to protect its rights with respect to the Plan and to preserve its right to assert any and all objections to the Plan in the event a consensual resolution is not reached.

Dated: January 6, 2010

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato, DE #3273
Thomas F. Driscoll III, DE #4703
**BIFFERATO LLC**
800 North King Street, First Floor
Wilmington, DE 19801
Tel:   302-225-7600
Fax:   302-792-7470
E-mail:cbifferato@bifferato.com

-and-

William L. Wallander (admitted *pro hac vice*)
Clayton T. Hufft (admitted *pro hac vice*)
**VINSON & ELKINS L.L.P.**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
Tel:   214-220-7700
Fax:   214-220-7716
E-mail:bwallander@velaw.com; chufft@velaw.com

**ATTORNEYS FOR JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT**