# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2010, a copy of the foregoing *Reservation of Rights with Respect to Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan; (III) Establishing Deadline and Procedures for Filing Objections; (IV) Approving the Senior Secured Notes Offering Procedures; and (V) Granting Related Relief and Related Disclosure Statement* was sent via the Electronic Case Filing System for the Bankruptcy Court, District of Delaware to all parties receiving ECF Notice, and via US First Class Mail upon the attached service list.

Thomas F. Driscoll III (No. 4703)

George T. Henning Jr., Esq.
Christopher A. Nichols, Esq.
Aventine Renewable Energy Holdings, Inc.
120 North Parkway Drive
Pekin, IL 61554

Joel A. Waite, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark S. Kenney, Esq.
The United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Donald Detweiler, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Michael Stamer, Esq.
Shaya Rochester, Esq.
Akin, Gump, Strauss, Hauer & Field LLP
One Bryant Park
New York, NY 10036

Bonnie Glantz Fatell, Esq.
Stanley Tarr, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801