Clerk of Bankruptcy Court
824 N Market St
3rd Floor
Wilmingto DE 19801

Re: Aventine Renewable Energy Holdings

Dear Sirs,
I am a holder of approximately 6000 shares. I find it deplorable to file for bankruptcy. How can you even allow it. Shame on you! Aventine, like Verasun Energy, have billions in sales and it's growing. They actually have a government guaranteed revenue stream.
The business outlook has turned for the better. Ethanol is real!!!!!!!!!!!! Look at Brazil for Pete's sake
This is starting to smell like a rat, like Verasun Energy, who filed bankruptcy and then sold 7 refineries to Valero Energy, an oil company no less.
Something is going on here! I firmly believe the Justice Department needs to have a look at everything from oil company involvement to price manipulation of corn and exactly why they are even allowed to file bankruptcy and who's behind it.
Ethanol has been blamed for everything from Taco Wars in Mexico City to people having no bread in a suburb of Egypt somewhere. Let's get real! The only people who have a great interest in destroying this resource of energy is Big Oil. That's it in a nutshell. They want control again.
These contrived bankruptcies have hurt my family and have drained me of any patriotism I had left.
Don't do it!


Sincerely
James Szumera
105 Wood Creek Ct
White Oak TX 75693
903 759 9955