# EXHIBIT 2

## Proposed Form Of Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | |
| | Docket Ref. No. 588 & ___ |

## ORDER GRANTING DEBTORS' LEAVE TO FILE REPLY OF THE DEBTORS TO THE OBJECTIONS OF CERTAIN PURPORTED EQUITY HOLDERS TO THE DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED, AS OF DECEMBER 4, 2009

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") allowing the Debtors to file the *Reply of the Debtors to the Objections of Certain Purported Equity Holders to the Disclosure Statement for Debtors' Joint Plan Of Reorganization Under Chapter 11 of the Bankruptcy Code Dated, as of December 4, 2009* (the "Reply"); and it appearing that that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion has been given, and that no other or further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that the Debtors are granted leave and are permitted to file the Reply; and it is further

ORDERED that the Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       January ___, 2010

_____
Kevin Gross
United States Bankruptcy Judge

DB02:9138009.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　068125.1001