# **EXHIBIT A**

Confirmation Hearing Notice

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-11214 (KG)<br><br>(Jointly Administered)<br><br>**Conf. Hearing Date: February 24, 2010 at 3:00 p.m. (ET)**<br>**Conf. Obj. Deadline: February 17, 2010 at 4:00 p.m. (ET)** |

## NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) DEADLINE FOR VOTING ON THE PLAN, (III) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, AND (IV) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN

TO: HOLDERS OF CLAIMS IN CLASS 2(a)-(f), CLASS 4(b), CLASS 5(a)-(f), CLASS 6(a)-(f), CLASS 7, AND EQUITY INTERESTS IN CLASS 9(a)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. YOUR VOTE IS BEING SOLICITED IN CONNECTION WITH THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010 (THE "PLAN").[2] YOU SHOULD CAREFULLY REVIEW THE MATERIAL SET FORTH IN THE DISCLOSURE STATEMENT ENCLOSED HEREWITH (AND IN THE EXHIBITS ATTACHED THERETO) IN ORDER TO MAKE AN INDEPENDENT DETERMINATION AS TO WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN.

## APPROVAL OF DISCLOSURE STATEMENT

2. By Order dated January 13, 2010 (the "Disclosure Statement Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

## DEADLINE FOR VOTING ON THE PLAN

3. By the Disclosure Statement Order, the Bankruptcy Court established **February 17, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Plan must be received. To be counted, your orginal ballot (which is enclosed herewith) must actually be **received** on or before the Voting Deadline by The Garden City Group, Inc. (the "Balloting Agent") at the following address: (i) by first class mail, The Garden City Group, Inc., Attn: Aventine Voting Agent, P.O. Box 9000 #6527, Merrick, NY 11566-9000; or (ii) by overnight mail or hand delivery, The Garden City Group, Inc., Attn: Aventine Voting Agent, 105 Maxess Road, Melville, NY 11747. Ballots cast by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] All capitalized terms used but not specifically defined herein shall have the meaning ascribed to them in the Plan.

DB02:8948225.6                                                                                                                                              068125.1001

## RELEASE, INJUNCTION AND EXCULPATION PROVISIONS CONTAINED IN PLAN

4. PLEASE TAKE FURTHER NOTICE THAT ARTICLE VII OF THE PLAN CONTAINS CERTAIN RELEASE, INJUNCTION AND EXCULPATION PROVISIONS. YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, INJUNCTION AND EXCULPATION PROVISIONS, AS YOUR RIGHTS MAY BE AFFECTED.

## CONFIRMATION HEARING

5. On **February 24, 2010 at 3:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing (the "Confirmation Hearing") will be held before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 to consider confirmation of the Plan, as the same may be amended or modified, and for such other and further relief as may be just. The Confirmation Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such an adjournment in open court at the Confirmation Hearing or any adjournment thereof or an appropriate filing with the Bankruptcy Court. The Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

## DEADLINE FOR OBJECTIONS TO CONFIRMATION OF THE PLAN

6. Objections, if any, to confirmation of the Plan, including any supporting memoranda, must be in writing, filed with the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801 together with proof of service, and shall: (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; (c) provide proposed language to remedy any objection asserted; and (d) be served by hand delivery or in a manner as will cause such objection to be **received** on or before **February 17, 2010 at 4:00 p.m. (prevailing Eastern Time)**, upon: (i) Young Conaway Stargatt & Taylor, LLP; The Brandywine Building; 1000 West Street, 17th Floor; P.O. Box 391; Wilmington, Delaware 19899-0391 (Attn.: Joel A. Waite, Esq. and Matthew B. Lunn, Esq.), counsel to the Debtors; (ii) the United States Trustee for the District of Delaware; 844 King Street, Suite 2207, Lockbox #35; Wilmington, Delaware 19801 (Attn.: Mark S. Kenney, Esq.); (iii) Greenberg Traurig, LLP; The Nemours Building; 1007 North Orange Street, Suite 1200; Wilmington, Delaware 19801 (Attn: Donald Detweiler, Esq.), counsel to the Committee; and (iv) Akin, Gump, Strauss, Hauer & Feld, LLP; One Bryant Park; New York, New York 10036 (Attn: Michael Stamer, Esq. and Shaya Rochester, Esq.), counsel to the Backstop Purchasers. Any objections not filed and served as set forth above will not be considered by the Bankruptcy Court.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
January [__], 2010

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 571-6600
Facsimile:    (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*