## **EXHIBIT B**

Proposed Forms of Ballot

Class 2 Ballot

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[1] | (Jointly Administered) |

## CLASS 2 BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON FEBRUARY 17, 2010 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE ACTUALLY RECEIVED BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan"),[2] submitted by the debtors in possession in the above-captioned jointly administered cases, (collectively, the "Debtors") and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (http://www.aventineinfo.com). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained free of charge by request to Debbie Laskin (dlaskin@ycst.com) or may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims or Interests in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot by regular mail, overnight delivery, or hand delivery to: The Garden City Group, Inc., Attn: Aventine Voting Agent, P.O. Box 9000 #6527 Merrick, NY 11566-9000; or by overnight, hand delivery, or courier to: The Garden City Group, Inc., Attn: Aventine Voting Agent, 105 Maxess Road, Merrick, NY 11566-9000, so that it is **received** by the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, a holder of claims in Classes 2(a) through (f), in the amount set forth below, votes to (check *one* box). *A vote to Accept or Reject Plan will be deemed to be a vote to Accept or Reject the Plan for each of the Debtors. :*

☐   **Accept the Plan.**          ☐   **Reject** the Plan.

Creditor: _____          Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Optional Release Election.** Check this box if you elect not to grant the releases contained in Article VII(J) of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Article VII(J) of the Plan and the related injunction to the fullest extent permitted by applicable law.

☐   The undersigned elects not to grant the releases contained in Article VII(J) of the Plan and elects not to consent to the related injunction.

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.   In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date and return the Ballot to The Garden City Group, Inc. (the "Balloting Agent") at the following address:

| By mail: | By hand delivery, overnight or courier: |
|---|---|
| **The Garden City Group, Inc.** | **The Garden City Group, Inc.** |
| **Attn: Aventine Voting Agent** | **Attn: Aventine Voting Agent** |
| **P.O. Box 9000 #6527** | **105 Maxess Road** |
| **Merrick, NY 11566-9000** | **Merrick, NY 11566** |

   **Ballots must be *received* by the Balloting Agent on or before February 17, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").**  If a Ballot is received after the Voting Deadline, it will not be counted (even if post-marked prior to the Voting Deadline).  An envelope addressed to the Balloting Agent is enclosed for your convenience.  Ballots submitted by facsimile, email or other electronic transmission will not be counted.  If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.   If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(a) claim and a Class 6(a) claim) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials.  **Each Ballot you receive is for voting only your Claims described on the Ballot.  Please complete and return each Ballot you receive.  The attached Ballot is designated only for voting Class 2 Claims against each of the Debtors.**  You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan.  Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted.  An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted.  **Further, inconsistent duplicate Ballots with respect to the same claim shall not be counted.**

3.   Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules").  The Tabulation Rules are set forth in the Solicitation Order.  The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan).  If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **fourteen days before the Voting Deadline (February 3, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Objection Deadline"));** provided, that if your Claim is the subject of a Determination Motion or an objection that is filed on or before the Voting Objection Deadline, you shall have an additional seven (7) days to file a response to such Determination Motion or objection.  Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot.  If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.   The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.   If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.   NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.   PLEASE RETURN YOUR BALLOT PROMPTLY.  THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.   IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (631) 470-5000.  DO NOT CONTACT THE BALLOTING AGENT FOR LEGAL ADVICE.  THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.

Class 4(b) Ballot

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[1] | (Jointly Administered) |

**CLASS 4(b) BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010 WITH RESPECT TO AVENTINE RENEWABLE ENERGY – AURORA WEST, LLC**

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON FEBRUARY 17, 2010 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan")[2] with respect to Aventine Renewable Energy – Aurora West, LLC, submitted by the debtors in possession in the above-captioned jointly administered cases, (collectively, the "Debtors") and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (http://www.aventineinfo.com). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained free of charge by request to Debbie Laskin (dlaskin@ycst.com) or may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims or Interests in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et seq.</u> (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot by regular mail, overnight delivery, or hand delivery to: The Garden City Group, Inc., Attn: Aventine Voting Agent, P.O. Box 9000 #6527 Merrick, NY 11566-9000; or by overnight, hand delivery, or courier to: The Garden City Group, Inc., Attn: Aventine Voting Agent, 105 Maxess Road, Merrick, NY 11566-9000, so that it is <u>received</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

---

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

---

**Item 1. Class Vote.** The undersigned, a holder of a Class 4(b) Claim, in the amount set forth below, votes to (check one box):

☐     **Accept** the Plan.        ☐     **Reject** the Plan.

Creditor: _____      Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Optional Release Election.** Check this box if you elect not to grant the releases contained in Article VII(J)of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Article VII(J) of the Plan and the related injunction to the fullest extent permitted by applicable law.

☐     The undersigned elects not to grant the releases contained in Article VII(J) of the Plan and elects not to consent to the related injunction.

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot to The Garden City Group, Inc. (the "Balloting Agent") at the following address:

| By mail: | By hand delivery, overnight or courier: |
|---|---|
| **The Garden City Group, Inc.** | **The Garden City Group, Inc.** |
| **Attn: Aventine Voting Agent** | **Attn: Aventine Voting Agent** |
| **P.O. Box 9000 #6527** | **105 Maxess Road** |
| **Merrick, NY 11566-9000** | **Merrick, NY 11566** |

        **Ballots must be *received* by the Balloting Agent on or before February 17, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted (even if post-marked prior to the Voting Deadline). An envelope addressed to the Balloting Agent is enclosed for your convenience. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u> If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.     If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(a) claim and a Class 6(a) claim) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Class 4(b) Claims.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted. **Further, inconsistent duplicate Ballots with respect to the same claim shall not be counted.**

3.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Solicitation Order. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **fourteen days before the Voting Deadline (February 3, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Objection Deadline"));** provided, that if your Claim is the subject of a Determination Motion or an objection that is filed on or before the Voting Objection Deadline, you shall have an additional seven (7) days to file a response to such Determination Motion or objection. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (631) 470-5000. DO NOT CONTACT THE BALLOTING AGENT FOR LEGAL ADVICE. THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.

Class 5 Master Ballot

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[1] | (Jointly Administered) |

## CLASS 5 MASTER BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010

**PLEASE READ AND FOLLOW THE INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT BY (A) FIRST CLASS MAIL TO: THE GARDEN CITY GROUP, INC., ATTN: AVENTINE VOTING AGENT, P.O. BOX 9000 #6527 MERRICK, NY 11566-9000; OR (B) OVERNIGHT, HAND DELIVERY, OR COURIER TO: THE GARDEN CITY GROUP, INC., ATTN: AVENTINE VOTING AGENT, 105 MAXESS ROAD, MERRICK, NY 11566-9000. IF THIS MASTER BALLOT HAS NOT BEEN RECEIVED BY THE BALLOTING AGENT BY FEBRUARY 17, 2010 AT 4:00 P.M. EASTERN TIME, UNLESS SUCH TIME IS EXTENDED (THE "VOTING DEADLINE"), THE VOTES AND RELEASE ELECTIONS OF YOUR CUSTOMERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE.**

You as the Prepetition Unsecured Notes Nominee ("You," "YOU" or "you") must deliver the completed, executed Master Ballot so that it is actually *received* by the Balloting Agent on or before the Voting Deadline. For each completed, executed Ballot returned to you by a beneficial owner (each an "Individual Ballot"), you must retain a copy of such Individual Ballot in your files for one year from the Voting Deadline.

