# EXHIBIT A

# Aventine Renewable Energy Holdings, Inc.
COMPARABLE PUBLIC COMPANY ANALYSIS
(US$ in Millions)

## TRADING ANALYSIS

### Capitalization[4]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Share Price | as of 1/19/10 | 15.29 | 3.35 | 2.25 | 0.27 | 4.55 | 6.88 |
| Shares O/S | | 25.0 | 34.5 [5] | 57.6 | 43.0 | 43.0 | 43.0 |
| Market Cap / Equity Value | | 381.7 | 115.6 | 129.7 | 11.6 | 195.7 | 295.7 |
| % EV | | 50% | 32% | 29% | 2% | 28% | 37% |
| | | | | | | | |
| Preferred Stock | | - | - | - | - | - | - |
| Total Debt | | 457.3 | 254.4 | 326.7 | 449.7 | 449.7 | 449.7 |
| Cash | | (69.1) | (8.2) | (11.3) | (43.2) [6] | (43.2) | (43.2) |
| Net Debt + Pref | | 388.2 | 246.3 | 315.4 | 406.5 | 406.5 | 406.5 |
| % EV | | 50% | 68% | 71% | 80% | 59% | 51% |
| | | | | | | | |
| + Minority Interest | | - | - | - | - | - | - |
| + Expansion Capital Spending | | - | - | - | 105.0 [7] | 105.0 | 105.0 |
| - Investments | | - | - | - | (5.4) [8] | (5.4) | (5.4) |
| +/- Other | | - | - | - | (7.2) [9] | (7.2) | (7.2) |
| Net Other | | - | - | - | 92.4 | 92.4 | 92.4 |
| % EV | | 0% | 0% | 0% | 18% | 13% | 12% |
| | | | | | | | |
| Enterprise Value ("EV") | | 769.9 | 361.9 | 445.1 | 510.4 | 694.5 | 794.5 |
| | | | | | | | |
| Production Capacity | mm gal | 480 | 230 | 221 | 433 | 433 | 433 |
| | | | | | | | |
| EV / Capacity | $ / gal | 1.60 | 1.57 | 2.01 | 1.18 | 1.60 | 1.83 |

### EV / Capacity Detail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dry Mill | $ / gal | 1.60 | 1.57 | 2.01 | | | 1.60 |
| Wet Mill | $ / gal | | | | | | 2.60 |
| Average | $ / gal | 1.60 | 1.57 | 2.01 | 1.18 | 1.60 | 1.83 |

### Production Capacity Detail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dry Mill | mm gal | 480 | 230 | 221 | 333 | 333 | 333 |
| Wet Mill | mm gal | - | - | - | 100 | 100 | 100 |
| Total | mm gal | 480 | 230 | 221 | 433 | 433 | 433 |

### Total Debt Detail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Short Term Debt | | 57.2 | 33.6 | 60.8 | 42.8 | 42.8 | 42.8 |
| Long Term Debt | | 400.1 | 220.8 | 15.7 | - | - | - |
| Liabilities Subject to Compromise | | - | - | 250.3 | 371.9 [10] | 371.9 | 371.9 |
| Post-petition Accrued Interest | | - | - | - | 30.0 [11] | 30.0 | 30.0 |
| Other | | - | - | - | 5.0 [12] | 5.0 | 5.0 |
| Total Debt | | 457.3 | 254.4 | 326.7 | 449.7 | 449.7 | 449.7 |

### Notes

1. Aventine capitalization is based on the full satisfaction of all claims accruing through scheduled 3/31/10 emergence date and is pro forma for completion of the Mt. Vernon and Aurora West expansion plants, as projected in the Disclosure Statement.
2. Scenario 1: Solves for Aventine equity value assuming EV / Gallon is equivalent to GPRE.
3. Scenario 2: Same as Scenario 1, except assumes $1/gal value premium for wet mill capacity due to superior profitability.
4. All balance sheet data as of 9/30/09 unless otherwise indicated.
5. 25.9mm share count grossed up to reflect 75% ownership of BioFuel Energy, LLC.
6. Cash balance includes $7.448mm restricted cash assumed to be released per the Disclosure Statement.
7. Estimated remaining capital cost, including remobilization, to complete expansion plants as projected in the Disclosure Statement.
8. Includes Aventine's ownership stake in GPRE at 12/31/09 market value.
9. Includes estimated present value of $11.064mm prepaid utility costs for the Mt. Vernon expansion plant.
10. Adds back $5.805mm unamortized debt issuance cost.
11. Estimated post-petition accrued interest through 3/31/10 emergence date.
12. Other make-whole payments, fees, and administrative costs of $25mm offset by $20mm free cash flow through emergence date.