**EXHIBIT B**

**Aventine Renewable Energy Holdings, Inc.**
**Excerpts from Public Filings with the Securities and Exchange Commission (the "SEC")**

The following excerpt is from the Competitive Strengths section of the form S-1 Registration Statement for Aventine Renewable Energy Holdings, Inc. filed with the SEC on March 31, 2006.

"Low Cost Producer. We believe we are one of the lowest cost producers of ethanol in the United States. Our Illinois facility generates 58.0% of its own electricity and 93.0% of its fuel requirements are met by using coal, which provides us significant cost savings compared to ethanol facilities that use natural gas to generate power. During the year ended December 31, 2005, the average Illinois basin coal spot price was $2.13 per MMBtu and the average Henry Hub spot gas price was $9.04 per MMBtu. In addition, our Illinois facility, through its wet mill production process, generates higher margin co-products and bio-products, which allowed us to recapture 55.3% of our corn cost in the year ended December 31, 2005, which is a higher percentage than our competitors who employ the dry mill production process. At our Nebraska facility which employs the dry mill process, we recaptured 36.7% of our total corn costs. We believe the current cost to replace a wet mill makes further construction unlikely as evidenced by the fact that no wet mills have been constructed in North America in the last twenty years, and all of the 2.1 billion gallons of announced or in process new plants are dry mill facilities. Furthermore, we source all of the corn used at the Nebraska facility from the Nebraska Energy Cooperative at prices which have historically been lower than our corn prices paid at Pekin. The Nebraska Energy Cooperative has a 21.6% interest in our Nebraska facility."

The following excerpts are from the form 10-K Annual Report for the year ended December 31, 2008 for Aventine Renewable Energy Holdings, Inc. filed with the SEC on March 16, 2009.

"The remaining parts of the grain in the wet mill process are processed into a number of different forms of protein used to feed livestock. The multiple co-products from a wet mill facility generate a higher level of cost recovery from corn than the principal co-product (dried distillers grains with solubles ("DDGS")) from the dry mill process. In addition, a wet mill, if properly equipped, can produce a higher value brewers' yeast in order to lower its net corn cost. For the years ended December 31, 2008, 2007 and 2006, we recovered 45.6%, 46.3% and 51.1%, respectively, of our total corn costs related to our wet mill process through our sale of co-products and bio-products."

"With the starch elements of the corn kernel consumed in the above described process, the principal co-product produced by the dry mill process is DDGS. DDGS is sold as a protein used in animal feed and recovers a portion of the total cost of the corn, although less than the co-products resulting from the wet mill process described above. For the years ended December 31, 2008, 2007 and 2006, we recovered 26.2%, 26.6% and 27.7%, respectively, of our corn costs related to our dry mill process through the sale of DDGS and other co-products."

"The increased production of higher margin co-products in the wet mill process results in a lower ethanol yield. At a denaturant blend level of 1.96%, a typical wet mill yields approximately 2.5 gallons of ethanol per bushel of corn while a typical dry mill yields approximately 2.7 gallons of fully denatured ethanol per bushel of corn."