IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AVENTINE RENEWABLE ENERGY HOLDINGS, INC.**, a Delaware Corporation, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-11214 (KG)<br><br>(Jointly Administered)<br><br>Docket Ref No. 678 |

## NOTICE OF FILING OF SUPPLEMENT TO DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that on January 13, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their First Amended Joint Plan of Reorganization under chapter 11 of title 11 of the United States Code [Docket No. 678] (the "Plan") and the Disclosure Statement describing the Plan [Docket No. 679] (the "Disclosure Statement").[2]

PLEASE TAKE FURTHER NOTICE that, as set forth in the Disclosure Statement, attached hereto as Exhibits A through K are the following parts of the Plan Supplement:

Exhibit A:  Form of Indenture and Exhibits Thereto

Exhibit B:  Form of Security Agreement accompanying the Indenture

Exhibit C:  Form of Intercreditor Agreement

Exhibit D:  Term Sheet for the ABL Credit Facility

Exhibit E:  Form of Kiewit Note

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] All terms not other wise defined herein shall be given the meanings ascribed to them in the Plan.

| | |
|---|---|
| Exhibit F: | Form of Kiewit Deed of Trust |
| Exhibit G: | Form of Warrant Agreement |
| Exhibit H: | List of Directors and Officers of the Reorganized Debtors |
| Exhibit I: | Corporate Governance Documents for Reorganized Debtors |
| Exhibit J: | Schedule of Assumed Non-Residential Real Property Leases |
| Exhibit K: | Schedule of Rejected Executory Contracts and Non-Residential Real Property Leases |

PLEASE TAKE FURTHER NOTICE that the Debtors hereby reserve all rights to amend, revise or supplement any documents relating to the Plan and/or to be executed, delivered, assumed and/or performed in connection with the consummation of the Plan on the Effective Date, including the Plan Supplement.

Dated: Wilmington, Delaware
February 5, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Ryan M. Bartley_
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*