# Exhibit H

# List of Directors and Officers of the Reorganized Debtors

Article V(D) of the Plan provides that the initial board of directors for each of the Reorganized Debtors shall consist of one to five directors. In accordance with Article V(D) of the Plan, the Debtors submit the following information.

Proposed Directors:

1. Eugene Davis – *Chairman of the Board.* Mr. Davis is currently Chairman and Chief Executive Officer of PIRINATE Consulting Group, LLC ("PIRINATE"), a privately held consulting firm specializing in turnaround management, merger and acquisition consulting and hostile and friendly takeovers, proxy contests and strategic planning advisory services for domestic and international public and private business entities. Since forming PIRINATE in 1997, Mr. Davis has advised, managed, sold, liquidated and served as a Chief Executive Officer, Chief Restructuring Officer, Director, Committee Chairman and Chairman of the Board of a number of businesses operating in diverse sectors such as telecommunications, automotive, manufacturing, high-technology, medical technologies, metals, energy, financial services, consumer products and services, import-export, mining and transportation and logistics. Previously, Mr. Davis served as President, Vice Chairman and Director of Emerson Radio Corporation and Chief Executive Officer and Vice Chairman of Sport Supply Group, Inc. He began his career as an attorney and international negotiator with Exxon Corporation and Standard Oil Company (Indiana) and as a partner in two Texas-based law firms, where he specialized in corporate/securities law, international transactions and restructuring advisory. Mr. Davis graduated with a B.A. degree in International Politics from Columbia University and graduated with a Masters in International Affairs degree in International Law and Organization from the School of International Affairs of Columbia University and a J.D. from Columbia University School of Law. Mr. Davis is also a member of the Board of Directors of American Commercial Lines, Inc., Atlas Air Worldwide Holdings, Knology, Inc., Bally Total Fitness, Solutia Inc. and TerreStar Corporation.

2. Thomas L. Manuel – *Director.* From August 2006 until August 2007, Mr. Manuel was the President and Chief Executive Officer of ASAlliances Biofuels LLC ("ASA") and a member of the Board of Directors. Prior to that, Mr. Manuel was the President and Chief Operating Officer of ConAgra Meat Companies ("ConAgra Meat") from 1998 until 2000. Prior to ConAgra Meat, Mr. Manuel was President and Chief Operating Officer of ConAgra Trading and Processing from 1994 until 1998. Mr. Manuel began his career at ConAgra Foods ("ConAgra") in 1977. While at ConAgra, Mr. Manuel was part of a team that helped drive sales from $480 million to $23 billion. He served as assistant to the Chairman of ConAgra and general manager of several ConAgra business units, where he was responsible for ConAgra's international and domestic grain merchandising

business.  Mr. Manuel received his B.S. degree in Business Administration from the University of Minnesota.  In between his time at ConAgra Meat and ASA, Mr. Manuel served on the boards of various companies, including Swift & Company and Data Transmission Network Corporation.

3. Kurt M. Cellar– *Director.*  From 1999 through January 2008, Mr. Cellar was a partner and Portfolio Manager at Bay Harbour Management, L.C. ("Bay Harbour").  Prior to Bay Harbour, he was an associate at Remy Investors and Consultants, Inc. ("Remy"), where he sourced and analyzed public and private investment opportunities.  Prior to Remy, Mr. Cellar was an associate at LEK/Alcar Consulting Group, Inc., a strategic management consulting firm.  Mr. Cellar received B.A. degree in Economics and Business from the University of California, Los Angeles and his M.B.A. in Finance and Entrepreneurial Management from the Wharton School at the University of Pennsylvania.  Mr. Cellar currently serves on the boards of Home Buyers Warranty, Inc., the Penn Traffic Company and RCN Corporation.

4. Carney Hawks – *Director.*  Mr. Hawks is an original partner with Brigade Capital Management ("Brigade"), a credit-focused, asset management firm founded in 2007.  Prior to joining Brigade, he was a Managing Director in the High Yield Division of MacKay Shields ("MacKay") from 1998 through 2006.  At MacKay, he worked on a team that managed over $17 billion in retail and institutional high yield assets as well as a hedge fund product.  Prior to MacKay, he was an investment banker in the Financial Entrepreneurs Group at Salomon Smith Barney.  Mr. Hawks is a graduate (with Distinction) of the University of Virginia's McIntire School of Commerce and a CFA Charterholder.  He currently serves on the board of Jacuzzi Group Worldwide.

5. Doug Silverman– *Director.*  Mr. Silverman is a Managing Partner and Co-Chief Investment Officer at Senator Investment Group LP ("Senator").  Prior to co-founding Senator in February 2008, Mr. Silverman spent nearly six years at York Global Value Partners ("York"), a hedge fund focused on value and event investing in equity and credit opportunities on a global basis, as a Managing Director and Co-Portfolio Manager.  Prior to joining York, Mr. Silverman was an investment banker in the Leveraged Finance department at Merrill, Lynch & Co.  Mr. Silverman received a B.A. degree in Economics (cum laude) from Princeton University.

In accordance with Article V(D) of the Plan, the Debtors submit the following information about the officers of the Reorganized Debtors as of the Effective Date.[1]

Individuals proposed to serve as officers of the Reorganized Debtors

1. Chief Executive Officer                    Thomas Manuel

2. Chief Operating Officer                    Thomas Manuel

3. Chief Financial Officer                    To Be Determined

4. Chief Commodities Officer                  Benjamin Borgen

5. Corporate Secretary                        Christopher A. Nichols

6. Chief Accounting & Compliance Officer      William J. Brennan

7. Vice President of Pekin Operations         Jeffrey A. Moery

8. Vice President of Marketing & Logistics    James R. Sneed

---

[1] The senior management of the Reorganized Debtors may change after the Effective Date.