# Exhibit J

## Schedule of Assumed Non-Residential Real Property Leases

| Agreement[1] | Counterparty to Agreement |
|---|---|
| Terminalling Agreement, dated as of June 20, 2005, for, among other things, the storage and transfer of ethanol at Motiva's Doraville, Georgia Terminal[2] | Motiva Enterprises LLC |
| Contract for, inter alia, the warehousing and transferring of ethanol at the terminal located in Argo, Illinois[3] | Kinder Morgan Liquid Terminals LLC |
| Agreement, by way of a purchase order, dated as of January 19, 2009 for storage of personal property at National Rental's premises | National Rental |
| Lease agreement, dated as of November 1, 2006 for the real property located at 120 North Parkway Drive, Pekin, Illinois[4] | DTHC Properties Land Trust |
| Lease Agreement dated October 31, 2006 with The Ports of Indiana, as amended and modified[5] | The Ports of Indiana |

---

[1] The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the Confirmation Hearing.

[2] The Debtors are a party to a stipulation (the "Motiva Stipulation") with Motiva Enterprises LLC that extended the deadline to assume or reject the agreement under 11 U.S.C. § 365(d)(4). The Motiva Stipulation was approved by Order dated October 19, 2009. Consistent with the provisions of the Motiva Stipulation, the e inclusion of the agreement with Movita Enterprises LLC herein shall not deem the Debtors to have conceded or otherwise agreed that the agreement is a nonresidential real property lease.

[3] The Debtors are a party to a stipulation (the "Kinder Morgan Stipulation") with Kinder Morgan Liquid Terminals LLC that extended the deadline to assume or reject the agreement under 11 U.S.C. § 365(d)(4). The Kinder Morgan Stipulation was approved by Order date October 19, 2009. Consistent with the provisions of the Kinder Morgan Stipulation, The inclusion of the agreement with Kinder Morgan Liquid Terminals LLC herein shall not deem the Debtors to have conceded or otherwise agreed that the agreement is a nonresidential real property lease.

[4] By Order dated January 12, 2010, the Debtors previously assumed the lease agreement with DTHC Properties Land Trust and therefore, the inclusion of the lease herein is merely precautionary.

[5] By Motion dated February 5, 2010, the Debtors are requesting entry of an order authorizing the assumption of the Lease Agreement (as amended by the 8th Amendment) with the Ports of Indiana and therefore, the inclusion of the Lease Agreement herein is merely precautionary.