# Exhibit K

**Schedule of Rejected Executory Contracts and Non-Residential Real Property Leases**

| Debtor | Creditor Name | Address1 | Address2 | City | State | Zip | Title and description of contract | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| AREI | AmerenCILCO | 300 Liberty Street | | Peoria | IL | 61602 | Electricity Service; Natural Gas Service | Confirmation Date |
| AREI | American River Transportation Co. | 4666 Faries Parkway | | Decatur | IL | 62526 | Coal Barge Transportation | Confirmation Date |
| Holdings | Arnold Nemirow | c/o Womble Carlyle Sandridge & Rice | 550 South Main Street, Suite 400 | Greenville | SC | 29601 | Board Compensation Plan for service on board of directors | Confirmation Date |
| Holdings | Bobby Latham | PO Box 1873 | | Claremore | OK | 74018 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | BOWMAN & ASSOCIATES INC | 3802 34TH ST. | | MOLINE | IL | 61265 | AEROVENT MODEL #48L425-DDP-870-5, DIRECT DRIVEN PANEL FAN, 36,650 CFM @ 0" SP, 5HP, TEFC, 870 RPM, 460/3/60 | Confirmation Date |
| AREI | BOWMAN & ASSOCIATES INC | 3802 34TH ST. | | MOLINE | IL | 61265 | SIZE 48, GRAVITY SHUTTER | Confirmation Date |
| AREI | BOWMAN & ASSOCIATES INC | 3802 34TH ST. | | MOLINE | IL | 61265 | SIZE 48, MOTOR SIDE GUARD | Confirmation Date |
| AREI | Canadian National Railroad | 17641 South Ashland Avenue | | Homewood | IL | 60430 | Railroad provides shipping of ARE's product under set tariffs | Confirmation Date |
| AW | City of Aurora Nebraska | 905 13th Street | | Aurora | NE | 68818-2409 | Community Development Block Grant; $350,000 grant for public road improvements benefiting AW plant in exchange for creating and maintaining jobs | Confirmation Date |
| MV | Consolidated Grain & Barge | 5130 Port Road | | Jeffersonville | IN | 47130 | Marketing Agreement for CGB to be exclusive marketer of DDGS from MV plant | Confirmation Date |
| AW | D&S SEEDING & FENCING | 12158 'C' ROAD | | POLK | NE | 68654 | SEEDING AND FERTILIZATION OF 20 ACRES AT AURORA WEST | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

B02:9236429.1

068125.1001

| | | | | | | |
|---|---|---|---|---|---|---|
| AREI | DAY TIMERS INC | ONE DAY-TIME PLAZA | | ALLENTOWN | PA | 18195 | 1 YEAR SUPPLY - 1 PAGE PER DAY PLANNING PAGES NOTEBOOK SIZE STARTING IN JULY | Confirmation Date |
| AREI | Dustex Corporation | 100 Chastain Ctr. Blvd | Suite 195 | Kennesaw | GA | 30144 | Procurement Agreement for Air Pollution Control Equipment | Confirmation Date |
| Holdings | Farokh Hakimi | 46 Forest Wood | | Toronto CANADA | Ontario | M5N 2V9 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | FC Haab Co., Inc. | 1700 Schuykill Avenue | | Philadelphia | PA | 19145 | Throughput Agreement; agreement for terminal services and facility usage for ARE's product in Philadelphia | Confirmation Date |
| AREI | FIRST AMERICAN EQUIPMENT FINANCE | 255 WOODCLIFF DRIVE, PO BOX 96 | | FAIRPORT | NY | 14450 | OPERATING LEASE PAYMENT ON FURNITURE & IT EQUIPMENT, PHONES, ALARM SYSTEM, ETC, AT HQ BUILDING - 3 YEAR OPERATING LEASE - ANNUALIZED $415,000.00 - ADDED ANOTHER LEASE IN 2008 FOR TOTAL OF $433,000.00 | Confirmation Date |
| AREI | GE Capital | 161 N. Clark Street | | Chicago | IL | 60601 | Co-product railcar lease 3944-83-11 | Confirmation Date |
| AREI | GE Capital | 161 N. Clark Street | | Chicago | IL | 60601 | Co-product railcar lease 3944-83-13 | Confirmation Date |
| AREI | GE Capital | 161 N. Clark Street | | Chicago | IL | 60601 | Co-product railcar lease 3944-83-14 | Confirmation Date |
| NELLC | Genencor International | 200 Meridian Centre Blvd | | Rochester | NY | 14618-3916 | Agreement for supply of liquefaction and saccharifying enzymes | Confirmation Date |
| AREI | Holden America Inc. | 6700 Cote de Liesse | Suite 404 | Montreal CANADA | Quebec | H4T 1E3 | Sublease of covered hopper car | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

