# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AVENTINE RENEWABLE | : | |
| ENERGY HOLDINGS, INC., *et al.* | : | |
| | : | Bankruptcy No. 09-11214 (KG) |
| | : | Jointly Administered |
| Debtors. | | |

## SUPPLEMENTAL DECLARATION AND DISCLOSURE OF WILLIAM HARDIE III ON BEHALF OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.

I, William Hardie III, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Houlihan Lokey Howard & Zukin Capital, Inc. ("Houlihan Lokey") and am duly authorized to make this Supplemental Declaration on behalf of Houlihan Lokey. Except as otherwise noted, the facts set forth in this Supplemental Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2. On April 7, 2009 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 USC §§ 101-1532 (as amended, the "Bankruptcy Code"). On April 17, 2009, the Debtors filed their Application for (i) Authority to Employ Houlihan Lokey as Financial Advisor and Investment Bankers for the Debtors *Nunc Pro Tunc* to the Petition Date and (ii) Waiver of Certain Information Requirements of Local Rule 2016-2 (the "Application") [Dkt No. 87]. In support of the Application, the Debtors submitted a declaration

1

(the "Declaration") that I executed on behalf of Houlihan Lokey. The Court entered an order approving the Application on June 19, 2009 [Dkt. No. 222].

3. Pursuant to Bankruptcy Rules 2014 and 2016 and following discussions with the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), Houlihan Lokey conducted supplemental conflict checks with respect to interested or potentially interested parties. The supplemental conflict checks included conflict checks of those parties that were identified on Exhibit A to the Declaration and included in the prior conflict checks, as well as conflict checks of parties that were not included in the conflict checks that Houlihan Lokey completed as referenced in the Declaration.

4. Attached hereto as Exhibit A is a supplemental list of parties-in-interest for which Houlihan Lokey conducted conflict checks (in addition to those parties identified on Exhibit A to the Declaration). Exhibit B attached hereto identifies parties-in-interest for which Houlihan Lokey has provided in the recent past or is currently providing services in matters unrelated to the Debtors' cases. Exhibit A and Exhibit B hereto supplement the Declaration I submitted in connection with the Application. In each instance, Houlihan Lokey does not believe any of the relationships represent a conflict of interest in these cases.

5. At the U.S. Trustee's request, Houlihan Lokey also provides the following information regarding Houlihan Lokey's relationship with Whitebox Advisors ("Whitebox") in other matters unrelated to these cases:

- In April 2008, the Velocity Express Corporation ("Velocity") retained Houlihan Lokey as financial advisor on a prepetition basis (but not in Velocity's bankruptcy case). The engagement has concluded. Whitebox was a creditor in Velocity's bankruptcy cases.

- In December 2008, the Official Committee of Unsecured Creditors (the "VeraSun Creditors Committee") in the bankruptcy cases titled *In re VeraSun Energy Corp.* (Case No. 08-12606 (BLS)) (Bankr. D. Del.) retained Houlihan Lokey as financial advisor and investment banker. The engagement has concluded. Whitebox served as an *ex oficio* member of the VeraSun Creditors Committee. Since the beginning of Houlihan Lokey's engagement in the *Aventine* cases, out of an abundance of caution, Houlihan Lokey has maintained an ethical wall between the professionals who provided services in the *VeraSun* engagement and those professionals who are providing services in the *Aventine* engagement. (The respective teams are located in different Houlihan Lokey offices.)

- In January 2009, Houlihan Lokey was retained as the financial advisor to the Ad Hoc Senior Secured Group (the "Spansion Ad Hoc Group") in the bankruptcy cases titled *In re Spansion, Inc.* (Case No. 09-10690 (KJC)) (Bankr. D. Del.). The engagement is ongoing. Whitebox is a member of the Spansion Ad Hoc Group.

- In July 2009, the Official Committee of Unsecured Noteholders (the "Energy Partners Noteholders Committee") sought to retain Houlihan Lokey as its financial advisor in the bankruptcy cases titled *In re Energy Partners, Ltd.* (Case No. 09-32957-H4-11) (Bankr. S.D. Tex.). The *Energy Partners* bankruptcy court denied the Energy Partners Noteholders Committee's application, so Houlihan Lokey was not retained in those cases and did not receive any compensation. Whitebox was a member of the Energy Partners Noteholders Committee.

