Form 210A (12/09)

# United States Bankruptcy Court

District Of <u>DELAWARE</u>

In re <u>AVENTINE RENEWABLE ENERGY HOLDINGS INC.</u>    Case No. <u>09-11214</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>RIVERSIDE CLAIMS, LLC.</u>
Name of Transferee

<u>ROZEBOOM BROKERAGE</u>
Name of Transferor

Name and Address where notices to transferee should be sent: PO BOX 626

PLANETARIUM STATION
NEW YORK, NY 10024
Phone: 212-501-0990
Last Four Digits of Acct #: _____

Court Claim # (if known): 185
Amount of Claim: $25,138.29
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 2/17/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**Rozeboom Brokerage**, a ___Maine___ corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the aggregate amount of **$25,138.29** [as stated in the Proof of Claim/ Debtor's Schedules] against **Aventine Renewable Energy Holdings, Inc., a Delaware Corporation et al** (the "Claim") in the United States Bankruptcy Court for the **District of Delaware**, Case No. **09-11214** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the _11_ day of _December_ **2009**.

WITNESS:

By: _/s/ Kenneth A. Rozeboom_
(Signature of authorized corporate officer)

_/s/ Rebecca Croce_
(Signature)

_Kenneth A. Rozeboom_ - President
(Print name and title of authorized corporate officer)

Rebecca Croce
(Print name and title of witness)
Office Manager

207 990-2828
(Telephone number of corporate officer)