**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,** a Delaware Corporation, *et al.*, | Case No. 09-11214 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | Docket Ref No. 678, 743 & 800 |

### NOTICE OF FILING OF SECOND AMENDMENT TO THE PLAN SUPPLEMENT WITH RESPECT TO THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that on January 13, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their First Amended Joint Plan of Reorganization under chapter 11 of title 11 of the United States Code [Docket No. 678] (the "Plan") and the Disclosure Statement describing the Plan [Docket No. 679] (the "Disclosure Statement").[2]

PLEASE TAKE FURTHER NOTICE that, on February 5, 2010, the Debtors filed the Plan Supplement [Docket No. 743] (the "Initial Plan Supplement Filing").

PLEASE TAKE FURTHER NOTICE that, on February 19, 2010, the Debtors filed their first amendment to the Plan Supplement [Docket No. 800] (the "First Plan Supplement Amendment").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

[2] All terms not other wise defined herein shall be given the meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that, attached hereto are certain documents which shall amend, supersede and replace the corresponding documents filed with the Initial Plan Supplement Filing.

Exhibit A: Form of Indenture (<u>without</u> Exhibits thereto)[3]

Exhibit B: Form of Security Agreement accompanying the Indenture

Exhibit C: [INTENTIONALLY OMITTED]

Exhibit D: [INTENTIONALLY OMITTED]

Exhibit E: [INTENTIONALLY OMITTED]

Exhibit F: [INTENTIONALLY OMITTED]

Exhibit G: [INTENTIONALLY OMITTED]

Exhibit H: [INTENTIONALLY OMITTED]

Exhibit I: [INTENTIONALLY OMITTED]

Exhibit J: [INTENTIONALLY OMITTED]

Exhibit K: [INTENTIONALLY OMITTED]

PLEASE TAKE FURTHER NOTICE that the Debtors will file with the Court copies of blacklines of the forms of the documents annexed hereto against the forms annexed to the Initial Plan Supplement Filing. Copies of such blacklines will be made available upon request to counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801, attention: Debbie Laskin, Paralegal; e-mail: dlaskin@ycst.com.

---

[3] There have been no amendments to the Exhibits to the form of Indenture included in the Initial Plan Supplement Filing.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby reserve all rights to amend, revise or supplement any documents relating to the Plan and/or to be executed, delivered, assumed and/or performed in connection with the consummation of the Plan on the Effective Date, including the Plan Supplement.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
February 22, 2010

     /s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*