**EXHIBIT C**

To: Holders of Pre-Petition Claims Relating to the 10% Senior Notes Referenced Below Who Timely Submitted a Subscription Form to Purchase Units

From: Aventine Renewable Energy Holdings, Inc.

Re: **Supplemental Notice Which Requires Your Timely Response In Order to Confirm Your Subscription**

Date: February [__], 2010

---

You are receiving this supplemental notice (this "Supplemental Notice") in your capacity as a holder of a pre-petition claim with respect to the 10% Senior Notes due 2017 of Aventine Renewable Energy Holdings, Inc. ("ARE Holdings, Inc.") who timely submitted a Subscription Form and other required documents in connection with your commitment to purchase Units (consisting of Senior Secured Notes and shares of common stock of ARE Holdings, Inc.) pursuant to the Notice and related procedures (collectively, the "Procedures") dated January 19, 2010. Capitalized terms used and not defined herein shall have the meanings assigned thereto in the Procedures, a copy of which has been included for your reference.

**This Supplemental Notice supplements and modifies the Procedures. Except as supplemented hereby, the Procedures remain unchanged. You must complete, sign and return the Supplemental Response attached hereto as <u>Exhibit A</u> via email or fax as set forth below no later than 5:00 p.m., New York time, on [March __, 2010] (the "Supplemental Response Deadline").**

**You may not change or modify your Subscription Amount in your previously delivered Subscription Form. However, if you do not submit a completed Supplemental Response by the Supplemental Response Deadline your previously delivered Subscription Form WILL BE VOID AND YOU WILL NOT BE ENTITLED TO PARTICIPATE IN THE OFFERING.**

Your completed Supplemental Response must be delivered as follows:

| | |
|---|---|
| To: | **Aventine Renewable Energy Holdings Inc.** |
| Attention: | **William J. Brennan, Chief Accounting and Compliance Officer** |
| Fax: | **(309) 347-8541** |
| Email: | **Bill.Brennan@aventinerei.com** |

## Supplemental Information

Delivered herewith is a Preliminary Allocation Notice based upon Subscription Forms which were timely submitted (along with the other required documents) by Pre-Petition Noteholders (the "Preliminary Eligible Offerees"). As noted in the Procedures, preliminary allocations remain subject to change. Unless ARE Holdings, Inc. provides you with another supplemental notice, you should assume that the allocations contained in the Preliminary Allocation Notice delivered herewith will not change and you should submit the funds for the full amount of your allocation by the Funding Date in accordance with the Procedures. If any of the Preliminary Eligible Offerees do not submit their Supplemental Response by the Supplemental Response Deadline or if the preliminary allocation amounts change for any other reason, then ARE Holdings, Inc. will deliver an updated supplemental Preliminary Allocation Notice to Preliminary Eligible Offerees who submit their Supplemental Responses by the Supplemental Response Deadline. Any updated supplemental Preliminary Allocation Notice will be sent to participants in the Offering as soon as reasonably practicable after the Supplemental Response Deadline. The timing and requirements for the funding and the Funding Date have not been modified.

As described in the Plan, the Disclosure Statement for Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated as of January 13, 2010 (the "Disclosure Statement") and the Procedures, the issuance and sale of the Units (consisting of Senior Secured Notes and Noteholder New Equity) issued pursuant to the Offering is intended to be exempt from registration under the Securities Act of 1933, as amended (the "Securities Act"), by virtue of one or more available exemptions therefrom provided under the Securities Act, including, without limitation, by virtue of Section 4(2) thereof, and the Senior Secured Notes and certificates representing the New Noteholder Equity will bear, upon initial issuance, restrictive legends substantially similar to those set forth on Exhibit B. The Supplemental Response is necessary to assist in ensuring that such exemptions are available. The Senior Secured Notes and Noteholder New Equity issued to purchasers in the Offering have not been registered under the Securities Act and therefore, cannot be resold unless they are registered under the Securities Act or unless an exemption from registration is available. Please see Section V.C. of the Plan and Section XII of the Disclosure Statement for a description of the proposed registration rights agreement which contemplates a registered exchange offer for the Senior Secured Notes and a registration statement seeking to register the offer and resale of Noteholder New Equity by certain holders of Noteholder New Equity.

