UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 09-11216 (KG) |
| Aventine Renewable Energy Inc | Chapter 11 |
| Debtor. | |

## NOTICE OF **WITHDRAWAL** OF TRANSFER

On or about February 17, 2010, we filed a Notice of Transfer with the Court in reference to Claim # 194, originally filed by K&M Engineered Products. We are hereby **withdrawing** the Notice of Transfer. If you have any further questions, you can contact us as indicated below.

Neil Herskowitz, Managing Member
RIVERSIDE CLAIMS, LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540
212-501-0990
212-501-7088 (Fax)