UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Aventine Renewable Energy Inc<br><br>Debtor. | Case No. 09-11216 (KG)<br><br>Chapter 11 |

## NOTICE OF **WITHDRAWAL** OF TRANSFER

On or about February 3, 2010, we filed a Notice of Transfer (Agreement 3001 (e)1) with the Court in reference to the creditor K&M Engineered Products. We are hereby **withdrawing** the Notice of Transfer. If you have any further questions, you can contact us as indicated below.

Neil Herskowitz, Managing Member
RIVERSIDE CLAIMS, LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540
212-501-0990
212-501-7088 (Fax)