IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AVENTINE RENEWABLE ENERGY<br>HOLDINGS, INC., a Delaware Corporation, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-11214 (KG)<br><br>(Jointly Administered) |

## NOTICE OF (A) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN, (B) DEADLINE TO FILE FEE CLAIMS, AND (C) DEADLINE TO FILE REJECTION DAMAGE CLAIMS

TO:  (A) ALL PROFESSIONALS RETAINED IN THE CHAPTER 11 CASES, (B) THE UNITED STATES TRUSTEE, (C) ALL PARTIES TO THE REJECTED CONTRACTS AND LEASES ON THE ATTACHED EXHIBIT 1, AND (D) THOSE PARTIES REQUESTING NOTICE IN ACCORDANCE WITH BANKRUPTCY RULE 2002(i) AND LOCAL RULE 2002-1(b)

PLEASE TAKE NOTICE that on **February 24, 2010** (the "Confirmation Date"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its Findings of Fact, Conclusions of Law, and Order Under Section 1129 of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Confirmation Order") [Docket No. 814]. Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 678] (including the exhibits thereto, and all documents and agreements executed pursuant thereto, and as modified from time-to-time, the "Plan").

PLEASE TAKE FURTHER NOTICE that pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind (i) the Debtors and their estates, (ii) the Reorganized Debtors, (iii) all holders of Claims against and Equity Interests in the Debtors that arose before or were filed as of the Effective Date, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on **March 15, 2010**.

PLEASE TAKE FURTHER NOTICE that any party-in-interest wishing to obtain a copy of the Confirmation Order may obtain such copy: (i) at www.aventineinfo.com, or (ii) by contacting Debbie Laskin, Paralegal, Young Conaway Stargatt & Taylor, LLP, 1000 West St., 17th Floor, P.O. Box 391, Wilmington, Delaware 19801; (302) 571-6600; dlaskin@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov, by following the directions for accessing the ECF system on such site.

### Fee Claims

PLEASE TAKE FURTHER NOTICE that as provided in Article III(D) of the Plan, all requests for compensation or reimbursement of Fee Claims pursuant to sections 327, 328, 330, 331, 503 or 1103 of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Aventine Renewable Energy Holdings, Inc. (9368), Aventine Renewable Energy, LLC (0195), Aventine Renewable Energy, Inc. (8352), Aventine Renewable Energy – Aurora West, LLC (9285), Aventine Renewable Energy – Mt Vernon, LLC (8144), Aventine Power, LLC (9343), and Nebraska Energy, L.L.C. (1872). The corporate headquarters address for all of the Debtors is 120 North Parkway Drive, Pekin, Illinois 61554.

Bankruptcy Code for services rendered prior to the Confirmation Date shall be filed and served on the Reorganized Debtors and their counsel, the United States Trustee, counsel to the Creditors Committee, and counsel to the Backstop Purchasers and such other entities who are designated by the Bankruptcy Rules, or any other order(s) of the Court, no later than **April 29, 2010**. Unless such deadline is extended by agreement of the Reorganized Debtors, holders of Fee Claims that are required to file and serve applications for final allowance of their Fee Claims and that do not file and serve such applications by the required deadline shall be forever barred from asserting such Fee Claims against the Debtors, the Reorganized Debtors or their respective properties, and such Fee Claims shall be deemed discharged as of the Effective Date. Objections to any Fee Claims must be filed and served on the Reorganized Debtors and their counsel and the requesting party no later than twenty (20) days (or such longer period as may be allowed by order of the Court) after the filing of such request.

