# EXHIBIT A

# RIDER 2A TO RAILROAD CAR LEASE AGREEMENT

Effective this 29th day of April, 2009, this Rider 2A shall become a part of the Railroad Car Lease Agreement (the "Lease") between **First Union Rail Corporation, Lessor,** as successor in interest to Trinity Industries Leasing Company, and **Aventine Renewable Energy, Inc., Lessee,** as successor in interest to Williams Ethanol Services, and dated January 14, 2003, and the cars described herein shall be leased to Lessee, subject to the terms and conditions in said Lease, during the term and for the rental shown below:

| | |
|---|---|
| Number of Cars: | Forty-nine (49) |
| Type and Description: | 6,351 cubic foot covered hopper cars, equipped with 42" x 42" gates. |
| Car Numbers: | See attached Exhibit A. |
| Monthly Rental: | $380.00 per car |
| Term: | Twelve (12) months, effective April 29, 2009 through April 28, 2010, and month-to-month thereafter. Lessee has the right to terminate this Rider 2A at any time with at least 30 days advance written notice to Lessor. |
| Delivery: | Cars in Lessee's service. |
| Weight Limitation: | Lessee shall not exceed the weight limitations prescribed for operation of cars unrestricted interchange service as set for under AAR Interchange Rule 70 without Lessor's prior written consent. |

Escalation of Monthly Rental Charge:

1. Modifications – In accordance with Article 19 of the Lease, any change in car design required by the AAR, DOT, FRA or other governmental authority during the term of this Lease will cause the monthly car rental to increase for each car on the month following its modification as follows:

   A. For modification with a useful life equal to the car itself, car rental will increase by a monthly rate of $1.75 per car for each $100 of Lessor's cost incurred in the course of making modification.

   B. For modification with a useful life less than that of the car, monthly car rental increase will equal cost of modification, including the implicit cost of money at 10% per annum, divided by the number of months of estimated remaining life of the modification.

2. High Mileage – In accordance with Article 20, in the event that a car travels more than 30,000 miles (empty and loaded) in any calendar year, the Lessee shall pay the Lessor $0.03 for each mile over 30,000 traveled by such car.

Addressing of Notices:

if to Lessor:

First Union Rail Corporation
One O'Hare Centre
6250 River Road, Suite 5000
Rosemont, Illinois 60018
Attention: Contract Administrator

Telephone: (847) 384-5300
Telecopier: (847) 318-7588

if to Lessee:

Aventine Renewable Energy, Inc.
120 N. Parkway
Pekin, IL 61554
Attention: Sr. Manager Logistics

Telephone: (309) 347-9373
Telecopier: (309) 346-0742

Insurance

Lessee shall maintain at all times on the cars, at its expense, commercial general liability insurance and umbrella/excess insurance (covering bodily injury, property damage and pollution exposures, including but not limited to, contractual liability and products liability) against such risks, in such form as shall be satisfactory to Lessor and with such insurer(s) as shall be rated A-:VII or better by A.M. Best. The requirement for pollution liability insurance may be satisfied by scheduling a self-insured retention to an umbrella/excess policy affording pollution liability insurance. The commercial general liability insurance policy or self-insured retention and umbrella or excess insurance policies shall have a combined limit of not less than $5 million per occurrence, and the policies shall be endorsed to name Lessor, Lessor's subsidiaries and Lessor's assignees as additional insureds as their interest may appear.

Lessee shall furnish to Lessor an original certificate demonstrating that such insurance coverage is in effect, provided, however, that Lessor shall be under no duty to ascertain the existence or adequacy of such insurance. The insurance maintained by Lessee shall be primary without any right of contribution from insurance which may be maintained by Lessor. The obligations of Lessee under this provision shall be independent of all other terms of this Lease and shall in no event relieve Lessee or Lessor from any indemnity obligation under this Lease. The insurer shall give the Lessor at least thirty (30) days prior written notice (at the address for notice to Lessor set forth herein) of any alteration in or cancellation of the terms of such policies.

Severability of Rider

Lessor and Lessee agree that this Rider 2A shall constitute a separate lease which incorporates the terms of the above referenced Lease. This Rider 2A shall be severable from any other cars or riders relating to the above referenced Lease and shall become a separate lease which is separately transferable for all purposes.

[This section intentionally left blank.]

Lessor and Lessee acknowledge that Lessee on April 7, 2009 (the "Petition Date") filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court in Delaware (the "Court"), Case No. 09-11214 (KG), and that Lessee has filed motions with that Court to reject most if not all of the riders to the Agreement that were in effect as of the Petition Date. Lessor and Lessee agree that breaches, if any, by Lessee of any of the riders under the Agreement attributable to the period on or prior to Petition Date, as well as any rejection of any of the riders under the Agreement which may be authorized by the Court shall not impact this rider or the rights and obligations of Lessor and Lessee under the Agreement as same pertain to this rider. For the avoidance of doubt, nothing in the text of or the execution and delivery of this waiver shall be deemed to restrict or impair any claim Lessor may have in such bankruptcy proceeding by reason of any of the aforementioned breaches or rejections, if any.

Executed and delivered as of ___July 14___, _2009_, as a Rider to and part of the Lease.

**LESSOR:**

FIRST UNION RAIL CORPORATION

BY: _Richard F. Seymour_

NAME:_____RICHARD F SEYMOUR_____
         VICE PRESIDENT SALES & MARKETING
TITLE: _____

**LESSEE:**

AVENTINE RENEWABLE ENERGY, INC.

BY: _____

NAME:___Daniel R. Trunfio Jr.___

TITLE: ___COO___

(AVRE005)

3

# EXHIBIT A – RIDER NO. 2A

## CAR NUMBERS

| | | | | |
|---|---|---|---|---|
| TILX | 637853 | | TILX | 637879 |
| TILX | 637854 | | TILX | 637880 |
| TILX | 637855 | | TILX | 637881 |
| TILX | 637856 | | TILX | 637882 |
| TILX | 637857 | | TILX | 637883 |
| TILX | 637858 | | TILX | 637884 |
| TILX | 637859 | | TILX | 637885 |
| TILX | 637860 | | TILX | 637886 |
| TILX | 637861 | | TILX | 637887 |
| TILX | 637862 | | TILX | 637888 |
| TILX | 637863 | | TILX | 637889 |
| TILX | 637864 | | TILX | 637890 |
| TILX | 637865 | | TILX | 637891 |
| TILX | 637866 | | TILX | 637892 |
| TILX | 637867 | | TILX | 637893 |
| TILX | 637868 | | TILX | 637894 |
| TILX | 637869 | | TILX | 637895 |
| TILX | 637870 | | TILX | 637896 |
| TILX | 637871 | | TILX | 637897 |
| TILX | 637872 | | TILX | 637898 |
| TILX | 637873 | | TILX | 637899 |
| TILX | 637874 | | TILX | 637900 |
| TILX | 637875 | | TILX | 637901 |
| TILX | 637876 | | TILX | 637902 |
| TILX | 637878 | | | |