IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AVENTINE RENEWABLE ENERGY | ) | Case No. 09-11214 (KG) |
| HOLDINGS,, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 301** |

**CERTIFICATION OF COUNSEL RE: PROPOSED ORDER
APPROVING STIPULATION GOVERNING PRODUCTION
AND EXCHANGE OF CONFIDENTIAL MATERIAL**

The undersigned hereby certifies that:

1. On April 7, 2009 (the "Petition Date") Aventine Renewable Energy, Inc. ("Debtor") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Prior to the Petition Date, Union Tank Car Company ("UTCC") and the Debtor entered into a Car Service Agreement (and certain riders to the Car Service Agreement (collectively the "Car Service Agreement").

3. On July 15, 2009, this Court entered an Order rejecting certain riders to the Car Service Agreement [Docket No. 301].

4. On September 3, 2009, UTCC filed a claim in the amount of $82,553,987.47 ("Unsecured Claim"). The Claims Agent designed the Unsecured Claim as claim no. 316.

5. The Reorganized Debtors have started to review the Unsecured Claim and they have requested informal discovery from UTCC.

6. UTCC anticipates that the production of documents to support its Unsecured Claim may include information which is sensitive, confidential, privileged or proprietary in nature to the business operations, pricing and customer relations between UTCC and its customers in the future. Therefore, UTCC and the Reorganized Debtors have entered into the

attached stipulation to protect the confidentiality and/or privileged nature of such information as contained in documents which may be produced in the future.

7.  Consequently, UTCC respectfully requests the entry of an Order approving the Stipulation Governing Production and Exchange of Confidential Material attached hereto as **Exhibit "A"** at the earliest convenience of the Court.

          FERRY, JOSEPH & PEARCE, P.A.

          /s/ Theodore J. Tacconelli
          Theodore J. Tacconelli (No. 2678)
          824 Market Street, Suite 1000
          P.O. Box 1351
          Wilmington, DE 19899
          (302) 575-1555
          Local Counsel for Union Tank Car Company

Dated: July 8, 2010