# CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, hereby certify that on July 8, 2010, I caused a copy of the foregoing **Certification of Counsel Re: Proposed Order Approving Stipulation Governing Production And Exchange of Confidential Material** to be served upon the following parties in the manner indicated:

| **BY HAND DELIVERY** | **BY FIRST-CLASS U.S. MAIL** |
|---|---|
| Joel A. Waite, Esq.<br>Ryan M. Bartley, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19801 | Abid Qureshi, Esq.<br>Joseph L. Sorkin, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)