This master ballot (the "Master Ballot") is to be used by you, as nominee for beneficial owners of the Class 5 Prepetition Unsecured Notes Claims, to transmit the votes of such creditors in respect of their claim to accept or reject Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (as may be amended, the "Plan"),[2] which is proposed by the above-captioned debtors and debtors in possession (the "Debtors").

By Order dated January ___, 2010 (the "Solicitation Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Disclosure Statement") as containing adequate information within the meaning of section 1125

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). These documents are contained on the CD-ROM sent to you with this ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Balloting Agent. The Solicitation Order also contains important information regarding the balloting process. Please also read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

All capitalized terms used in this Master Ballot but not otherwise defined herein shall have the meanings given to such terms in the Solicitation Order or Plan, as applicable. This Master Ballot is being sent to Voting Nominees to use to cast votes to accept or reject the Plan on behalf of and in accordance with the Ballots cast by the beneficial holders of claims in Class 5(a) through (f).

**Item 1 - CERTIFICATION OF AUTHORITY TO VOTE.** The Undersigned certifies that as of January 13, 2010, (the "Record Date"), the Undersigned (please check applicable box):

☐ Is a nominee for the beneficial owners of the aggregate principal amount of $315,000,000 listed in Items 2 and 3 below that is the registered holder of such securities; or

☐ Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a nominee that is the registered holder of the aggregate principal amount of $315,000,000 listed in Items 2 and 3 below; or

☐ Has been granted a proxy (an original of which is attached hereto) from a nominee that is the registered holder of the aggregate principal amount of $315,000,000 listed in Items 2 and 3 and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the beneficial owners of the Class 5 Prepetition Unsecured Notes Claims described below.

**Item 2 - TABULATION OF BENEFICIAL OWNER VOTING.** The undersigned certifies that:

    **A.**     **Class 5(a) Claims Against the Substantively Consolidated Estates of Aventine Renewable Energy Holdings, Inc. and Aventine Renewable Energy, LLC**

    **Acceptances.** _____ beneficial owners of Class 5(a) Prepetition Unsecured Notes Claims against the substantively consolidated estates of Aventine Renewable Energy Holdings, Inc. and Aventine Renewable Energy, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(a) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

    **Rejections.** _____ beneficial owners of Class 5(a) Prepetition Unsecured Notes Claims against the substantively consolidated estates of Aventine Renewable Energy Holdings, Inc. and Aventine Renewable Energy, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(a) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

**B.     Class 5(b) Claims Against Aventine Renewable Energy, Inc.**

**Acceptances.** _____ beneficial owners of Class 5(b) Prepetition Unsecured Notes Claims against Aventine Renewable Energy, Inc. in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(b) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

**Rejections.** _____ beneficial owners of Class **5(b) Prepetition Unsecured Notes Claims against Aventine Renewable Energy, Inc. in the aggregate unpaid principal amount of** $_____ **have delivered duly completed Class 5(b) Prepetition** Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

**C.     Class 5(c) Claims Against Aventine Renewable Energy – Aurora West, LLC**

**Acceptances.** _____ beneficial owners of Class 5(c) Prepetition Unsecured Notes Claims against Aventine Renewable Energy – Aurora West, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(c) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

**Rejections.** _____ beneficial owners of Class 5(c) Prepetition Unsecured Notes Claims against Aventine Renewable Energy – Aurora West, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(c) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

**D.     Class 5(d) Claims Against Aventine Renewable Energy – Mt. Vernon, LLC**

**Acceptances.** _____ beneficial owners of Class 5(d) Prepetition Unsecured Notes Claims against Aventine Renewable Energy – Mt. Vernon, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(d) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

**Rejections.** _____ beneficial owners of Class 5(d) Prepetition Unsecured Notes Claims against Aventine Renewable Energy – Mt. Vernon, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(d) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

DB02:9122165.2                                                                                           068125.1001

E.    **Class 5(e) Claims Against Aventine Power, LLC**

**Acceptances.** _____ beneficial owners of Class 5(e) Prepetition Unsecured Notes Claims against Aventine Power, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(e) Prepetition Unsecured Notes Claims -- Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

**Rejections.** _____ beneficial owners of Class 5(e) Prepetition Unsecured Notes Claims against Aventine Power, LLC in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(e) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

F.    **Class 5(f) Claims Against Nebraska Energy, L.L.C.**

**Acceptances.** _____ beneficial owners of Class 5(f) Prepetition Unsecured Notes Claims against Nebraska Energy, L.L.C. in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(f) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

**Rejections.** _____ beneficial owners of Class 5(f) Prepetition Unsecured Notes Claims against Nebraska Energy, L.L.C. in the aggregate unpaid principal amount of $_____ have delivered duly completed Class 5(f) Prepetition Unsecured Notes Claims – Individual Ballots to the undersigned (or, such information was derived from Individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

**Item 3 – TRANSMITTAL OF VOTES FROM INDIVIDUAL NOTEHOLDER BALLOTS.** The undersigned transmits the votes of beneficial owners of the Class 5(a) through 5(f) Prepetition Unsecured Notes Claims as fully set forth on the annexed addendum to this Master Ballot and certifies that the parties listed on the annexed addendum are beneficial owners, as of the Record Date, and have delivered to the undersigned, as Voting Nominee, Ballots casting such votes, which, as set forth in each column therein, indicate the aggregate principal amount voted for each claim, whether such claim is voted to accept or reject the Plan, and whether the holder of such claim has elected not to grant the releases contained in Article VII(J) of the Plan and elected not to consent to the related injunction.

4

**Item 4 - CERTIFICATION.** By signing this Master Ballot, the undersigned certifies that: (a) each beneficial owner of the Class 5 Prepetition Unsecured Notes Claims whose votes are being transmitted by this Master Ballot has been provided with a copy of the Plan, Disclosure Statement, Solicitation Order and a Ballot for voting their Claims; and (b) it is the registered holder of Claims to which this ballot pertains and/or has full power and authority to vote to accept or reject the Plan. The undersigned also acknowledges that the solicitation of votes in Class 5 to accept or reject the Plan is subject to all the terms and conditions set forth in the Solicitation Order, dated January 13, 2010.