B02:9236429.1

068125.1001

| Entity | Counterparty | Address 1 | Address 2 | City | State | Zip | Description | Date |
|---|---|---|---|---|---|---|---|---|
| AREI | HTH COMPANIES, INC. | 239 ROCK INDUSTRIAL BLVD., SUITE 108 | | UNION | MO | 63084 | PROVIDE LABOR, SUPERVISION, AND MATERIAL TO RE-INSULATE CAUSTIC LINE BUILDING #7 | Confirmation Date |
| AREI | Intertek Caleb Brett | 2200 West Loop South | Suite 200 | Houston | TX | 77027 | River Barge Inspection Agreement; Intertek performs inspection services of inland river barges | Confirmation Date |
| AREI | INVENSYS SYSTEMS INC | FOXBORO | | MIDDLEBURG HEIGHTS | OH | 44130 | 1 USB TRACKBALL MOUSE | Confirmation Date |
| AREI | INVENSYS SYSTEMS INC | FOXBORO | | MIDDLEBURG HEIGHTS | OH | 44130 | SUN USB MOUSE/KEYBOARDS COMBO | Confirmation Date |
| AREI | JOHN CRANE INC | 900 CURTIS DR | | MOUNT ZION | IL | 62549 | 4 5/8" T-1 ESP SEAL REPAIR KIT WITH AFLAS ELASTOMERS | Confirmation Date |
| AREI | Klemm Tank Lines | PO Box 11708 | | Green Bay | WI | 54307-1708 | Ethanol trucking from Pekin to Chicago (ongoing) | Confirmation Date |
| Holdings | Leigh Abramson | c/o Metalmark Capital LLC | 1177 Avenue of the Americas, 40th Floor | New York | NY | 10036 | Board Compensation Plan for service on board of directors | Confirmation Date |
| MV | MAI | 702 W. 4th Street | PO Box 625 | Mt. Vernon | IN | 47620 | Engineering services related to water supply/treatment facilities | Confirmation Date |
| Holdings | Michael Hoffman | c/o Metalmark Capital LLC | 1177 Avenue of the Americas, 40th Floor | New York | NY | 10036 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AW | MID NEBRASKA LAND DEVELOPERS, LLC | 1007 WEST 18 ROAD | | PHILLIPS | NE | 68865 | Scraper, grader, and skid steer service per proposal dated | Confirmation Date |
| AREI | MILL & ELEVATOR SUPPLY CO., INC. | 1665 NORTH TOPPING | | KANSAS CITY | MISSOURI | 64120 | 6" X 8" FLEXIBLE LOADING SPOUT (METAL) | Confirmation Date |
| MV | Morley & Associates, Inc. | 4800 Rosebud Lane | | Newburgh | IN | 47630 | General design, engineering & surveying services | Confirmation Date |
| AREI | MTM Recognition | 615 S. Sixth Street | | Princeton | IL | 61356 | Service awards | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

B02:9236429.1

068125.1001

| Debtor | Counterparty | Address | | City | State | Zip | Description | Date |
|---|---|---|---|---|---|---|---|---|
| AREI | Muzak | 3318 Lakemont Blvd | | Fort Mill | SC | 29708 | Service Agreement for "hold" music | Confirmation Date |
| AW | Nebraska Department of Economic Development | 301 Centennial Mall South | | Lincoln | NE | 68509-4666 | Community Development Block Grant; $350,000 grant for public road improvements benefiting AW plant in exchange for creating and maintaining jobs | Confirmation Date |
| MV | Neth-Schweizer, Inc. | PO Box 347 | 405 West Third Street | Mt. Vernon | IN | 47620 | Furnish and supply raw water supply system | Confirmation Date |
| MV | Neth-Schweizer, Inc. | PO Box 347 | 405 West Third Street | Mt. Vernon | IN | 47620 | Raw water piping | Confirmation Date |
| NELLC | North American Bioproducts Corporation | 1815 Satellite Blvd | Building 200 | Duluth | GA | 30097 | Material Transfer Agreement for NELLC to use an experimental fermentation product | Confirmation Date |
| AREI | Oracle | 1001 Sunset Blvd. | | Rocklin | CA | 95765 | Consulting work | Confirmation Date |
| AREI | PIP Printing and Document Services | 8325 N. Allen Road | | Peoria | IL | 61615 | Financial Printing and distribution services | Confirmation Date |
| AREI | Promise Transport | 298 E. First Street | | El Paso | IL | 61738 | Ethanol trucking from Pekin to Mt. Vernon | Confirmation Date |
| Holdings | Richard Derbes | 18166 SE Village Circle | | Tequesta | FL | 33469 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | ROVISYS | 1455 DANNER DRIVE | | AURORA | OH | 44202 | Support | Confirmation Date |
| AW | Ryan & Associates | 926 Saunders Avenue | | Lincoln | NE | 68521 | Agreement for construction of underground water piping system | Confirmation Date |
| AW | Southern Public Power District | PO Box 1687 | | Grand Island | NE | 68802 | Electric Service Agreement for AW plant | Confirmation Date |
| AREI | SSI | 735 Battery Street | | San Francisco | CA | 94111 | SAN Devices Maintenance | Confirmation Date |
| Holdings | Ted Butz | 1735 Market Street, 23rd Floor | FMC Corporation | Philadelphia | PA | 19103 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | Union Pacific Railroad | 1400 Douglas Street - Stop 1310 | | Omaha | NE | 68179-1310 | Railroad provides shipping of ARE's product under set tariffs | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

B02:9236429.1

068125.1001

| | | | | | |
|---|---|---|---|---|---|
| Holdings | Wayne Kuhn | 5 Back River Circle | Savannah | GA | 31411 | Board Compensation Plan for service on board of directors | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the Debtors set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

068125.1001

IB02:9236429.1