- In January 2009 and again in December 2009, Whitebox retained Houlihan Lokey Howard & Zukin Financial Advisors, Inc. to provide portfolio valuation services. Houlihan Lokey Howard & Zukin Financial Advisors, Inc. is a separate legal entity from Houlihan Lokey Howard & Zukin Capital, Inc., the entity retained by the Debtors in these cases. Houlihan Lokey Howard & Zukin Financial Advisors' Hedge Fund and Derivatives Valuation Services Group provides valuation opinions on the securities and derivative holdings of various business development companies, private equity firms and hedge funds, such as Whitebox. This work is unrelated to the financial advisory services that Houlihan Lokey provides in these chapter 11 cases. Moreover, Houlihan Lokey, through the establishment of an "Information Wall" has separated its employees in the Hedge Fund and Derivatives Valuation Services Group from the rest of its employees, including those who have provided services in these cases. This "Information Wall" includes physical and technological barriers, compliance mechanisms and policies and procedures designed to prevent confidential, non-public information and work product from being shared improperly.

- Houlihan Lokey's capital markets group from time to time has approached Whitebox, among many other parties, as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey.

6. Houlihan Lokey also provides the following information regarding Houlihan Lokey's relationship with Brigade Capital Management ("Brigade") in other matters unrelated to these cases:

- As described above, the VeraSun Creditors Committee retained Houlihan Lokey as financial advisor and investment banker. The engagement has concluded. Brigade served as an *ex oficio* member of the VeraSun Creditors Committee.

- In October 2008, Brigade retained Houlihan Lokey Howard & Zukin Financial Advisors, Inc. to provide portfolio valuation services. As described above, Houlihan Lokey Howard & Zukin Financial Advisors, Inc. is a separate legal entity from Houlihan Lokey Howard & Zukin Capital, Inc., and an "Information Wall" has separated its employees in the Hedge Fund and Derivatives Valuation Services Group from the rest of its employees, including those who have provided services in these cases.

- In December 2008, Houlihan Lokey was retained as the financial advisor to an ad hoc group of secured noteholders (the "Trump Ad Hoc Group") in the bankruptcy cases titled *In re TCI 2 Holdings, LLC* (Case No. 09-13654 (JHW)) (Bankr. D. N.J.). The engagement is ongoing. Brigade is a member of the Trump Ad Hoc Group.

- Houlihan Lokey's capital markets group from time to time has approached Brigade, among many other parties, as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey.

7. After reviewing the results of the supplemental conflict check completed by Houlihan Lokey, to the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor Houlihan Lokey holds or represents an interest adverse to the Debtors or their respective estates, and Houlihan Lokey is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, in that: (a) Houlihan has no connection with the Debtors, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth in my Declaration and as set forth herein; (b) Houlihan Lokey is not a creditor, equity security holder or insider of the Debtors; (c) Houlihan Lokey is not and was not,

within two years of the Petition Date, a director, officer or employee of the Debtors; and (d) Houlihan Lokey neither holds nor represents an interest adverse to the Debtors, their respective estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in Debtors, or for any other reason. Accordingly, I believe that Houlihan Lokey is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

Dated: February 15, 2010

_____
William Hardie III

# EXHIBIT A

# ADDITIONAL INTERESTED PARTIES SEARCHED [1]

## Equity and Option Holders:

Mr. Andrew Shirley/Ivory Capital
Mr. Herschel Patton
Mr. James Szumera
Mr. Michael Welsh
Mr. William Toomey
Mrs. Sheila Toomey

## Outside Professionals:

Akin Gump Strauss Hauer & Feld LLP
Cross & Simon LLC
Ernst & Young
Gibson, Dunn & Crutcher LLP
Greenberg Traurig, LLP
Jefferies & Company, Inc.
Jenner & Block LLP
Mr. Thomas Manuel
The Garden City Group, Inc.
Westervelt, Johnson, Nikoll & Keller, LLC