As provided for in the Procedures, the Debtors, subject to the consent of the Backstop Purchasers, reserve the right, but will not be obligated, at any time and from time to time, to extend the offer described herein beyond the dates noted herein and to amend the offer and the Procedures, as supplemented hereby. As provided for in the Procedures, the Debtors, subject to the consent of the Backstop Purchasers, will provide you notice of any extension, waiver, material amendment or termination of the Notice and the Procedures, as supplemented hereby.

ARE Holdings, Inc. expects that the New Equity and Senior Secured Notes sold pursuant to this Offering will be issued in the form of one or more global certificates or notes, which will be deposited with, or on behalf of, The Depository Trust Company ("DTC"), and

registered in the name of DTC or in the name of Cede & Co., as nominee of DTC, or, in case of sales to non-U.S. persons in reliance on Regulation S, as nominee of DTC for the account of Clearstream Banking, societé anonyme, Luxembourg, or for the account of the operator of the Euroclear System. Accordingly, ARE Holdings, Inc. has requested additional information in the Supplemental Response so that it can deposit the securities with or on behalf of DTC and ensure that beneficial interests in the New Equity and Senior Secured Notes are properly allocated. ARE Holdings, Inc. expects that beneficial interests in a global certificate or note will be shown on, and transfers of a global certificate or note will be effected only through, records maintained by DTC and its direct and indirect participants. After the initial issuance of a global certificate or note, securities in certificated form will be issued in exchange for such global certificate or note only in certain circumstances. So long as DTC, or its nominee, is the registered owner or holder, DTC or such nominee, as the case may be, will be considered the sole owner or holder represented by such global certificate or note for all purposes. None of ARE Holdings, Inc., its transfer agent for its common stock, or the trustee and collateral agent or any paying agent under the indenture governing the Senior Secured Notes will have any responsibility or liability for any aspect of the records relating to or payments made on account of beneficial ownership interests in the global certificates or notes or for maintaining, supervising or reviewing any records relating to such beneficial ownership interest.

DB02:9299701.1

068125.1001

### Questions

As set forth in the Procedures, if you have any questions regarding ARE Holdings, Inc. or the Offering, please contact the following person at the Debtors:

**George T. Henning, Interim Chief Executive officer and Interim Chief Financial Officer**
Phone: **(309) 347-9310**
Email: **George.Henning@aventinerei.com**

**Notwithstanding your timely submission of a Subscription Form, you must complete, execute and deliver a Supplemental Response by the Supplemental Response Deadline in order to fulfill all of the requirements to subscribe for the Units. If you do not submit a completed Supplemental Response by the Supplemental Response Deadline your previously delivered Subscription Form WILL BE VOID AND YOU WILL NOT BE ENTITLED TO PARTICIPATE IN THE OFFERING.**

# SUPPLEMENTAL RESPONSE

# TO

# SUBSCRIPTION FORM

REORGANIZED AVENTINE RENEWABLE ENERGY HOLDINGS INC.

To:     **Aventine Renewable Energy Holdings Inc.**

Attention:  **William J. Brennan, Chief Accounting and Compliance Officer**
Fax:        **(309) 347-8541**
Email:      **Bill.Brennan@aventinerei.com**

From:   Electing Eligible Subscriber identified below

Date:   _____, 2010

By executing this Supplemental Response, the undersigned certifies that:

      1. The undersigned has read the Procedures and the Supplemental Notice dated February [___], 2010 (the "<u>Supplemental Notice</u>");

      2. In addition to qualifying as either a "Qualified Institutional Buyer" or an "Accredited Investor" as certified in the undersigned's Subscription Form, the undersigned is acquiring the Senior Secured Notes and the Noteholder New Equity for its own account or for the account of certain Qualified Institutional Buyers or Accredited Investors and not with a view to the distribution thereof;

      3. The undersigned (a) has such knowledge and experience in financial and business matters as to be capable of evaluating the merits and risks of its investment in the Senior Secured Notes and the Noteholder New Equity and to make an informed decision to so invest, has so evaluated and understands said risks and merits, and can afford a complete loss of such investment, (b) understands the terms of, and risks associated with, the acquisition of the Senior Secured Notes and the Noteholder New Equity and (c) has had the opportunity to review such disclosure regarding the Company, its business, its financial condition and its prospects as the undersigned has determined to be necessary in connection with the purchase of the Senior Secured Notes and Noteholder New Equity, including all of the Company's filings with the Securities and Exchange Commission and the Disclosure Statement; and