## Rejection Damage Claims

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 1 is the list of Rejected Contracts and Leases set forth in the Plan Supplement filed with the Court on February 5, 2010 [Docket No. 743] and as amended on February 19, 2010 [Docket No. 800]. As provided in Article X(C) of the Plan, all Claims for damages arising from the rejection of the Rejected Contracts and Leases must be filed no later than **4:00 p.m., (prevailing Eastern Time) on April 14, 2010** (the "Rejection Damage Claim Bar Date"). Any holder of a Claim resulting from the rejection of the Rejected Contracts and Leases who fails to file a timely proof of claim within such time will be forever barred from asserting such a Claim against the Debtors, their respective estates and the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that any party asserting a Rejection Damage Claim must submit an original proof of claim (i) by first-class mail to The Garden City Group, Inc. ("Garden City"), P.O. Box 9000 #6527, Merrick, NY 11566-9000, Attn: Aventine Renewable Energy Holdings, Inc. Claims Processing, or (ii) by overnight courier or hand delivery to The Garden City Group, Inc., Attn: Aventine Renewable Energy Holdings, Inc. Claims Processing, 105 Maxess Road, Melville, NY 11747, so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on April 14, 2010**. *Any proof of claim submitted by facsimile or e-mail will not be accepted and will not be deemed filed until the proof of claim is submitted by one of the methods described in the foregoing sentence.* Proofs of claim will be deemed filed only when actually received by Garden City. If you wish to receive acknowledgement of Garden City's receipt of your proof of claim, you must also submit by the Rejection Damage Claim Bar Date and concurrently with submitting your original proof of claim, (a) a copy of your original proof of claim and (b) a self-addressed, stamped return envelope. Proofs of claim must include all documentation required by Bankruptcy Rule 3001, including an original or a copy of any written document that forms the basis of the Claim. Parties may obtain a proof of claim form by contacting Garden City at (631) 470-5000 between the hours of 8:30 a.m. and 5:30 p.m. (prevailing Eastern Time), Monday through Friday, or by accessing www.aventineinfo.com. Please note that Garden City's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated: Wilmington, Delaware      BY ORDER OF THE BANKRUPTCY COURT
March 15, 2010     Kevin Gross, United States Bankruptcy Judge

**Attorneys for the Debtors:**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton
Joel A. Waite
Matthew B. Lunn
Ryan M. Bartley
Justin H. Rucki
1000 West St., 17th Floor,
P.O. Box 391
Wilmington, Delaware 19801
Tel.: (302) 571-6600

# Exhibit 1

| Debtor | Creditor Name | Address1 | Address2 | City | State | Zip | Title and description of contract | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| AREI | AmerenCILCO | 300 Liberty Street | | Peoria | IL | 61602 | Electricity Service; Natural Gas Service | Confirmation Date |
| AREI | American River Transportation Co. | 4666 Faries Parkway | | Decatur | IL | 62526 | Coal Barge Transportation | Confirmation Date |
| Holdings | Arnold Nemirow | c/o Womble Carlyle Sandridge & Rice | 550 South Main Street, Suite 400 | Greenville | SC | 29601 | Board Compensation Plan for service on board of directors | Confirmation Date |
| Holdings | Bobby Latham | PO Box 1873 | | Claremore | OK | 74018 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | BOWMAN & ASSOCIATES INC | 3802 34TH ST. | | MOLINE | IL | 61265 | AEROVENT MODEL #48L425-DDP-870-5, DIRECT DRIVEN PANEL FAN, 36,650 CFM @ 0" SP, 5HP, TEFC, 870 RPM, 460/3/60 | Confirmation Date |
| AREI | BOWMAN & ASSOCIATES INC | 3802 34TH ST. | | MOLINE | IL | 61265 | SIZE 48, GRAVITY SHUTTER | Confirmation Date |
| AREI | BOWMAN & ASSOCIATES INC | 3802 34TH ST. | | MOLINE | IL | 61265 | SIZE 48, MOTOR SIDE GUARD | Confirmation Date |
| AREI | Canadian National Railroad | 17641 South Ashland Avenue | | Homewood | IL | 60430 | Railroad provides shipping of ARE's product under set tariffs | Confirmation Date |
| AW | City of Aurora Nebraska | 905 13th Street | | Aurora | NE | 68818-2409 | Community Development Block Grant; $350,000 grant for public road improvements benefiting AW plant in exchange for creating and maintaining jobs | Confirmation Date |
| MV | Consolidated Grain & Barge | 5130 Port Road | | Jeffersonville | IN | 47130 | Marketing Agreement for CGB to be exclusive marketer of DDGS from MV plant | Confirmation Date |
| AREI | CSX Transportation, Inc. | 500 Water Street - J865 | | Jacksonville | FL | 32202 | Railroad Transportation Contract 83551 between ARE and CSXT sets out terms for rail transportation **solely as it relates to terminals in Philadelphia** | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