_____
Name of Voting Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
Date Complete

**In order to vote Class 5 Claims to accept or reject the Plan, please complete, sign and date this Master Ballot and promptly return it at the following address so as to be received on or prior to the Voting Deadline:**

| By mail: | By hand delivery, overnight or courier: |
|---|---|
| **The Garden City Group, Inc.** | **The Garden City Group, Inc.** |
| **Attn: Aventine Voting Agent** | **Attn: Aventine Voting Agent** |
| **P.O. Box 9000 #6527** | **105 Maxess Road** |
| **Merrick, NY 11566-9000** | **Merrick, NY 11566** |

**BALLOTS RECEIVED BY FACSIMILE OR OTHER ELECTRONIC MEANS OR RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.**

DB02:9122165.2 068125.1001

## ADDENDUM TO MASTER BALLOT

**A.     Class 5(a) Claims Against the Substantively Consolidated Estates of Aventine Renewable Energy Holdings, Inc. and Aventine Renewable Energy, LLC**

| Your Customer Name or Account Number for Each Beneficial Owner of a Class 5(a) Prepetition Unsecured Notes Claim and name of each beneficial owner voting on the Plan | Principal Number of Notes Voted | Principal Amount of Class 5(a) Prepetition Unsecured Notes Claims Voted to ACCEPT the Plan* | Principal Amount of Class 5(a) Prepetition Unsecured Notes Claims Voted to REJECT the Plan* | Election (i) to opt out of the releases contained in Article VII(J) of the Plan and (ii) not to consent to the related injunction |
|---|---|---|---|---|
| 1. | | $ | $ | |
| 2. | | $ | $ | |
| 3. | | $ | $ | |
| 4. | | $ | $ | |
| 5. | | $ | $ | |
| 6. | | $ | $ | |
| 7. | | $ | $ | |
| 8. | | $ | $ | |
| TOTALS | | $ | $ | |

[If space is insufficient, attach additional sheets in same format.]

---

\*    Please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.

Addendum Page A-1
Summary of Claims Against Consolidated Holdings

**B.**     **Class 5(b) Claims Against Aventine Renewable Energy, Inc.**

| Your Customer Name or Account Number for Each Beneficial Owner of a Class 5(b) Prepetition Unsecured Notes Claim and name of each beneficial owner voting on the Plan | Principal Number of Notes Voted | Principal Amount of Class 5(b) Prepetition Unsecured Notes Claims Voted to ACCEPT the Plan* | Principal Amount of Class 5(b) Prepetition Unsecured Notes Claims Voted to REJECT the Plan* | Election (i) to opt out of the releases contained in Article VII(J) of the Plan and (ii) not to consent to the related injunction |
|---|---|---|---|---|
| 1. | | $ | $ | |
| 2. | | $ | $ | |
| 3. | | $ | $ | |
| 4. | | $ | $ | |
| 5. | | $ | $ | |
| 6. | | $ | $ | |
| 7. | | $ | $ | |
| 8. | | $ | $ | |
| TOTALS | | $ | $ | |

[If space is insufficient, attach additional sheets in same format.]

---

\*   Please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.

## C. Class 5(c) Claims Against Aventine Renewable Energy – Aurora West, LLC

| Your Customer Name or Account Number for Each Beneficial Owner of a Class 5(c) Prepetition Unsecured Notes Claim and name of each beneficial owner voting on the Plan | Principal Number of Notes Voted | Principal Amount of Class 5(c) Prepetition Unsecured Notes Claims Voted to ACCEPT the Plan* | Principal Amount of Class 5(c) Prepetition Unsecured Notes Claims Voted to REJECT the Plan* | Election (i) to opt out of the releases contained in Article VII(J) of the Plan and (ii) not to consent to the related injunction |
|---|---|---|---|---|
| 1. | | $ | $ | |
| 2. | | $ | $ | |
| 3. | | $ | $ | |
| 4. | | $ | $ | |
| 5. | | $ | $ | |
| 6. | | $ | $ | |
| 7. | | $ | $ | |
| 8. | | $ | $ | |
| TOTALS | | $ | $ | |

[If space is insufficient, attach additional sheets in same format.]

---

* Please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.

**D.    Class 5(d) Claims Against Aventine Renewable Energy – Mt. Vernon, LLC**

| Your Customer Name or Account Number for Each Beneficial Owner of a Class 5(d) Prepetition Unsecured Notes Claim and name of each beneficial owner voting on the Plan | Principal Number of Notes Voted | Principal Amount of Class 5(d) Prepetition Unsecured Notes Claims Voted to ACCEPT the Plan* | Principal Amount of Class 5(d) Prepetition Unsecured Notes Claims Voted to REJECT the Plan* | Election (i) to opt out of the releases contained in Article VII(J) of the Plan and (ii) not to consent to the related injunction |
|---|---|---|---|---|
| 1. | | $ | $ | |
| 2. | | $ | $ | |
| 3. | | $ | $ | |
| 4. | | $ | $ | |
| 5. | | $ | $ | |
| 6. | | $ | $ | |
| 7. | | $ | $ | |
| 8. | | $ | $ | |
| TOTALS | | $ | $ | |

[If space is insufficient, attach additional sheets in same format.]

---

* Please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.

### E. Class 5(e) Claims Against Aventine Power, LLC

| Your Customer Name or Account Number for Each Beneficial Owner of a Class 5(e) Prepetition Unsecured Notes Claim and name of each beneficial owner voting on the Plan | Principal Number of Notes Voted | Principal Amount of Class 5(e) Prepetition Unsecured Notes Claims Voted to ACCEPT the Plan[*] | Principal Amount of Class 5(e) Prepetition Unsecured Notes Claims Voted to REJECT the Plan[*] | Election (i) to opt out of the releases contained in Article VII(J) of the Plan and (ii) not to consent to the related injunction |
|---|---|---|---|---|
| 1. | | $ | $ | |
| 2. | | $ | $ | |
| 3. | | $ | $ | |
| 4. | | $ | $ | |
| 5. | | $ | $ | |
| 6. | | $ | $ | |
| 7. | | $ | $ | |
| 8. | | $ | $ | |
| TOTALS | | $ | $ | |

[If space is insufficient, attach additional sheets in same format.]

---

[*] Please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.

**F.    Class 5(f) Claims Against Nebraska Energy, L.L.C.**

| Your Customer Name or Account Number for Each Beneficial Owner of a Class 5(f) Prepetition Unsecured Notes Claim and name of each beneficial owner voting on the Plan | Principal Number of Notes Voted | Principal Amount of Class 5(f) Prepetition Unsecured Notes Claims Voted to ACCEPT the Plan* | Principal Amount of Class 5(f) Prepetition Unsecured Notes Claims Voted to REJECT the Plan* | Election (i) to opt out of the releases contained in Article VII(J) of the Plan and (ii) not to consent to the related injunction |
|---|---|---|---|---|
| 1. | | $ | $ | |
| 2. | | $ | $ | |
| 3. | | $ | $ | |
| 4. | | $ | $ | |
| 5. | | $ | $ | |
| 6. | | $ | $ | |
| 7. | | $ | $ | |
| 8. | | $ | $ | |
| TOTALS | | $ | $ | |

[If space is insufficient, attach additional sheets in same format.]