## Unsecured Creditors:

Brigade Capital Management
Nomura Asset Management
Nomura Corporate Research & Asset Management, Inc.
SEACOR Capital Corporation
SEACOR Energy Inc.
SEACOR Holdings Inc.
Senator Investment Group LP
WhiteBox Advisors

---

[1] Parties on Exhibit A were not included in the initial list of interested parties received by Houlihan Lokey and were not previously reviewed for potential conflicts. This supplemental disclosure covers all parties identified to Houlihan Lokey as parties in interest as of February 12, 2010. Should additional parties in interest be indicated to Houlihan Lokey after February 12, 2010 Houlihan Lokey will provide an additional supplemental conflicts disclosure on a timely basis.

**Backstop Parties:**

Brigade Capital Management
Nomura Asset Management
Nomura Corporate Research & Asset Management, Inc.
SEACOR Capital Corporation
SEACOR Energy Inc.
SEACOR Holdings Inc.
Senator Investment Group LP
WhiteBox Advisors

**DIP Lenders:**

Brigade Capital Management
Nomura Asset Management
WhiteBox Advisors

**Potential Revolving Credit Facility Provider:**

PNC Bank
PNC Bank National Association

# EXHIBIT B

# ADDITIONAL INTERESTED PARTY RELATIONSHIPS (FORMER CLIENTS)

| HLHZ Relationship | Debtors' Relationship | Work Performed [2][3] | Status |
|---|---|---|---|
| Bank of America, NA | Secured Creditor | Financial Advisory Services – Various (including Fair Market Value Opinion, ESOP Valuation Fairness Opinion and Portfolio Valuation Related Consulting Services); Financial Restructuring Services – Creditor Advisory Services; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| Bank of America Business Capital | Affiliate of Secured Creditor Bank of America NA | Financial Advisory Services – Various (including Collateral Valuation and Fair Market Value Opinion); Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| Bank of America Corporation | Affiliate of Secured Creditor Bank of America NA | Financial Advisory Services – Fair Market Value Opinion; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| Bank of America Merrill Lynch | Affiliate of Secured Creditor Bank of America NA | Financial Restructuring Services – Advisor to Ad Hoc Group of Creditors; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| BP Plc | Top 30 Unsecured Creditor | General Financial Advisory Services & M&A Exclusive Sale Advisory | Former |
| Greenberg Traurig, LLP | Outside Professional (Advisor to Unsecured Creditors Committee) | Financial Advisory Services – Estate & Gift Tax and Transfer Pricing (Houlihan Lokey was engaged to provide services to Greenberg Traurig, LLP's clients, not to Greenberg Traurig, LLP) | Former |
| Jefferies & Company, Inc. | Outside Professional (Advisor to Unsecured Creditors Committee) | General Financial Advisory Services | Former |
| Jenner & Block LLP | Outside Professional (Special Legal Counsel to Debtors) | Financial Advisory Services – Various (including Estate & Gift Tax and Portfolio Valuation Related Consulting Services) (Houlihan Lokey was engaged to provide services to Jenner & Block LLP's clients, not to Jenner & Block LLP) | Former |

---

[2] As further detailed in the body of the declaration, Houlihan Lokey Howard & Zukin Financial Advisors, Inc. (Financial Advisory Services) is a separate legal entity from Houlihan Lokey Howard & Zukin Capital, Inc., the entity retained by the Debtors in these cases and there is an "Information Wall" separating the two entities including both physical and technological barriers.