      4. The undersigned understands that (i) the Senior Secured Notes and Noteholder New Equity issued to purchasers in the Offering have not been registered under the Securities Act and, therefore, cannot be resold unless they are registered under the Securities Act or unless an exemption from registration is available and (ii) the Senior Secured Notes and certificates

representing the Noteholder New Equity will bear, upon initial issuance, restrictive legends substantially similar to those set forth on Exhibit B to the Supplemental Notice.

.

Capitalized terms used and not defined herein shall have the meanings assigned thereto in the Supplemental Notice.

### DTC INFORMATION:

Full legal name of person through which you hold your securities (i.e., name of your broker or the DTC Participant, if applicable,

through which your securities are held):_____

Name of Broker:_____

DTC Participant Number:_____

Investor's Account Number with Participant:_____

Contact Person:_____

Telephone No.:_____

*If you do not have a Broker or DTC Participant, please so indicate above and contact William J. Brennan, as alternate delivery arrangements will need to be made for your securities.*

*[SIGNATURE PAGE FOLLOWS]*

EXECUTED this ___ day of _____, 2010

PURCHASER NAME

(Name should be identical to the name given on the Subscription Form in Section 5 thereof)

_____

By:

Name:

Title:

You must complete, sign and return this Supplemental Response via email or fax as set forth above no later than 5:00 p.m., New York time, on [March __,] 2010 (the "<u>Supplemental Response Deadline</u>").

You may not change or modify your Subscription Amount in your previously delivered Subscription Form. However, if you do not submit a completed Supplemental Response by the Supplemental Response Deadline your previously delivered Subscription Form WILL BE VOID AND YOU WILL NOT BE ENTITLED TO PARTICIPATE IN THE OFFERING.