DB02:9236429.2   068125.1001

| Debtor | Creditor Name | Address1 | Address2 | City | State | Zip | Title and description of contract | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| AW | D&S SEEDING & FENCING | 12158 'C' ROAD | | POLK | NE | 68654 | SEEDING AND FERTILIZATION OF 20 ACRES AT AURORA WEST | Confirmation Date |
| AREI | DAY TIMERS INC | ONE DAY-TIME PLAZA | | ALLENTOWN | PA | 18195 | 1 YEAR SUPPLY - 1 PAGE PER DAY PLANNING PAGES NOTEBOOK SIZE STARTING IN JULY | Confirmation Date |
| AREI | Dustex Corporation | 100 Chastain Ctr. Blvd | Suite 195 | Kennesaw | GA | 30144 | Procurement Agreement for Air Pollution Control Equipment | Confirmation Date |
| Holdings | Farokh Hakimi | 46 Forest Wood | | Toronto CANADA | Ontario | M5N 2V9 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | FC Haab Co., Inc. | 1700 Schuykill Avenue | | Philadelphia | PA | 19145 | Throughput Agreement; agreement for terminal services and facility usage for ARE's product in Philadelphia | Confirmation Date |
| AREI | FIRST AMERICAN EQUIPMENT FINANCE | 255 WOODCLIFF DRIVE, PO BOX 96 | | FAIRPORT | NY | 14450 | OPERATING LEASE PAYMENT ON FURNITURE & IT EQUIPMENT, PHONES, ALARM SYSTEM, ETC, AT HQ BUILDING - 3 YEAR OPERATING LEASE - ANNUALIZED $415,000.00 - ADDED ANOTHER LEASE IN 2008 FOR TOTAL OF $433,000.00 | Confirmation Date |
| AREI | GE Capital | 161 N. Clark Street | | Chicago | IL | 60601 | Co-product railcar lease 3944-83-11 | Confirmation Date |
| AREI | GE Capital | 161 N. Clark Street | | Chicago | IL | 60601 | Co-product railcar lease 3944-83-13 | Confirmation Date |
| AREI | GE Capital | 161 N. Clark Street | | Chicago | IL | 60601 | Co-product railcar lease 3944-83-14 | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

DB02:9236429.2

068125.1001

| Debtor | Creditor Name | Address1 | Address2 | City | State | Zip | Title and description of contract | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| NELLC | Genencor International | 200 Meridian Centre Blvd | | Rochester | NY | 14618-3916 | Agreement for supply of liquefaction and saccharifying enzymes | Confirmation Date |
| AREI | Holden America Inc. | 6700 Cote de Liesse | Suite 404 | Montreal CANADA | Quebec | H4T 1E3 | Sublease of covered hopper car | Confirmation Date |
| AREI | HTH COMPANIES, INC. | 239 ROCK INDUSTRIAL BLVD., SUITE 108 | | UNION | MO | 63084 | PROVIDE LABOR, SUPERVISION, AND MATERIAL TO RE-INSULATE CAUSTIC LINE BUILDING #7 | Confirmation Date |
| AREI | Intertek Caleb Brett | 2200 West Loop South | Suite 200 | Houston | TX | 77027 | River Barge Inspection Agreement; Intertek performs inspection services of inland river barges | Confirmation Date |
| AREI | INVENSYS SYSTEMS INC | FOXBORO | | MIDDLEBURG HEIGHTS | OH | 44130 | 1 USB TRACKBALL MOUSE | Confirmation Date |
| AREI | INVENSYS SYSTEMS INC | FOXBORO | | MIDDLEBURG HEIGHTS | OH | 44130 | SUN USB MOUSE/KEYBOARDS COMBO | Confirmation Date |
| AREI | JOHN CRANE INC | 900 CURTIS DR | | MOUNT ZION | IL | 62549 | 4 5/8" T-1 ESP SEAL REPAIR KIT WITH AFLAS ELASTOMERS | Confirmation Date |
| AREI | Klemm Tank Lines | PO Box 11708 | | Green Bay | WI | 54307-1708 | Ethanol trucking from Pekin to Chicago (ongoing) | Confirmation Date |
| Holdings | Leigh Abramson | c/o Metalmark Capital LLC | 1177 Avenue of the Americas, 40th Floor | New York | NY | 10036 | Board Compensation Plan for service on board of directors | Confirmation Date |
| MV | MAI | 702 W. 4th Street | PO Box 625 | Mt. Vernon | IN | 47620 | Engineering services related to water supply/treatment facilities | Confirmation Date |
| Holdings | Michael Hoffman | c/o Metalmark Capital LLC | 1177 Avenue of the Americas, 40th Floor | New York | NY | 10036 | Board Compensation Plan for service on board of directors | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