---

*    Please note that each beneficial owner must vote all of his, her, or its Claims to accept or reject the Plan and may not split such vote.

DB02:9122165.2                                                                     068125.1001

## VOTING INSTRUCTIONS

**VOTING DEADLINE:**

The Voting Deadline is February 17, 2010 at 4:00 p.m. Eastern Time, unless such time is extended. To have the votes of the holders of the Prepetition Unsecured Notes[1] counted, you must complete, sign, and return this master ballot (the "<u>Master Ballot</u>") so that it is received by the Balloting Agent at the address set forth in the Master Ballot on or before the Voting Deadline. Accordingly, you should immediately transmit the enclosed Solicitation Packages, including Individual Ballots, to the holders of record of the Prepetition Unsecured Notes, as of January 13, 2010, with a return envelope addressed to you with instructions that the holders of the Prepetition Unsecured Notes return their Individual Ballots to you so as to be received <u>at least</u> three (3) business days prior to the Voting Deadline.

**HOW TO VOTE:**

If you are transmitting the votes of any beneficial owners of the Class 5 Prepetition Unsecured Notes Claims, other than yourself, you must deliver the Class 5(a), 5(b), 5(c), 5(d), 5(e), or 5(f) Individual Ballot to the beneficial owner, along with the Plan, Disclosure Statement, Solicitation Order, Confirmation Hearing Notice and other materials requested to be forwarded, and take the necessary actions to enable such beneficial owners to complete and execute such Ballot voting to accept or reject the Plan, and to return the completed, executed Individual Ballot to you at least three (3) business days prior to the Voting Deadline to enable you to complete the Master Ballot and deliver it to the Balloting agent before the Voting Deadline.

With respect to all of the Ballots returned to you, you must properly complete the Master Ballot, as follows:

      i.      Indicate in Item 2 the total votes to accept or reject the Plan with respect to each Debtor or consolidated Debtors;

      ii.      Transcribe the votes from the Individual Ballots in the addendum to the Master Ballot referenced in Item 3 thereof and indicate whether each beneficial holder (i) voted to accept or reject the Plan and (ii) elected to opt out of the releases set forth in Article VII(J) of the Plan and elected not to consent to the related injunction;

IMPORTANT: BENEFICIAL OWNERS MAY NOT SPLIT THEIR VOTES. EACH BENEFICIAL OWNER MUST VOTE ALL OF HIS, HER OR ITS CLASS 5 CLAIM AGAINST EACH DEBTOR EITHER TO ACCEPT OR REJECT THE PLAN. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE BENEFICIAL OWNER TO CORRECT ITS BALLOT OR THE BALLOTING AGENT IMMEDIATELY.

      iii.      Review the certification in Item 4 of the Master Ballot;

      iv.      Ensure that each Individual Ballot is signed and the certification is complete;

      v.      Sign and date the Master Ballot;

      vi.      Independently verify and confirm the accuracy of the information provided with respect to each beneficial owner of Class 5 Claims;

---

[1]    All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan or Solicitation Order, as applicable.

vii.      If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding;

viii.      You must deliver the completed, executed Master Ballot and all original copies of the Individual Ballots so that they are actually *received* by the Balloting Agent on or before the Voting Deadline. For each completed, executed Ballot returned to you by a beneficial owner, you must retain a copy of such Ballot in your files for one year from the Voting Deadline;

ix.      Votes cast by beneficial owners will be applied against the positions held by such entities in the applicable security as of the Record Date, as evidenced by the record and depository listings. Votes submitted by a voting nominee, pursuant to a Master Ballot, will not be counted in excess of the Record Amount of such securities held by such voting nominee;

x.      To the extent that conflicting votes or "overvotes" are submitted by a voting nominee, the Balloting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees;

xi.      To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Balloting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security; and

xii.      After the Voting Deadline, no vote may be withdrawn without the prior consent of the Debtors.

PLEASE NOTE:

     This Master Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Balloting Agent will not accept delivery of any such certificates surrendered together with a Master Ballot or Ballot.

     No Ballot or Master Ballot shall constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

     No fees or commissions or other remuneration will be payable to any Voting Nominee. Upon written request, however, the Debtors will reimburse you for reasonable, actual and necessary out-of-pocket expenses associated with the distribution of the Solicitation Packages to your clients, the tabulation of the ballots and the completion of this Master Ballot, as set forth in the Solicitation Order.

**PLEASE MAIL THIS MASTER BALLOT PROMPTLY.**

**IF YOU BELIEVE THAT YOU ARE MISSING ANY MATERIALS FROM THE SOLICITATION PACKAGE, THAT YOU HAVE RECEIVED THE WRONG BALLOT, OR IF YOU HAVE QUESTIONS REGARDING THIS BALLOT, OR THE VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE BALLOTING AGENT AT (631) 470-5000. DO NOT CONTACT THE BALLOTING AGENT FOR LEGAL ADVICE. THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.**

    

Class 5(a)-(f) Ballot

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,** a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[1] | (Jointly Administered) |

## CLASS 5(a) – (f) BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010 WITH RESPECT TO EACH OF THE DEBTORS

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON FEBRUARY 17, 2010 AT 4:00 P.M. (PREVAILING EASTERN TIME) (THE "VOTING DEADLINE"). YOU MUST RETURN THIS BALLOT TO YOUR NOMINEE AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE VOTING DEADLINE TO ENSURE THAT YOUR BALLOT IS ACTUALLY COUNTED AND SUBMITTED WITH THE MASTER BALLOT.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan")[2] with respect to each of the debtors in possession in the above-captioned jointly administered cases, (collectively, the "Debtors") and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (http://www.aventineinfo.com). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained free of charge by request to Debbie Laskin (dlaskin@ycst.com) or may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of the Claims in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq, (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot by regular mail, overnight delivery, courier, or hand delivery to your nominee, so that it is **received** at least **three (3) business days** prior to the deadline indicated above. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of claims in Classes 5(a) through (f), in the amount set forth below, votes to (check <u>one</u> box). *A vote to Accept or Reject Plan will be deemed to be a vote to Accept or Reject the Plan for each of the Debtors.* :

☐ **Accept** the Plan. ☐ **Reject** the Plan.

Creditor: _____ Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Optional Release Election.** Check this box if you elect <u>not</u> to grant the releases contained in Article VII(J)of the Plan and elect <u>not</u> to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Article VII(J) of the Plan and the related injunction to the fullest extent permitted by applicable law.

☐ The undersigned elects <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elects <u>not</u> to consent to the related injunction.

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot to your nominee (the "Nominee") in the return envelope provided by the Nominee and enclosed with the Solicitation Materials.

Ballots must be *received* by The Garden City Group, Inc. (the "Balloting Agent") on or before February 17, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted.