[3] General Financial Advisory Services are performed by Houlihan Lokey's corporate finance practice. These assignments relate to various engagements including sell-side, buy-side and other strategic advisory services.

| HLHZ Relationship | Debtors' Relationship | Work Performed [2][3] | Status |
|---|---|---|---|
| JPMorgan Chase Bank | Secured Creditor | Financial Advisory Services – Various (including Fair Market Value Opinion, Tax and Fairness Opinion); Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| JPMorgan H&Q | Affiliate of Secured Creditor JP Morgan Chase Bank | Financial Restructuring Services – Distressed M&A Sellside; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| JPMorgan Investment Management | Affiliate of Secured Creditor JP Morgan Chase Bank | Financial Advisory Services – Valuation; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| JPMorgan Partners | Affiliate of Secured Creditor JP Morgan Chase Bank | Financial Advisory Services – Litigation; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| J.P. Morgan Plc | Affiliate of Secured Creditor JP Morgan Chase Bank | Financial Restructuring Services – Advisor to secured creditor group in which J.P. Morgan Plc was a member; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| Nomura Holding America, Inc. | Affiliate of Unsecured Creditor / Backstop Party / DIP Lender Nomura Corporate Research and Asset Management, Inc. | Financial Advisory Services – Fair Market Value Opinion; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| Nomura International, PLC | Affiliate of Unsecured Creditor / Backstop Party / DIP Lender Nomura Corporate Research and Asset Management, Inc. | Financial Advisory Services – Portfolio Valuation Related Consulting Services; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |
| UBS Americas Inc. | Affiliate of Secured Creditor UBS Loan Finance, LLC | Financial Advisory Services – Fair Value Opinion; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Former |

---

[2] As further detailed in the body of the declaration, Houlihan Lokey Howard & Zukin Financial Advisors, Inc. (Financial Advisory Services) is a separate legal entity from Houlihan Lokey Howard & Zukin Capital, Inc., the entity retained by the Debtors in these cases and there is an "Information Wall" separating the two entities including both physical and technological barriers.

[3] General Financial Advisory Services are performed by Houlihan Lokey's corporate finance practice. These assignments relate to various engagements including sell-side, buy-side and other strategic advisory services.

## ADDITIONAL INTERESTED PARTY RELATIONSHIPS (CURRENT CLIENTS)

| HLHZ Relationship | Debtors' Relationship | Work Performed [2][3] | Status |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Outside Professional (Advisor to DIP Lenders / Exit Financing Lenders) | Financial Advisory Services – Various (including Fairness Opinion, Estate & Gift Tax and Portfolio Valuation Related Consulting Services); Financial Restructuring Services – numerous creditor advisor engagements in which Akin Gump was counsel to various creditor groups and numerous debtor advisor engagements in which Akin Gump was counsel to the debtor and / or other parties in interest in cases in which Houlihan Lokey represented the same or different parties in connection with those matters (Houlihan Lokey is engaged to provide services to Akin Gump Strauss Hauer & Feld LLP's clients, not to Akin Gump Strauss Hauer & Feld LLP) | Various |
| Brigade Capital Management | Unsecured Creditor / Backstop Party / DIP Lender | See declaration | Various |
| Gibson, Dunn & Crutcher, LLP | Outside Professional (Legal Counsel to Shareholder) | General Financial Advisory Services and Financial Advisory Services – Various (including Litigation, Fair Market Value Opinion and Estate & Gift Tax) (Houlihan Lokey is engaged to provide services to Gibson, Dunn & Crutcher, LLP's clients, not to Gibson, Dunn & Crutcher, LLP) | Various |
| JPMorgan Chase & Company | Affiliate of Secured Creditor JP Morgan Chase Bank | General Financial Advisory Services - M&A Exclusive Sale; Houlihan Lokey's capital markets group routinely approaches this party as a potential financing source in connection with various transactional opportunities for other clients of Houlihan Lokey | Various |
| WhiteBox Advisors | Unsecured Creditor / Backstop Party / DIP Lender | See declaration | Various |

---

[2] As further detailed in the body of the declaration, Houlihan Lokey Howard & Zukin Financial Advisors, Inc. (Financial Advisory Services) is a separate legal entity from Houlihan Lokey Howard & Zukin Capital, Inc., the entity retained by the Debtors in these cases and there is an "Information Wall" separating the two entities including both physical and technological barriers.

[3] General Financial Advisory Services are performed by Houlihan Lokey's corporate finance practice. These assignments relate to various engagements including sell-side, buy-side and other strategic advisory services.