## SENIOR SECURED NOTES LEGEND

THIS NOTE HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), OR ANY STATE SECURITIES LAWS. NEITHER THIS NOTE NOR ANY INTEREST OR PARTICIPATION HEREIN MAY BE REOFFERED, SOLD, ASSIGNED, TRANSFERRED, PLEDGED, ENCUMBERED OR OTHERWISE DISPOSED OF IN THE ABSENCE OF SUCH REGISTRATION OR UNLESS SUCH TRANSACTION IS EXEMPT FROM, OR NOT SUBJECT TO, REGISTRATION. THE HOLDER OF THIS NOTE BY ITS ACCEPTANCE HEREOF (1) REPRESENTS THAT (A) IT IS A "QUALIFIED INSTITUTIONAL BUYER" (AS DEFINED IN RULE 144A UNDER THE SECURITIES ACT), (B) IT IS A NON-U.S. PURCHASER AND IS ACQUIRING THIS NOTE IN AN OFFSHORE TRANSACTION WITHIN THE MEANING OF REGULATION S UNDER THE SECURITIES ACT OR (C) IT IS AN "ACCREDITED INVESTOR" WITHIN THE MEANING OF SUBPARAGRAPH (a) OF RULE 501 UNDER THE SECURITIES ACT AND (2) AGREES TO OFFER, SELL OR OTHERWISE TRANSFER THIS NOTE, PRIOR TO THE DATE WHICH IS ONE YEAR (OR SUCH OTHER PERIOD THAT MAY BE HEREAFTER PROVIDED UNDER RULE 144 UNDER THE SECURITIES ACT PERMITTING RESALES OF RESTRICTED SECURITIES BY NON-AFFILIATES WITHOUT RESTRICTION) AFTER THE LATER OF THE ORIGINAL ISSUE DATE HEREOF AND THE LAST DATE ON WHICH THE COMPANY OR ANY AFFILIATE OF THE COMPANY WAS THE OWNER OF THIS NOTE (OR ANY PREDECESSOR OF SUCH NOTE), ONLY (A) TO THE COMPANY OR ANY OF ITS SUBSIDIARIES, (B) PURSUANT TO A REGISTRATION STATEMENT WHICH HAS BEEN DECLARED EFFECTIVE UNDER THE SECURITIES ACT, (C) FOR SO LONG AS THE NOTES ARE ELIGIBLE FOR RESALE PURSUANT TO RULE 144A, TO A PERSON IT REASONABLY BELIEVES IS A "QUALIFIED INSTITUTIONAL BUYER" AS DEFINED IN RULE 144A UNDER THE SECURITIES ACT THAT PURCHASES FOR ITS OWN ACCOUNT OR FOR THE ACCOUNT OF A QUALIFIED INSTITUTIONAL BUYER TO WHOM NOTICE IS GIVEN THAT THE TRANSFER IS BEING MADE IN RELIANCE ON RULE 144A, (D) PURSUANT TO OFFERS AND SALES TO NON-U.S. PERSONS THAT OCCUR OUTSIDE THE UNITED STATES WITHIN THE MEANING OF REGULATION S UNDER THE SECURITIES ACT, (E) TO AN "ACCREDITED INVESTOR" WITHIN THE MEANING OF SUBPARAGRAPH (a) OF RULE 501 UNDER THE SECURITIES ACT THAT IS ACQUIRING THE SECURITY FOR ITS OWN ACCOUNT, OR FOR THE ACCOUNT OF SUCH AN ACCREDITED INVESTOR, FOR INVESTMENT PURPOSES AND NOT WITH A VIEW TO, OR FOR OFFER OR SALE IN CONNECTION WITH, ANY DISTRIBUTION IN VIOLATION OF THE SECURITIES ACT OR (F) PURSUANT TO ANOTHER AVAILABLE EXEMPTION FROM THE REGISTRATION REQUIREMENTS OF THE SECURITIES ACT, SUBJECT TO THE COMPANY'S AND THE TRUSTEE'S, OR TRANSFER AGENT'S, AS APPLICABLE, RIGHT PRIOR TO ANY SUCH OFFER, SALE OR TRANSFER PURSUANT TO CLAUSES (D), (E) OR (F) TO REQUIRE THE DELIVERY OF AN OPINION OF COUNSEL, CERTIFICATION AND/OR OTHER INFORMATION SATISFACTORY TO EACH OF THEM, AND IN EACH OF THE FOREGOING CASES, A CERTIFICATE OF

TRANSFER IN THE FORM APPEARING ON THE OTHER SIDE OF THIS SECURITY IS COMPLETED AND DELIVERED BY THE TRANSFEROR TO THE TRUSTEE OR TRANSFER AGENT.]

## NEW NOTEHOLDER EQUITY LEGEND

THIS SECURITY WAS ORIGINALLY ISSUED IN A TRANSACTION EXEMPT FROM REGISTRATION UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), AND THIS SECURITY MAY NOT BE SOLD OR OTHERWISE TRANSFERRED IN THE ABSENCE OF SUCH REGISTRATION OR AN APPLICABLE EXEMPTION THEREFROM.

THE HOLDER OF THIS SECURITY AGREES FOR THE BENEFIT OF AVENTINE RENEWABLE ENERGY HOLDINGS, INC. (THE "COMPANY"), AND ITS AGENTS THAT, ABSENT AN EFFECTIVE REGISTRATION STATEMENT UNDER THE SECURITIES ACT, THIS SECURITY MAY BE OFFERED, RESOLD, PLEDGED OR OTHERWISE TRANSFERRED ONLY (I) TO THE COMPANY OR A SUBSIDIARY THEREOF, (II) TO A "QUALIFIED INSTITUTIONAL BUYER" PURSUANT TO RULE 144A, (III) TO A PERSON WHO IS NOT A UNITED STATES PERSON IN AN "OFFSHORE" TRANSACTION PURSUANT TO REGULATION S OR (IV) PURSUANT TO ANOTHER EXEMPTION FROM REGISTRATION AS PERMITTED UNDER THE SECURITIES ACT AND APPLICABLE STATE SECURITIES LAWS, AS CONFIRMED TO THE COMPANY BY AN OPINION OF COUNSEL TO THE HOLDER IF REQUESTED BY THE COMPANY, SUBJECT IN EACH OF THE FOREGOING CASES TO COMPLIANCE WITH ANY APPLICABLE SECURITIES LAWS OF ANY JURISDICTION.