DB02:9236429.2 068125.1001

| Debtor | Creditor Name | Address1 | Address2 | City | State | Zip | Title and description of contract | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| AW | MID NEBRASKA LAND DEVELOPERS, LLC | 1007 WEST 18 ROAD | | PHILLIPS | NE | 68865 | Scraper, grader, and skid steer service per proposal dated | Confirmation Date |
| AREI | MILL & ELEVATOR SUPPLY CO., INC. | 1665 NORTH TOPPING | | KANSAS CITY | MISSOURI | 64120 | 6' X 8" FLEXIBLE LOADING SPOUT (METAL) | Confirmation Date |
| MV | Morley & Associates, Inc. | 4800 Rosebud Lane | | Newburgh | IN | 47630 | General design, engineering & surveying services | Confirmation Date |
| AREI | MTM Recognition | 615 S. Sixth Street | | Princeton | IL | 61356 | Service awards | Confirmation Date |
| AREI | Muzak | 3318 Lakemont Blvd | | Fort Mill | SC | 29708 | Service Agreement for "hold" music | Confirmation Date |
| AW | Nebraska Department of Economic Development | 301 Centennial Mall South | PO Box 94666 | Lincoln | NE | 68509-4666 | Community Development Block Grant; $350,000 grant for public road improvements benefiting AW plant in exchange for creating and maintaining jobs | Confirmation Date |
| MV | Neth-Schweizer, Inc. | PO Box 347 | 405 West Third Street | Mt. Vernon | IN | 47620 | Furnish and supply raw water supply system | Confirmation Date |
| MV | Neth-Schweizer, Inc. | PO Box 347 | 405 West Third Street | Mt. Vernon | IN | 47620 | Raw water piping | Confirmation Date |
| NELLC | North American Bioproducts Corporation | 1815 Satellite Blvd | Building 200 | Duluth | GA | 30097 | Material Transfer Agreement for NELLC to use an experimental fermentation product | Confirmation Date |
| AREI | Oracle | 1001 Sunset Blvd. | | Rocklin | CA | 95765 | Consulting work | Confirmation Date |
| AREI | PIP Printing and Document Services | 8325 N. Allen Road | | Peoria | IL | 61615 | Financial Printing and distribution services | Confirmation Date |
| AREI | Promise Transport | 298 E. First Street | | El Paso | IL | 61738 | Ethanol trucking from Pekin to Mt. Vernon | Confirmation Date |
| Holdings | Richard Derbes | 18166 SE Village Circle | | Tequesta | FL | 33469 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | ROVISYS | 1455 DANNER DRIVE | | AURORA | OH | 44202 | Support | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

DB02:9236429.2 068125.1001

| Debtor | Creditor Name | Address1 | Address2 | City | State | Zip | Title and description of contract | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|
| AW | Ryan & Associates | 926 Saunders Avenue | | Lincoln | NE | 68521 | Agreement for construction of underground water piping system | Confirmation Date |
| AW | Seminole Energy Services | 303 E. 17th Avenue | | Denver | CO | 80203 | [agreement removed] Seminole guaranties Nebraska Resources performance under Precedent Agreement with AW | Confirmation Date |
| AREI | SSI | 735 Battery Street | | San Francisco | CA | 94111 | SAN Devices Maintenance | Confirmation Date |
| Holdings | Ted Butz | FMC Corporation | 1735 Market Street, 23rd Floor | Philadelphia | PA | 19103 | Board Compensation Plan for service on board of directors | Confirmation Date |
| AREI | Union Pacific Railroad | 1400 Douglas Street - Stop 1310 | | Omaha | NE | 68179-1310 | Railroad provides shipping of ARE's product under set tariffs | Confirmation Date |
| Holdings | Wayne Kuhn | 5 Back River Circle | | Savannah | GA | 31411 | Board Compensation Plan for service on board of directors | Confirmation Date |

The Debtors reserve all rights to amend, modify and/or supplement this schedule prior to the commencement of the Confirmation Hearing. The rejection of the contracts and leases set forth herein will be effective as of the Confirmation Date, subject to the occurrence of the Effective Date. The Debtors only seek to reject the contracts and leases set forth herein to the extent that such contracts and leases are executory and/or unexpired. Nothing set forth herein shall be an admission or determination as to whether the contracts and leases set forth herein are in fact executory and/or unexpired and the Debtors resolve all rights with respect thereto.

DB02:9236429.2 068125.1001