The Nominee will submit your Class 5 Ballot along with its Master Ballot to the Balloting Agent. **Accordingly, you must transmit your Class 5 Ballot to the Nominee for inclusion in the Master Ballot so as to be received by the Nominee at least three (3) business days prior to the Voting Deadline.** An envelope addressed to the Nominee is enclosed for your convenience. DO NOT SUBMIT YOUR CLASS 5 BALLOT DIRECTLY TO THE BALLOTING AGENT.

If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(a) claim and a Class 6(a) claim) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive as directed in the instructions accompanying each Ballot. The attached Ballot is designated only for voting Class 5(•) Claims.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted. **Further, inconsistent duplicate Ballots with respect to the same claim shall not be counted.**

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Solicitation Order. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **fourteen days before the Voting Deadline (February 3, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Objection Deadline"));** provided, that if your Claim is the subject of a Determination Motion or an objection that is filed on or before the Voting Objection Reply Deadline, you shall have an additional seven (7) days to file a response to such Determination Motion or objection. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY TO THE NOMINEE. BALLOTS SUBMITTED BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION WILL *NOT* BE ACCEPTED.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (631) 470-5000. DO NOT CONTACT THE BALLOTING AGENT FOR LEGAL ADVICE. THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.

Class 6 Ballot

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[1] | (Jointly Administered) |

## CLASS 6(•) BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010 WITH RESPECT TO [INSERT DEBTOR]

---

**THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON FEBRUARY 17, 2010 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

---

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan")[2] with respect to [INSERT DEBTOR], submitted by the debtors in possession in the above-captioned jointly administered cases, (collectively, the "Debtors") and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (http://www.aventineinfo.com). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained free of charge by request to Debbie Laskin (dlaskin@ycst.com) or may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims or Interests in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et seq.</u> (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot by regular mail, overnight delivery, or hand delivery to: The Garden City Group, Inc., Attn: Aventine Voting Agent, P.O. Box 9000 #6527 Merrick, NY 11566-9000; or by overnight, hand delivery, or courier to: The Garden City Group, Inc., Attn: Aventine Voting Agent, 105 Maxess Road, Merrick, NY 11566-9000, so that it is <u>**received**</u> by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2]  Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a Class 6 Claim, in the amount set forth below, votes to (check <u>one</u> box):

☐     **Accept** the Plan.           ☐     **Reject** the Plan.

Creditor: _____     Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Optional Release Election.** Check this box if you elect <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elect <u>not</u> to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Article VII(J) of the Plan and the related injunction to the fullest extent permitted by applicable law.

☐     The undersigned elects <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elects <u>not</u> to consent to the related injunction.

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.      In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot to The Garden City Group, Inc. (the "Balloting Agent") at the following address:

| By mail: | By hand delivery, overnight or courier: |
|---|---|
| **The Garden City Group, Inc.** | **The Garden City Group, Inc.** |
| **Attn: Aventine Voting Agent** | **Attn: Aventine Voting Agent** |
| **P.O. Box 9000 #6527** | **105 Maxess Road** |
| **Merrick, NY 11566-9000** | **Merrick, NY 11566** |

        **Ballots must be *received* by the Balloting Agent on or before February 17, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline")**. If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.      If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(a) claim and a Class 6(a) claim) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Class 6(●) Claims.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted. **Further, inconsistent duplicate Ballots with respect to the same claim shall not be counted.**

3.      Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Solicitation Order. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **fourteen days before the Voting Deadline (February 3, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Objection Deadline"))**; provided, that if your Claim is the subject of a Determination Motion or an objection that is filed on or before the Voting Objection Deadline, you shall have an additional seven (7) days to file a response to such Determination Motion or objection. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.      The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.      If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.      NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.      PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.      IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (631) 470-5000. DO NOT CONTACT THE BALLOTING AGENT FOR LEGAL ADVICE. THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.

Class 7 Ballot

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,** a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | |

## CLASS 7(•) BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010 WITH RESPECT TO [INSERT DEBTOR]

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON FEBRUARY 17, 2010 AT 4:00 P.M. (PREVAILING EASTERN TIME). YOUR BALLOT MUST BE <u>ACTUALLY RECEIVED</u> BY THIS DEADLINE IN ORDER TO BE COUNTED.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan")[2] with respect to **[INSERT DEBTOR]**, submitted by the debtors in possession in the above-captioned jointly administered cases, (collectively, the "Debtors") and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (http://www.aventineinfo.com). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained free of charge by request to Debbie Laskin (dlaskin@ycst.com) or may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount <u>and</u> more than one-half in number of the Claims and Interests in each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et seq.</u> (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

To have your vote counted, you must complete, sign, and return this Ballot by regular mail, overnight delivery, or hand delivery to: The Garden City Group, Inc., Attn: Aventine Voting Agent, P.O. Box 9000 #6527 Merrick, NY 11566-9000; or by overnight, hand delivery, or courier to: The Garden City Group, Inc., Attn: Aventine Voting Agent, 105 Maxess Road, Merrick, NY 11566-9000, so that it is **received** by the deadline indicated above. <u>Ballots submitted by facsimile, email or other electronic transmission will not be counted.</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a Class 7 Claim, in the amount set forth below, votes to (check <u>one</u> box):

☐  **Accept** the Plan.  ☐  **Reject** the Plan.

Creditor: _____  Claim Amount: $ _____

Taxpayer Identification Number: _____

**Item 2. Optional Release Election.** Check this box if you elect <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elect <u>not</u> to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Article VII(J) of the Plan and the related injunction to the fullest extent permitted by applicable law.

☐  The undersigned elects <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elects <u>not</u> to consent to the related injunction.

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Creditor

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot to The Garden City Group, Inc. (the "Balloting Agent") at the following address:

| By mail: | By hand delivery, overnight or courier: |
|---|---|
| **The Garden City Group, Inc.** | **The Garden City Group, Inc.** |
| **Attn: Aventine Voting Agent** | **Attn: Aventine Voting Agent** |
| **P.O. Box 9000 #6527** | **105 Maxess Road** |
| **Merrick, NY 11566-9000** | **Merrick, NY 11566** |

    **Ballots must be *received* by the Balloting Agent on or before February 17, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Deadline").** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Balloting Agent is enclosed for your convenience. Ballots submitted by facsimile, email or other electronic transmission will not be counted. If neither the "accept" nor "reject" box is checked in Item 1 for an otherwise properly completed, executed and timely returned Ballot, the Ballot will not be counted.

2.     If you hold Claims in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(a) claim and a Class 6(a) claim) you should receive a Ballot for each such category of Claims, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Class 7(•) Claims.** You must vote all your Claims within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted. **Further, inconsistent duplicate Ballots with respect to the same claim shall not be counted.**

3.     Your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "Tabulation Rules"). The Tabulation Rules are set forth in the Solicitation Order. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of your Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **fourteen days before the Voting Deadline (February 3, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "Voting Objection Deadline"));** provided, that if your Claim is the subject of a Determination Motion or an objection that is filed on or before the Voting Objection Deadline, you shall have an additional seven (7) days to file a response to such Determination Motion or objection. Unless the Bankruptcy Court orders otherwise, your Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount is identified in Item 1 of the Ballot, your Claim will be counted as a vote in such lesser amount.

4.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or equity interest.

5.     If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL OR OTHER ELECTRONIC TRANSMISSION.

8.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (631) 470-5000. DO NOT CONTACT THE BALLOTING AGENT FOR LEGAL ADVICE. THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.

Class 9(a) Master Ballot

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| Debtors.[1] | (Jointly Administered) |

**CLASS 9(a) MASTER BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010**

**PLEASE READ AND FOLLOW THE INSTRUCTIONS CAREFULLY. PLEASE COMPLETE, SIGN AND DATE THIS MASTER BALLOT AND RETURN IT TO THE BALLOTING AGENT BY (A) FIRST CLASS MAIL TO: THE GARDEN CITY GROUP, INC., ATTN: AVENTINE VOTING AGENT, P.O. BOX 9000 #6527 MERRICK, NY 11566-9000; OR (B) OVERNIGHT, HAND DELIVERY, OR COURIER TO: THE GARDEN CITY GROUP, INC., ATTN: AVENTINE VOTING AGENT, 105 MAXESS ROAD, MERRICK, NY 11566-9000. IF THIS MASTER BALLOT HAS NOT BEEN RECEIVED BY THE BALLOTING AGENT BY FEBRUARY 17, 2010 AT 4:00 P.M. EASTERN TIME, UNLESS SUCH TIME IS EXTENDED (THE "<u>VOTING DEADLINE</u>"), THE VOTES AND RELEASE ELECTIONS OF YOUR CUSTOMERS WILL NOT BE COUNTED. THEREFORE, YOU MUST ALLOW SUFFICIENT TIME TO BE SURE THAT THE MASTER BALLOT IS RECEIVED BY THE BALLOTING AGENT BY THE VOTING DEADLINE.**

You ("<u>You</u>," "<u>YOU</u>" or "<u>you</u>"), as Equity Voting Nominee of certain shares of Aventine Renewable Energy Holdings, Inc., must deliver the completed, executed Master Ballot so that it is actually *received* by the Balloting Agent on or before the Voting Deadline. For each completed, executed Ballot returned to you by a beneficial owner, you must retain a copy of such Ballot in your files for one year from the Voting Deadline.

This master ballot (the "<u>Master Ballot</u>") is to be used by you, as registered holder, trustee, broker, bank, commercial bank, trust company, dealer, or other agent or nominee (each of the foregoing, an "Equity <u>Voting Nominee</u>"), for beneficial owners of the Class 9(a) Equity Interest in Aventine Renewable Energy Holdings, Inc.., to transmit the votes of such creditors in respect of their interest to accept or reject Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (as may be amended, the "<u>Plan</u>"),[2] which is proposed by the above-captioned debtors and debtors in possession (the "<u>Debtors</u>").

By Order dated [●] (the "<u>Solicitation Order</u>"), the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") approved the Disclosure Statement for the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

"Disclosure Statement") as containing adequate information within the meaning of section 1125 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). These documents are contained on the CD-ROM sent to you with this ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Balloting Agent. The Solicitation Order also contains important information regarding the balloting process. Please also read the Solicitation Order and the instructions sent with this Ballot prior to submitting this Ballot.

All capitalized terms used in this Master Ballot but not otherwise defined herein shall have the meanings given to such terms in the Solicitation Order or Plan, as applicable. This Master Ballot is being sent to Equity Voting Nominees to use to cast votes to accept or reject the Plan on behalf of and in accordance with the Ballots cast by the beneficial holders of equity interests in Class 9(a).

**Item 1 - CERTIFICATION OF AUTHORITY TO VOTE.** The Undersigned certifies that as of January 13, 2010, (the "Record Date"), the Undersigned (please check applicable box):

☐     Is a registered holder, trustee, broker, bank, commercial bank, trust company, dealer, or other agent or nominee, or a beneficial owner, of the aggregate principal amount of shares in Aventine Renewable Energy Holdings, Inc. listed in Items 2 and 3 below that is the registered holder of such securities; or

☐     Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a registered holder, trustee, broker, bank, commercial bank, trust company, dealer, or other agent or nominee, or a beneficial owner that is the registered holder of the aggregate principal amount of shares in Aventine Renewable Energy Holdings, Inc. listed in Items 2 and 3 below; or

☐     Has been granted a proxy (an original of which is attached hereto) from a registered holder, trustee, broker, bank, commercial bank, trust company, dealer, or other agent or nominee, or a beneficial owner, that is the registered holder of the aggregate principal amount of shares listed in Items 2 and 3 and accordingly, has full power and authority to vote to accept or reject the Plan on behalf of the beneficial owners of the shares in Aventine Renewable Energy Holdings, Inc. described below.

**Item 2 - TABULATION OF BENEFICIAL OWNER VOTING.** The undersigned certifies that:

**Acceptances.** _____ beneficial owners of Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc. with an aggregate number of shares in the amount of _____ have delivered duly completed individual Ballots for holders of Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc. to the undersigned (or, such information was derived from individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **ACCEPT** the Plan; and

**Rejections.** _____ beneficial owners of Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc. with an aggregate number of shares in the amount of _____ have delivered duly completed Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc. – individual Ballots to the undersigned (or, such information was derived from individual Ballots that have been summarized in intermediary Master Ballots delivered to the undersigned) voting to **REJECT** the Plan.

**Item 3 -- TRANSMITTAL OF VOTES FROM INDIVIDUAL BALLOTS.** The undersigned transmits the votes of beneficial owners of the Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc. as fully set forth on the annexed addendum to this Master Ballot and certifies that the parties listed on the annexed addendum are beneficial owners, as of the Record Date, and have delivered to the undersigned, as Equity Voting Nominee, Ballots casting such votes, which, as set forth in each column therein, indicate the aggregate principal number of shares for each holder, whether such shares are voted to accept or reject the Plan, and whether the holder of such shares has elected <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elected <u>not</u> to consent to the related injunction.

**Item 4 - CERTIFICATION.** By signing this Master Ballot, the undersigned certifies that: (a) each beneficial owner of the Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc. whose votes are being transmitted by this Master Ballot has been provided with a copy of the Plan, Disclosure Statement, Solicitation Order and a Ballot for voting their Equity Interests; and (b) it is the registered holder of Equity Interests to which this ballot pertains and/or has full power and authority to vote to accept or reject the Plan. The undersigned also acknowledges that the solicitation of votes in Class 9(a) to accept or reject the Plan is subject to all the terms and conditions set forth in the Solicitation Order, dated January 13, 2010.

_____
Name of Voting Nominee

_____
Participant Number

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
Date Complete

**In order to vote Class 9(a) Equity Interests to accept or reject the Plan, please complete, sign and date this Master Ballot and promptly return it to the Balloting Agent at the following address so as to be received on or prior to the Voting Deadline:**

| By mail: | By hand delivery, overnight or courier: |
|---|---|
| **The Garden City Group, Inc.** | **The Garden City Group, Inc.** |
| **Attn: Aventine Voting Agent** | **Attn: Aventine Voting Agent** |
| **P.O. Box 9000 #6527** | **105 Maxess Road** |
| **Merrick, NY 11566-9000** | **Merrick, NY 11566** |

**BALLOTS RECEIVED BY FACSIMILE OR OTHER ELECTRONIC MEANS OR RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.**

**ADDENDUM TO MASTER BALLOT**

### Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc.

| Your Customer Name or Account Number for Each Beneficial Owner of a Class 9(a) Interest and name of each beneficial owner voting on the Plan | Number of Shares in Class 9(a) voted to ACCEPT the Plan[*] | Number of Shares in Class 9(a) voted to REJECT the Plan[*] | Election (i) to opt out of the releases contained in Article VII(J) of the Plan and (ii) not to consent to the related injunction |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| TOTALS | | | |

---

[*] Please note that each beneficial owner must vote all of his, her, or its Equity Interests to accept or reject the Plan and may not split such vote.

## VOTING INSTRUCTIONS

**VOTING DEADLINE:**

The Voting Deadline is February 17, 2010 at 4:00 p.m. Eastern Time, unless such time is extended. To have the votes of the holders of Equity Interests in Aventine Renewable Energy Holdings, Inc.[1] counted, you must complete, sign, and return this master ballot (the "Master Ballot") so that it is received by the Balloting Agent at the address set forth in the Master Ballot on or before the Voting Deadline. Accordingly, you should immediately transmit the enclosed Solicitation Packages, including individual Ballots, to the holders of record of Equity Interests in Aventine Renewable Energy Holdings, Inc., as of January 13, 2010, with a return envelope addressed to you with instructions that the holders of Equity Interests in Aventine Renewable Energy Holdings, Inc. return their individual Ballots to you so as to be received at least three (3) business days prior to the Voting Deadline.

**HOW TO VOTE:**

If you are transmitting the votes of any beneficial owners of the Class 9(a) Equity Interests in Aventine Renewable Energy Holdings, Inc., other than yourself, you must deliver the Class 9(a) individual Ballot to the beneficial owner, along with the Plan, Disclosure Statement, Solicitation Order, Confirmation Hearing Notice and other materials requested to be forwarded, and take the necessary actions to enable such beneficial owners to complete and execute such Ballot voting to accept or reject the Plan, and to return the completed, executed individual Ballot to you at least three (3) business days prior to the Voting Deadline to enable you to complete the Master Ballot and deliver it to the Balloting agent before the Voting Deadline.

With respect to all of the Ballots returned to you, you must properly complete the Master Ballot, as follows:

    i.    Indicate in Item 2 the total shares voted to accept or reject the Plan with respect to the Debtor Aventine Renewable Energy Holdings, Inc.;

    ii.    Transcribe the votes from the individual Ballots in the addendum to the Master Ballot referenced in Item 3 thereof and indicate whether each beneficial holder (i) voted to accept or reject the Plan and (ii) elected to opt out of the releases set forth in Article VII(J) of the Plan and elected not to consent to the related injunction;

IMPORTANT: BENEFICIAL OWNERS MAY NOT SPLIT THEIR VOTES. EACH BENEFICIAL OWNER MUST VOTE ALL OF HIS, HER OR ITS CLASS 9(a) EQUITY INTERESTS EITHER TO ACCEPT OR REJECT THE PLAN. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT SUCH VOTE, PLEASE CONTACT THE BENEFICIAL OWNER TO CORRECT ITS BALLOT OR THE BALLOTING AGENT IMMEDIATELY.

    iii.    Review the certification in Item 4 of the Master Ballot;

    iv.    Ensure that each individual Ballot is signed and the certification is complete;

    v.    Sign and date the Master Ballot;

---

[1] All capitalized terms used in the Master Ballot or these instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan or Solicitation Order, as applicable.

vi.    Independently verify and confirm the accuracy of the information provided with respect to each beneficial owner of Class 9(a) Equity Interests;

vii.    If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable Item of the Master Ballot to which you are responding;

viii.    You must deliver the completed, executed Master Ballot and all original copies of the individual Ballots so that they are actually *received* by the Balloting Agent on or before the Voting Deadline. For each completed, executed Ballot returned to you by a beneficial owner, you must retain a copy of such Ballot in your files for one year from the Voting Deadline;

ix.    Votes cast by beneficial owners will be applied against the positions held by such entities in the applicable security as of the Record Date, as evidenced by the record and depository listings. Votes submitted by a voting nominee, pursuant to a Master Ballot, will not be counted in excess of the Record Amount of such securities held by such voting nominee;

x.    To the extent that conflicting votes or "overvotes" are submitted by a voting nominee, the Balloting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees;

xi.    To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Balloting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security; and

xii.    After the Voting Deadline, no vote may be withdrawn without the prior consent of the Debtors.

PLEASE NOTE:

    This Master Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. The Balloting Agent will not accept delivery of any such certificates surrendered together with a Master Ballot or Ballot.

    No Ballot or Master Ballot shall constitute or be deemed to be a proof of claim or equity interest or an assertion of a claim or equity interest.

    No fees or commissions or other remuneration will be payable to any Voting Nominee. Upon written request, however, the Debtors will reimburse you for reasonable, actual and necessary out-of-pocket expenses associated with the distribution of the Solicitation Packages to your clients, the tabulation of the ballots and the completion of this Master Ballot, as set forth in the Solicitation Order.

**PLEASE MAIL THIS MASTER BALLOT PROMPTLY.**

**IF YOU BELIEVE THAT YOU ARE MISSING ANY MATERIALS FROM THE SOLICITATION PACKAGE, THAT YOU HAVE RECEIVED THE WRONG BALLOT, OR IF**

YOU HAVE QUESTIONS REGARDING THIS BALLOT, OR THE
VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF
THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE
BALLOTING AGENT AT (631) 470-5000.  DO NOT CONTACT THE BALLOTING AGENT
FOR LEGAL ADVICE.  THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE
PARTIES WITH LEGAL ADVICE.

Class 9(a) Ballot

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | |

## CLASS 9(a) BALLOT FOR ACCEPTING OR REJECTING THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED AS OF JANUARY 13, 2010 WITH RESPECT TO AVENTINE RENEWABLE ENERGY HOLDINGS, INC. AND AVENTINE RENEWABLE ENERGY, LLC AS SUBSTANTIVELY CONSOLIDATED AND MERGED IN ACCORDANCE WITH THE PLAN

> **THE VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN IS ON FEBRUARY 17, 2010 AT 4:00 P.M. (PREVAILING EASTERN TIME) (THE "VOTING DEADLINE"). YOU MUST RETURN THIS BALLOT TO THE APPLICABLE EQUITY VOTING NOMINEE (OR SUCH EARLIER TIME ESTABLISHED BY THE APPLICABLE EQUITY VESTING NOMINEE) AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE VOTING DEADLINE TO ENSURE THAT YOUR BALLOT IS ACTUALLY COUNTED AND SUBMITTED WITH THE MASTER BALLOT.**

This ballot (the "Ballot") is submitted to you to solicit your vote to accept or reject the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated as of January 13, 2010 (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan")[2] with respect to Aventine Renewable Energy Holdings, Inc., submitted by the debtors in possession in the above-captioned jointly administered cases, (collectively, the "Debtors") and described in the related disclosure statement (the "Disclosure Statement") approved by order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. If you do not have a Disclosure Statement, you may obtain a copy free of charge on the dedicated webpage related to these cases of the Debtors' Balloting Agent, The Garden City Group, Inc. (http://www.aventineinfo.com). Copies of the Disclosure Statement are also available for inspection during regular business hours at the office of the clerk of the Bankruptcy Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. In addition, copies of the Disclosure Statement may be obtained free of charge by request to Debbie Laskin (dlaskin@ycst.com) or may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, Second Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Capitalized terms used in this Ballot or the attached instructions that are not otherwise defined have the meanings given to them in the Plan.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least two-thirds in amount of the allowed Claims or Interests of each impaired Class who vote on the Plan and if the Plan otherwise satisfies the applicable requirements of section 1129(a) under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). If the requisite acceptances are not obtained, the Bankruptcy Court nonetheless may confirm the Plan if it finds that the Plan (a) provides fair and equitable treatment to, and does not unfairly discriminate against, the Class or Classes rejecting the Plan and (b) otherwise satisfies the requirements of section 1129(b) of the Bankruptcy Code.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2]  Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed in the Plan.

To have your vote counted, you must complete, sign, and return this Ballot by regular mail, overnight delivery, courier, or hand delivery to the applicable Equity Voting Nominee, so that it is **received** at least **three (3) business days** prior to the Voting Deadline indicated above (or such earlier time established by the applicable Equity Voting Nominee. Ballots submitted by facsimile, email or other electronic transmission will not be counted.

**PLEASE READ THE ATTACHED VOTING INFORMATION AND
INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

PLEASE COMPLETE ITEMS 1, 2, AND 3. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES,
THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, a holder of a Class 9(a) Equity Interest, in the amount set forth below, votes to (check <u>one</u> box):

☐    **Accept** the Plan.          ☐    **Reject** the Plan.

Equity Interest Holder: _____          Number of Shares: _____

Taxpayer Identification Number: _____

**Item 2. Optional Release Election.** Check this box if you elect <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elect <u>not</u> to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Article VII(J) of the Plan and the related injunction to the fullest extent permitted by applicable law.

☐    The undersigned elects <u>not</u> to grant the releases contained in Article VII(J) of the Plan and elects <u>not</u> to consent to the related injunction.

**Item 3. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and the other applicable solicitation materials and certifies that the undersigned is the interest holder or has the power and authority to vote to accept or reject the Plan on behalf of the interest holder. The undersigned understands that an otherwise properly completed, executed and timely returned Ballot that does not indicate either acceptance or rejection of the Plan or indicates both acceptance and rejection of the Plan will not be counted.

_____
Name of Interest Holder

_____
Signature

_____
If by Authorized Agent, Name and Title

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Date Completed

## VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT

1.     In the boxes provided in Item 1 of the Ballot, please indicate either acceptance or rejection of the Plan. Complete the Ballot by providing all the information requested and sign, date and return the Ballot to the applicable Equity Voting Nominee in the return envelope provided by the applicable Equity Voting Nominee and enclosed with the Solicitation Materials.

Ballots must be *received* by The Garden City Group, Inc. (the "<u>Balloting Agent</u>") on or before February 17, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>"). If a Ballot is received after the Voting Deadline, it will not be counted.

The applicable Equity Voting Nominee will submit your Class 9(a) Ballot along with its Master Ballot to the Balloting Agent. **Accordingly, you must transmit your Class 9(a) Ballot to the applicable Equity Voting Nominee for inclusion in the Master Ballot so as to be received by the applicable Equity Voting Nominee at least three (3) business days prior to the Voting Deadline (or at such earlier time established by the applicable Equity Voting Nominee).** An envelope addressed to applicable Equity Voting Nominee is enclosed for your convenience. DO NOT SUBMIT YOUR CLASS 5 BALLOT DIRECTLY TO THE BALLOTING AGENT.

2.     If you hold Claims or Interests in more than one voting Class under the Plan (*e.g.*, you hold a Class 5(a) claim and a Class 6(a) claim) you should receive a Ballot for each such category of Claims or Interests, coded by Class number and description, and a set of solicitation materials. **Each Ballot you receive is for voting only your Claims or Interests described on the Ballot. Please complete and return each Ballot you receive. The attached Ballot is designated only for voting Class 9(a) Equity Interests.** You must vote all your Claims or Interests within a single Class under the Plan either to accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims or Interests within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. An otherwise properly executed Ballot that attempts to partially accept and partially reject the Plan likewise will not be counted. **Further, inconsistent duplicate Ballots with respect to the same claim or interest shall not be counted.**

3.     Your Interest has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules approved by the Bankruptcy Court (the "<u>Tabulation Rules</u>"). The Tabulation Rules are set forth in the Solicitation Order. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (*e.g.*, the right of the Debtors to contest the amount or validity of any Claim for purposes of allowance under the Plan). If you wish to challenge the temporary allowance of a Claim for voting purposes, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing such Claim in a different amount or classification for purposes of voting to accept or reject the Plan and serve such motion on the Debtors so that it is received no later than **fourteen days before the Voting Deadline (February 3, 2010 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Objection Deadline</u>"));** provided, that if such Claim is the subject of a Determination Motion or an objection filed on or before the Voting Objection Deadline, the affected holder shall have an additional seven (7) days to file a response to such Determination Motion or objection. Unless the Bankruptcy Court orders otherwise, a Claim will not be counted as a vote in excess of the amount as determined in accordance with the Tabulation Rules, regardless of the amount identified in Item 1 of the Ballot. If a lesser amount of shares is identified in Item 1 of the Ballot, your Interest will be counted as a vote in such lesser amount.

4.     The Ballot does not constitute and will not be deemed a proof of claim or an assertion of a Claim or Equity Interest.

5.     If you cast more than one Ballot voting the same Interest prior to the Voting Deadline, the latest received Ballot will supersede any prior Ballots.

6.     NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

7.     PLEASE RETURN YOUR BALLOT PROMPTLY. THE BALLOTING AGENT WILL *NOT* ACCEPT BALLOTS BY FACSIMILE, E-MAIL, OR OTHER ELECTRONIC TRANSMISSION.

8.     IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE BALLOTING AGENT AT (631) 470-5000. DO NOT CONTACT THE BALLOTING AGENT FOR LEGAL ADVICE. THE BALLOTING AGENT CANNOT AND WILL NOT PROVIDE PARTIES WITH LEGAL ADVICE.